Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____     Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Faith Electric, Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Generator Supercenter of Oklahoma**<br><br>**GSC of Oklahoma** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 3 – 1 2 6 5 9 3 5 |

**4. Debtor's address**

**Principal place of business**

**3800 NE 104th Street**
Number     Street

**Oklahoma City, OK 73131**
City                                  State     ZIP Code

**Oklahoma**
County

**Mailing address, if different from principal place of business**

_____
Number     Street

_____
City                                  State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number     Street

_____
City                                  State     ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Faith Electric, Inc.**                                    Case number *(if known)* _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

         District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                        MM / DD / YYYY

         Case number, if known _____

Debtor    **Faith Electric, Inc.**                                                    Case number *(if known)*
             Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br>_____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number     Street<br>_____<br>_____<br>    City     State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

---

### ▮ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    **Faith Electric, Inc.** _____    Case number *(if known)* _____
_____Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **03/31/2025**
_____MM/ DD/ YYYY

X    **/s/ Austin Partida** _____    **Austin Partida**
_____Signature of authorized representative of debtor    Printed name

Title    **CEO**

**18. Signature of attorney**

X    **/s/ Amanda R. Blackwood** _____    Date **03/31/2025**
_____Signature of attorney for debtor    _____MM/ DD/ YYYY

**Amanda R. Blackwood**
Printed name

**Blackwood Law Firm, PLLC**
Firm name

**512 NW 12th Street**
Number    Street

**Oklahoma City**    **OK**    **73103**
City    State    ZIP Code

**(405) 309-3600**    **amanda@blackwoodlawfirm.com**
Contact phone    Email address

**33839**    **OK**
Bar number    State

Fill in this information to identify the case:

Debtor Name  **Faith Electric, Inc.**

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Oklahoma** _____
                                                                              (State)

Case number (If
known): _____

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                          _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)      Type of account            Last 4 digits of account number

   3.1.  **F&M Bank**                                **Checking account**        ___ ___ ___ ___          **$40,000.00**

4. **Other cash equivalents** *(Identify all)*

   4.1 _____                                      _____

   4.2 _____                                      _____

5. **Total of Part 1**                                                                        | **$40,000.00** |
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____                                      _____

   7.2 _____                                      _____

Debtor    **Faith Electric, Inc.**                                    Case number *(if known)*
          Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  _____     _____

    8.2  _____     _____

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.                    | _____ |

---

| **Part 3:** | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    **$137,802.14**    -    **unknown**        =.....➜        **$37,586.79**
                                 face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:       _____    -    _____        =.....➜        _____
                                 face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | **$37,586.79** |

---

| **Part 4:** | Investments |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                    **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____     _____     _____

    14.2  _____     _____     _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1. _____     _____     _____     _____

    15.2. _____     _____     _____     _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page **2**

Debtor     **Faith Electric, Inc.**                                    Case number *(if known)*  _____
Name

| 16.1 | | | |
|---|---|---|---|
| 16.2 | | | |

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20.** **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22.** **Other inventory or supplies** | | | | |
| Other inventory | MM / DD / YYYY | **unknown** | | **$550,438.24** |

**23.** **Total of Part 5**                                    **$550,438.24**

Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    **Faith Electric, Inc.**
_____    Case number (*if known*) _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **Faith Electric, Inc.**                                    Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| **Office furniture and fixtures** | **unknown** | | **$20,542.35** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office equipment and computers** | **unknown** | | **$50,000.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.

    | $70,542.35 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2016 Ford Transit /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | | **$8,900.00** |
| 47.2 **2016 Dodge Ram 3500 /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | | **$29,000.00** |
| 47.3 **2017 Nissan NV200 /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | | **$5,900.00** |
| 47.4 **2021 Chevrolet Silverado /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | | **$18,000.00** |

Debtor    **Faith Electric, Inc.**                                          Case number *(if known)* _____
          Name

47.5 **2021 Nissan Frontier /** Pledged as collateral on debts owed    unknown    $17,000.00
     by Partida Holdings, LLC

47.6 **2013 Ford F450 /** Pledged as collateral on debts owed by    unknown    $5,600.00
     Partida Holdings, LLC

47.7 **2013 Chevrolet Silverado 3500 /** Pledged as collateral on    unknown    $18,000.00
     debts owed by Partida Holdings, LLC

47.8 **2017 Chevrolet Silverado 4500 /** Pledged as collateral on    unknown    $15,000.00
     debts owed by Partida Holdings, LLC

47.9 **2017 Chevrolet Silverado 4500 /** Pledged as collateral on    unknown    $15,000.00
     debts owed by Partida Holdings, LLC

47.10 **2020 Ford Escape /** Pledged as collateral on debts owed by    unknown    $6,500.00
      Partida Holdings, LLC

47.11 **2019 Chevrolet Equinox /** Pledged as collateral on debts    unknown    $7,500.00
      owed by Partida Holdings, LLC

47.12 **2020 Ford Ranger /** Pledged as collateral on debts owed by    unknown    $8,900.00
      Partida Holdings, LLC

47.13 **2014 Isuzu NPR /** Pledged as collateral on debts owed by    unknown    $12,000.00
      Partida Holdings, LLC

47.14 **2018 Ford Escape /** Pledged as collateral on debts owed by    unknown    $8,900.00
      Partida Holdings, LLC

47.15 **2021 Nissan Frontier /** Pledged as collateral on debts owed    unknown    $16,000.00
      by Partida Holdings, LLC

47.16 **2021 Nissan Frontier /** Pledged as collateral on debts owed    unknown    $16,000.00
      by Partida Holdings, LLC

47.17 **2021 Nissan NV200 /** Pledged as collateral on debts owed by    unknown    $14,000.00
      Partida Holdings, LLC

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

48.1 **2021 Tophat Utility Trailer /** Pledged as collateral on debts    unknown    $1,200.00
     owed by Partida Holdings, LLC

48.2 **2023 Tophat Utility Trailer /** Pledged as collateral on debts    unknown    $3,000.00
     owed by Partida Holdings, LLC

48.3 **2010 WW Horse Trailer /** Pledged as collateral on debts    unknown    $10,000.00
     owed by Partida Holdings, LLC

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

Debtor    **Faith Electric, Inc.**                                             Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **Mistubishi GCG25 Forklift /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | **$12,000.00** |
| **Yale GLP030VXNRSE Forklift** | **unknown** | **$12,000.00** |
| **Mosebach X100RL Loadbank /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | **$2,500.00** |
| **Ditch Witch SK800 /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | **$40,000.00** |
| **2022 BD 314001-25 High Back Pallet Forks /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | **$500.00** |
| **2022 Ditch Witch CT24 24 In 50/50 Comco /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | **$5,000.00** |
| **2022 Ditch Witch Sk900 Trencher /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | **$40,000.00** |
| **2022 BD 314001-25 High Back Pallet Forks /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | **$500.00** |
| **2022 Ditch Witch 24" 50/50 Combo /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | **$5,000.00** |
| **Mustang M80 Trachoe /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | **$4,000.00** |
| **Crown CS-1000-50 Forklift /** Pledged as collateral on debts owed by Partida Holdings, LLC | **unknown** | **$9,000.00** |

51. **Total of Part 8**                                                                     | **$366,900.00** |
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |

Debtor     **Faith Electric, Inc.**
           _____          Case number *(if known)* _____
           Name

| | | | | |
|---|---|---|---|---|
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites**<br>_____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | _____ | _____ | _____ |
| 65. **Goodwill**<br>_____ | _____ | _____ | _____ |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

Debtor     **Faith Electric, Inc.**                                    Case number *(if known)* _____
           Name

| 67. | **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?** |
|---|---|

☑ No
☐ Yes

| 68. | **Is there an amortization or other similar schedule available for any of the property listed in Part 10?** |
|---|---|

☑ No
☐ Yes

| 69. | **Has any of the property listed in Part 10 been appraised by a professional within the last year?** |
|---|---|

☑ No
☐ Yes

| **Part 11:** | All other assets |
|---|---|

| 70. | **Does the debtor own any other assets that have not yet been reported on this form?** |
|---|---|

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.   Notes receivable**

Description (include name of obligor)

_____     _____ – _____ = ➔    _____
                               Total face amount    doubtful or uncollectible amount

**72.   Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

**73.   Interests in insurance policies or annuities**

_____                             _____

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                             _____

**Nature of claim**     _____

**Amount requested**     _____

**75.   Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                             _____

**Nature of claim**     _____

**Amount requested**     _____

Debtor    **Faith Electric, Inc.**

Name

Case number *(if known)*

---

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|---|---|---|
| | Service contracts - See Schedule G for details | unknown |
| | Intercompany receivables owed by Partida Holdings of Little Rock | $295,000.00 |
| | Intercompany receivables owed by Partida Holdings of Tulsa | $133,539.00 |
| | Intercompany receivables owed by Partida Holdings of Lawton | $1,220,051.85 |
| | Intercompany receivables owed by Partida Holdings of Fayetteveille | $81,832.70 |
| | Intercompany receivables owed by Partida Management, LLC | $16,322.18 |
| | Intercompany receivables owed by Partida Holdings, LLC | $14,877.59 |
| | Future territory in Wichita, TX purchased by Debtor - entity/storefront not yet established | $85,000.00 |
| | Receivables owed by Costco | $24,324.22 |

| 78. | **Total of Part 11**  Add lines 71 through 77. Copy the total to line 90. | $1,870,947.54 |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Faith Electric, Inc.**

Name

Case number *(if known)*

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $40,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $37,586.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $550,438.24 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $70,542.35 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $366,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................ ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,870,947.54 | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $2,936,414.92 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... | | $2,936,414.92 |

---

Fill in this information to identify the case:

Debtor name **Faith Electric, Inc.**

United States Bankruptcy Court for the: **Western** District of **Oklahoma**

(State)

Case number (if known):

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1**

**Creditor's name**

**Wells Fargo Commercial Distribution Finance**

**Describe debtor's property that is subject to a lien**

Other inventory, Accounts Receivable, Service contracts - See Schedule G for details, Mistubishi GCG25 Forklift, Mosebach X100RL Loadbank, Crown CS-1000-50 Forklift, Yale GLP030VXNRSE Forklift, Mustang M80 Trachoe, Ditch Witch SK800, 2022 Ditch Witch 24" 50/50 Combo, 2022 BD 314001-25 High Back Pallet Forks, 2022 Ditch Witch Sk900 Trencher, 2022 Ditch Witch CT24 24 In 50/50 Comco, 2022 BD 314001-25 High Back Pallet Forks, F&M Bank

**Amount of claim:** $210,778.37

**Value of collateral:** $758,525.03

**Creditor's mailing address**

**5595 Trillium Blvd.**

**Hoffman Estates, IL 60192**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$210,778.37

Fill in this information to identify the case:

Debtor name _____ **Faith Electric, Inc.** _____

United States Bankruptcy Court for the:

_____ **Western District of Oklahoma** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **Faith Electric, Inc.**
_____          Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**AlphaEquityFund**

**320 Boston Post Rd. 180**

**Darien, CT 06820**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$150,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 6031**

**Carol Stream, IL 60197**

Date or dates debt was incurred    _____

Last 4 digits of account number    **4  0  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$222,171.78**

---

**3.3** Nonpriority creditor's name and mailing address

**Apollo Funding**

**333 W. Commercial Street Suite 324**

**East Rochester, NY 14445**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$600,000.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Cambridge Advance**

**7901 4th Street N. #400**

**Saint Petersburg, FL 33702**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$300,000.00**

Debtor    **Faith Electric, Inc.**
Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**Capital One**

**PO Box 60519**

**City of Industry, CA 91716-0619**

Date or dates debt was incurred _____

Last 4 digits of account number    **7  5  0  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset?
☑ No
☐ Yes

$11,854.67

---

**3.6** Nonpriority creditor's name and mailing address

**Costco**

**730 Lake Drive**

**Issaquah, WA 98027**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$189,974.67

---

**3.7** Nonpriority creditor's name and mailing address

**DLP Funding, LLC**

**447 Broadway 2nd floor**

**New York, NY 10013**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$200,000.00

---

**3.8** Nonpriority creditor's name and mailing address

**Finwise Bank/Mulligan Funding**

**Mulligan Funding, LLC**

**4715 Viewridge Ave.**

**San Diego, CA 92123**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$650,000.00

---

Debtor    **Faith Electric, Inc.**
_____
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $196,120.92 |
|---|---|---|---|

**3.9** Nonpriority creditor's name and mailing address

Generac Power Systems

29330 Network Place

Chicago, IL 60673-1293

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$196,120.92**

---

**3.10** Nonpriority creditor's name and mailing address

Global Merchant Cash, Inc.

64 Beaveer Street Suite 415

New York, NY 10004

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$500,000.00**

---

**3.11** Nonpriority creditor's name and mailing address

Graybar Electric Company, Inc.

PO Box 840458

Dallas, TX 75284-0458

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$34,519.89**

---

**3.12** Nonpriority creditor's name and mailing address

Lionhart Funding

40 Wall Street Unit 2701

New York, NY 10005

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$225,000.00**

---

Debtor    **Faith Electric, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:    Additional Page**

---

**3.13**  Nonpriority creditor's name and mailing address

**Slate Advance**

**15 America Ave Ste. 303**

**Lakewood, NJ 08701**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$300,000.00

---

**3.14**  Nonpriority creditor's name and mailing address

**SQ Advance**

**7901 4th St. N Ste. 300**

**Saint Petersburg, FL 33702**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,000,000.00

---

**3.15**  Nonpriority creditor's name and mailing address

**SQ Advance**

**7901 4th St. N Ste. 300**

**Saint Petersburg, FL 33702**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$700,000.00

---

**3.16**  Nonpriority creditor's name and mailing address

**VEX Capital**

**96-14 Metropolitan Ave.**

**Forest Hills, NY 11375**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$300,000.00

---

Debtor    **Faith Electric, Inc.**
          Name                                                Case number *(if known)*

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **David Fogel, PC, Attorneys at Law**<br>**1225 Franklin Ave. Ste. 201**<br>**Garden City, NY 11530** | Line **3.15**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2  **Law Office of Isaac H. Greenfield, LLC**<br>**2 Executive Blvd Ste. 305**<br>**Suffern, NY 10901** | Line **3.4**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3  **Square Advance, LLC**<br>**90 E. Halsey Rd**<br>**Parsippany, NJ 07054** | Line **3.14**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4  **Square Advance, LLC**<br>**90 E. Halsey Rd**<br>**Parsippany, NJ 07054** | Line **3.15**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    **Faith Electric, Inc.**
Name

Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$5,579,641.93** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$5,579,641.93** |

Fill in this information to identify the case:

Debtor name **Faith Electric, Inc.**

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Service contracts - Debtor will assume contracts with all parties on the attached list.** |
| | **See attached list** |
| | **Contract to be ASSUMED** |
| State the term remaining | **0 months** |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for storefront** |
| | **Somero, LLC** |
| | **Contract to be ASSUMED** |
| | **900 Putter Place** |
| State the term remaining | **0 months** |
| | **Edmond, OK 73025** |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

| Creditor Name | Address 1   Address 2 | Apt/Suite | City | State | Zip |
|---|---|---|---|---|---|
| Town of Tribbey | 313 WEST JACK ROBERTS LANE | | WANETTE | OK | 74852 |
| Janice and John Sullivan | 3408 Bear Mountain Dr. | | Norman | OK | 73069 |
| Gregory Olson | 2050 East Hefner Road | | Okc | OK | 73131 |
| JOHN MASSEY | 15108 AMBER RUN | | EDMOND | OK | 73013 |
| Joe Joy | 720 NW 198th | | Edmond | OK | 73012 |
| Trent Lindmark | 15 branderwood st | | Newcastle | OK | 73065 |
| Jon Oppel | 11825 Sw 26th Ter | | Oklahoma City | OK | 73099 |
| BILLIE THRASH | 12104 NORTH GREYSTONE CIRCLE | | OKOKLAHOMA C | OK | 73120 |
| ALAN SHRYOCK | 24400 COUNTY ROAD 200 | | STILLWATER | OK | 74075 |
| Dinesh Dalbir | 17801 Blue Heron Court | | Edmond | OK | 73012 |
| Eric Frische | 16412 Rhone Drive | | Edmond | OK | 73013 |
| Gary White | 1308 NW 157th St | | Edmond | OK | 73013 |
| Greg Barby | 15312 Meadow Vista Dr | | Edmond | OK | 73013 |
| Jeff Cruzan | 1317 NW 157th St | | Edmond | OK | 73013 |
| Jeff Glenn | 1408 Northwest 189th Street | | Edmond | OK | 73012 |
| Joel Navarro | 1308 Northwest 197th Street | | Edmond | OK | 73012 |
| JUSTIN & DESIREE JONES | 16224 Montague Dr | | Edmond | OK | 73013 |
| KAMEE & DOUGLAS VAN METER | 12201 BUNTING CIRCLE | | EDMOND | OK | 73013 |
| Louis Price | 3313 Northwest 170th Court | | Edmond | OK | 73012 |
| NICK DRAGO | 7404 Northwest 159th Terrace | | Edmond | OK | 73013 |
| Pam Reading | 1840 NW 160th Pl | | Edmond | OK | 73013 |
| Paul Marley | 17332 Clove Hill Place | | Edmond | OK | 73012 |
| PHILLIP WHALEY | 15209 Burning Spring Road | | Edmond | OK | 73013 |
| Ronald Uhls | 908 Northwest 172nd Street | | Edmond | OK | 73012 |
| Ronald Williams | 6529 NW 163rd Terrace | | Edmond | OK | 73013 |
| Scott Shackleford | 3409 Hidden Leaf Dr | | Edmond | OK | 73012 |
| Stephanie Naifeh | 17401 Barrington Hills Ln | | Edmond | OK | 73012 |
| STEPHEN & DIANE RULEWICZ | 15401 Fairview Farm Boulevard | | Edmond | OK | 73013 |
| Susie Weeks | 15509 Laguna Drive | | Edmond | OK | 73013 |
| Suzy Noble | 400 Northwest 145th Terrace | | Edmond | OK | 73013 |
| TAMMY CLEVELAND | 409 NORTHWEST 139th STREET | | EDMOND | OK | 73013 |
| Tim Cushing | 1313 Northwest 186th Street | | Edmond | OK | 73012 |
| Jill Clifton | 2414 Northwest 178th Street | | Edmond | OK | 73012 |
| VICTORIA LEONARD | 413 Northwest 147th Terrace | | Edmond | OK | 73013 |

| | | | | |
|---|---|---|---|---|
| WILLIAM LUKOS | 15320 Meadow Vista Drive | Edmond | OK | 73013 |
| Wilmer Santos | 15700 Gunnison Dr | Edmond | OK | 73013 |
| CHARLES & BETH DUNN | 3817 Library Lane | edmond | OK | 73034 |
| Robert Potts | 3617 Utica square | Edmond | OK | 73034 |
| Shelly and Todd Cooper | 15301 Burning Spring Rd | Edmond | OK | 73013 |
| Don Atchison | 633 East Lydia Terrace | Mustang | OK | 73064 |
| DON WILLIS | 1543 Copper Creek Drive | Mustang | OK | 73064 |
| Glenn & Sheila Cowart | 1513 Quail Lake Way | Mustang | OK | 73064 |
| Huey Long | 1808 West Blake Way | Mustang | OK | 73064 |
| JAMES  BISHOP | 4612 McCann Avenue | Mustang | OK | 73064 |
| JOSEPH MEEKS | 313 North Amethyst Way | Mustang | OK | 73064 |
| Joyce Stafford | 9200 Prairie Farms Drive | Mustang | OK | 73064 |
| Julie Johnson | 12001 Southwest 53rd Street | Mustang | OK | 73064 |
| Karren Kemerley | 14301 Southwest 65th Street | Mustang | OK | 73064 |
| Keith Rodgers | 600 North Remington Way | Mustang | OK | 73064 |
| Kyle  Frazier | 14900 Southwest 65th Street | Mustang | OK | 73064 |
| Lane Westmoreland | 2200 West Earl Drive | Mustang | OK | 73064 |
| LARRY DELLINGER | 11020 South Cemetery Road | Mustang | OK | 73064 |
| MARK IRBY | 1006 West Tesio Way | Mustang | OK | 73064 |
| MARK LARIOS | 801 West Prairie Way | Mustang | OK | 73064 |
| MAX & TERESA FLETCHER | 701 East Barajas Terrace | Mustang | OK | 73064 |
| Michael  Bechtel | 224 South Lakehoma Drive | Mustang | OK | 73064 |
| MIKE LOVE,  Sr | 805 West Shepherd Drive | Mustang | OK | 73064 |
| Rebecca Fuentes | 939 West Griggs Way | Mustang | OK | 73064 |
| ROBERT & Jocelyne IMMELL | 11113 Southwest 40th Street | Mustang | OK | 73064 |
| Steve Bobo | 5600 Steeple Run Dr | Mustang | OK | 73064 |
| Steven Hendrix | 415 West Greenwood Drive | Mustang | OK | 73064 |
| TIEN  HUYNH | 1359 East Angel Fire Terrace | Mustang | OK | 73064 |
| Will  Loveless | 308 East Mobile Terrace | Mustang | OK | 73064 |
| WILLIAM(JESSIE) BRATTON | 2234 West Keens Drive | Mustang | OK | 73064 |
| Ryan Butts | 1728 Dorchester Place | Nichols Hills | OK | 73120 |
| Sally Saunders | 1710 Randel ROAD | Nichols Hills | OK | 73116 |
| April  Brambrink | 4001 N.W. 19th St. | Oklahoma City | OK | 73107 |
| Debbie Roach | 8504 Northwest 112th Street | Oklahoma City | OK | 73162 |
| Dwayne Gaines | 10921 Bel Air Place | Oklahoma City | OK | 73120 |

| | | | | |
|---|---|---|---|---|
| Jean Abed | 12809 Ponderosa Boulevard | Oklahoma City | OK | 73142 |
| Jerry Messick | 9604 Southwest 35th Street | Oklahoma City | OK | 73179 |
| Jim Trepagnier | 8201 NW 125th St | Oklahoma City | OK | 73142 |
| John Dahlin | 11937 Dornick Circle | Oklahoma City | OK | 73162 |
| JONATHAN BAETZ | 9113 Southwest 45th Terrace | Oklahoma City | OK | 73179 |
| Ken Anderson | 11304 Cedar Hollow Road | Oklahoma City | OK | 73162 |
| Kim Vanrosendale | 11412 Southwest 101st Street | Oklahoma City | OK | 73169 |
| Lisa Henley | 2725 Tealwood Drive | Oklahoma City | OK | 73120 |
| Mark Dawkins (Dawkins Dermo) | 13174 North Macarthur Boulevard | Oklahoma City | OK | 73142 |
| Matt Makel | 14700 Winoma Drive | Oklahoma City | OK | 73142 |
| Matt Wong | 8109 NW 128th Pl | Oklahoma City | OK | 73142 |
| Michael & JACKIE Benson | 6101 Whispering Grove Drive | Oklahoma City | OK | 73169 |
| Michelle Musallam | 14925 Laurin Lane | Oklahoma City | OK | 73142 |
| MIKE SEWELL | 5624 Northwest 130th Street | Oklahoma City | OK | 73142 |
| PAUL BRATCHER | 4701 Quartz Ridge Drive | Oklahoma City | OK | 73179 |
| RICHARD ROPAC | 14417 Caledonia Way | Oklahoma City | OK | 73142 |
| RICHARD STEPHENS | 7912 Westwood Lane | Oklahoma City | OK | 73169 |
| Robert Bookout | 6713 Chelsey Lane | Oklahoma City | OK | 73132 |
| Robert Tunnell | 6709 Chelsey Ln | Oklahoma City | OK | 73132 |
| ROLAND & DECARLA STEELE | 14401 Sedona Drive | Oklahoma City | OK | 73142 |
| Ronald Blalock | 6309 Beaver Creek Road | Oklahoma City | OK | 73162 |
| Susan Cartmell | 5300 Northwest 116th Street | Oklahoma City | OK | 73162 |
| TERENCE Hayes | 9920 Prosper Drive | Oklahoma City | OK | 73151 |
| Vicky Watson | 8600 Southwest 105th Street | Oklahoma City | OK | 73173 |
| WILLIAM RIVERA | 10905 Millbrook Lane | Oklahoma City | OK | 73162 |
| Robert Lerma | 10505 Ski Dr | Oklahoma City | OK | 73162 |
| Nathanael Hyde | 12013 Northwest 139th Street | Piedmont | OK | 73078 |
| DON CRAMER | 9916 Artena Court | Yukon | OK | 73099 |
| Donna Denny | 108 Harrogate Drive | Yukon | OK | 73099 |
| EDWIN CHANDAPILLAI | 9112 Northwest 115th Terrace | Yukon | OK | 73099 |
| HECTOR VILLANUEVA | 417 Vista Drive | Yukon | OK | 73099 |
| JOE & LINDA OLIVER | 11705 Charleston Way | Yukon | OK | 73099 |
| John Davis | 13021 Southwest 5th Terrace | Yukon | OK | 73099 |
| JUSTIN STACEY | 2501 North Richland Road | Yukon | OK | 73099 |
| Katherine Dawson | 505 North Cimarron Road | Yukon | OK | 73099 |

| | | | | |
|---|---|---|---|---|
| KAY PRICE | 4012 Bridle Path Road | Yukon | OK | 73099 |
| KEN GORE | 9121 Northwest 99th Place | Yukon | OK | 73099 |
| MELLY ROMERO | 12008 Ava Grace Lane | Yukon | OK | 73099 |
| Monique Matal | 11305 Northwest 94th Terrace | Yukon | OK | 73099 |
| Patrick MarcCharles | 9445 Northwest 87th Street | Yukon | OK | 73099 |
| Paul Clark | 3501 Austrian Pine Place | Yukon | OK | 73099 |
| PAUL HELDENBRAND | 704 Dana Drive | Yukon | OK | 73099 |
| Robert Dorrell | 313 Old Home Place | Yukon | OK | 73099 |
| RONALD BURKHART | 11037 Northwest 23rd Terrace | Yukon | OK | 73099 |
| Ryan Handing | 505 Carlow Way | Yukon | OK | 73099 |
| Scott Evans | 10141 Northwest 97th Street | Yukon | OK | 73099 |
| SHAWN TRACEY | 2832 Bens Circle | Yukon | OK | 73099 |
| Stan Taylor | 10537 Northwest 45th Court | Yukon | OK | 73099 |
| Stephanie Hamilton | 11129 Southwest 33rd Street | Yukon | OK | 73099 |
| Traci Marand | 10905 Northwest 94th Street | Yukon | OK | 73099 |
| DAVID HOLSTON | 305 CLEMENTINE Rd | YUKON | OK | 73099 |
| BRAD & ANGELA SMITH | 1501 N Post Rd | Arcadia | OK | 73007 |
| DAN WOLF | 14062 E 850 RD | ARCHE | OK | 73762 |
| STEVE WITTROCK | 15700 EAST 860 ROAD | ARCHE | OK | 73762 |
| Charles Ellington | 2113 North Glade Avenue | Bethany | OK | 73008 |
| James Lowe | 7709 Northwest 25th Terrace | Bethany | OK | 73008 |
| PAUL SINCLAIR | 8200 Brownsville Lane | Bethany | OK | 73008 |
| Ana Mathew | 14112 Southeast 37th Place | Choctaw | OK | 73020 |
| JOE BROUSSARD | 15924 Southeast 89th Street | Choctaw | OK | 73020 |
| KENNETH KEESEE | 4101 Huntington Parkway | Choctaw | OK | 73020 |
| MANUEL REESE | 11029 McClure Road | Choctaw | OK | 73020 |
| BEN CUNNINGHAM | 920 Northwest 194th Terrace | Edmond | OK | 73012 |
| BRAD & MADALINE SCHWARTZ | 1300 Northwest 155th Terrace | Edmond | OK | 73013 |
| David Bagwell | 16008 Redstem Way | Edmond | OK | 73013 |
| Debbie Fry | 920 Northwest 156th Street | Edmond | OK | 73013 |
| Dirk Eckroat | 11400 Waters Welling Way | Edmond | OK | 73013 |
| DONALD PUMPHREY | 3628 HUNTERS CREEK ROAD | EDMOND | OK | 73003 |
| Gregory Olsen | 3311 Oakdale Forest Road | Edmond | OK | 73013 |
| Josh Woodson | 3208 NW 206th | Edmond | OK | 73012 |
| Pam Hester | 7200 Northeast 121st Street | Edmond | OK | 73013 |

| | | | | |
|---|---|---|---|---|
| ROBIN NANDYAL | 11315 Old River Trail | Edmond | OK | 73013 |
| STEPHEN SPARKS | 1304 HARDING AVENUE | EDMOND | OK | 73013 |
| Valerie Reitz | 11415 CountrySide Ct | Edmond | OK | 73013 |
| Karen Whitson | 291 Reese Ln | GOLDSBY | OK | 73093 |
| MELISA PETERSON | 675 Bluestem Drive | Guthrie | OK | 73044 |
| JERRY & VIRGINIA PALMER | PO BOX 195 | Helena | OK | 73741 |
| Bill Burgoyne | 10337 E Hefner Rd | Jones | OK | 73049 |
| Deana Hill | 8300 Northeast 122nd Street | Jones | OK | 73049 |
| Raymond Kincade | 10001 NE 146th St | Jones | OK | 73049 |
| Steven Storff | 12621 Blue Quail Drive | Jones | OK | 73049 |
| Mary Hill | 405 E Atkinson Dr | Midwest City | OK | 73110 |
| ROGER CANTU | 2256 East Kellan Court Terrace | Mustang | OK | 73064 |
| JOE Howell | 1704 Kingsbury Lane | Nichols Hills | OK | 73116 |
| Linna Robinson | 1719 Dorchester Drive | Nichols Hills | OK | 73120 |
| Melanie Harding | 1109 Larchmont Ln | Nichols Hills | OK | 73116 |
| Paula Barrington | 7000 Nichols Rd | Nichols Hills | OK | 73116 |
| Steve Brown | 1601 West Wilshire Boulevard | Nichols Hills | OK | 73116 |
| Thomas McCasland | 1603 Elmhurst Avenue | Nichols Hills | OK | 73120 |
| WILL BLAIK | 1608 Coventry Park | Nichols Hills | OK | 73120 |
| DAVID HENSLEY | 433 College Avenue | Norman | OK | 73069 |
| JACKIE RUFF | 8508 PLACKER PLACE | OKLAHOMA CITY | OK | 73159 |
| Angelica Gonzales | 1528 Linwood Boulevard | Oklahoma City | OK | 73106 |
| Aubrey Crawley | 2720 Northwest 21st Street | Oklahoma City | OK | 73107 |
| BARBARA SCHWEITZER | 1321 Sunway Street | Oklahoma City | OK | 73127 |
| BARBARA STROTTER | 2405 Northeast 26th Street | Oklahoma City | OK | 73111 |
| BEN BARENBERG | 108 LAKE ALUMA DRIVE | OKLAHOMA CITY | OK | 73121 |
| BRAD RICHARDSON | 2629 DORCHESTER DRIVE | OKLAHOMA CITY | OK | 73120 |
| BRENDA MCKINZEY | 3712 NW 67th STREET | OKLAHOMA CITY | OK | 73116 |
| CAROL WENZL | 4816 Northwest 62nd Terrace | Oklahoma City | OK | 73122 |
| Carole Thompson | 5901 North Billen Avenue | Oklahoma City | OK | 73112 |
| CHAD & PAMELA DUNCAN | 6509 SW 90TH STREET | OKLAHOMA CITY | OK | 73169 |
| Cheryl Harder | 14901 Jefferson Lane | Oklahoma City | OK | 73134 |
| CHUCK WALWORTH | 9216 VIA DEL VISTA | OKLAHOMA CITY | OK | 73131 |
| CINDY KOCH | 10260 BALD CYPRESS DRIVE | OKLAHOMA CITY | OK | 73120 |
| COLBERT NELSON | 14617 WAYFIELD CIRCLE | OKLAHOMA CITY | OK | 73142 |

| | | | | |
|---|---|---|---|---|
| Debbie Burton | 1140 Northwest 50th Street | OKLAHOMA CITY | OK | 73173 |
| Craig Bradshaw | 2333 Northwest 49th Street | Oklahoma City | OK | 73112 |
| Dan Carmichael | 3156 Brush Creek Road | Oklahoma City | OK | 73120 |
| David Allin | 7316 Northwest 110th Street | Oklahoma City | OK | 73162 |
| David McCollough | 8201 Northwest 134th Terrace | Oklahoma City | OK | 73142 |
| David Campbell | 2544 Northwest 55th Place | Oklahoma City | OK | 73112 |
| DAVID DEMARTINI | 3212 Southwest 130th Place | Oklahoma City | OK | 73170 |
| DAVID ELLISON | 12513 BOCAGE DRIVE | OKLAHOMA CITY | OK | 73142 |
| David Siress | 14500 Yorkshire Ln | Oklahoma City | OK | 73142 |
| Deanna Gregory | 5009 seven Oaks Circle | Oklahoma City | OK | 73142 |
| DEBORAH COHEE | 7501 NW 12th STREET | OKLAHOMA CITY | OK | 73127 |
| Deborah Nelson | 9633 Bartlett Road | Oklahoma City | OK | 73131 |
| Dennis Lee | 2824 Guilford Lane | Oklahoma City | OK | 73120 |
| Dennis Vaughn | 416 NW 96th St | Oklahoma City | OK | 73114 |
| Derek Sherwood | 6901 Acorn Drive | Oklahoma City | OK | 73151 |
| DIANE CARTER | 14900 WINOMA ROAD | OKLAHOMA CITY | OK | 73142 |
| Divya Gunda | 12616 Beryl Lane | Oklahoma City | OK | 73170 |
| DIXIE FOLZENLOGEN | 3021 WILLOW BROOK RD | OKLAHOMA CITY | OK | 73120 |
| Donna Parsons | 2424 Northwest 54th Street | Oklahoma City | OK | 73112 |
| DORIS MORRIS | 200 ODOM RD | OKLAHOMA CITY | OK | 73139 |
| Dwayne Schmidt | 5400 Carrington Place | Oklahoma City | OK | 73131 |
| Edward Manek | 2449 Southwest 82nd Street | Oklahoma City | OK | 73159 |
| EDWARD MYERS | 1604 OAK LANE | OKLAHOMA CITY | OK | 73127 |
| EMANUEL SEARS | 5109 KENNINGTON LANE | OKLAHOMA CITY | OK | 73150 |
| FRAN BERRYHILL | 13545 BORGATA LN | OKLAHOMA CITY | OK | null |
| Frances Wickwire | 3225 Pioneer Avenue | Oklahoma City | OK | 73107 |
| GARY & ISABEL CHANCELLOR | 12200 SWANHAVEN DRIVE | OKLAHOMA CITY | OK | 73170 |
| GARY GRESHAM | 5004 North Cromwell Avenue | Oklahoma City | OK | 73112 |
| GARY PARKS | 10905 Meadowlake Farms Drive | Oklahoma City | OK | 73170 |
| Gary Shaw | 741 Southwest 157th Street | Oklahoma City | OK | 73170 |
| GLEN DAHL | 4012 NW 61st STREET | OKLAHOMA CITY | OK | 73112 |
| Harry Karns | 4612 Northwest 36th Street | Oklahoma City | OK | 73122 |
| Irene Epifani | 4700 Mary Ann Cir | Oklahoma City | OK | 73150 |
| JACQUELINE COLEMAN | 8516 SW 47TH CIRCLE | OKLAHOMA CITY | OK | 73179 |
| Jacqueline Johnson | 1216 North Warren Place | Oklahoma City | OK | 73107 |

| | | | | |
|---|---|---|---|---|
| JANET BECK | 2908 NORTH GROVE PLACE | OKLAHOMA CITY | OK | 73127 |
| Janet Pitt | 2333 Northwest 59th Street | Oklahoma City | OK | 73112 |
| JARED WEINGARTNER | 1815 NORTH HUDSON AVENUE | OKLAHOMA CITY | OK | 73103 |
| Jason Thompson | 2224 Dawn Marie Drive | Oklahoma City | OK | 73112 |
| Jason Zielke | 4702 North Portland Avenue | Oklahoma City | OK | 73112 |
| Jay Shaw | 3605 NW 70th STREET | OKLAHOMA CITY | OK | 73116 |
| JAYNE CLOUD | 11829 Mill Hollow Court | Oklahoma City | OK | 73131 |
| JEAN LEGER | 4012 NE 117TH | OKLAHOMA CITY | OK | null |
| JENNIE SCHOENHALS | 5709 ROSEBAY COURT | OKLAHOMA CITY | OK | null |
| JIM  BUTTS | 2617 Drakestone Avenue | Oklahoma City | OK | 73120 |
| Jim Taira | 6206 Waterford Boulevard | Oklahoma City | OK | 73118 |
| JJ JOHNSON | 5401 SOUTH SANTA FE | OKLAHOMA CITY | OK | 73109 |
| JOANN WOOLLEY | 7412 CLAYTON DRIVE | OKLAHOMA CITY | OK | 73132 |
| Joe Fountain | 13012 White Hawk Lane | Oklahoma City | OK | 73170 |
| John & Patricia Reid | 11201 Blue Sage Road | Oklahoma City | OK | 73120 |
| JOHN KENNEY | 141 LAKE ALUMA DRIVE | OKLAHOMA CITY | OK | 73121 |
| JOHN LINGO | 2220 NW 56TH | OKLAHOMA CITY | OK | 73112 |
| JOSE GUARDADO | 1217 Northwest 83rd Street | Oklahoma City | OK | 73114 |
| JOSEPH RIVERA | 3833 CASHION PLACE | OKLAHOMA CITY | OK | 73112 |
| Judy Magnusson | 14400 South Pennsylvania Avenue | Oklahoma City | OK | 73170 |
| JUSTIN & DEBRA VOGT | 2611 WEST WILSHIRE BLVD | OKLAHOMA CITY | OK | 73116 |
| KARLA SCHWARZ | 9017 Autumn Road | Oklahoma City | OK | 73151 |
| Katie Bixby | 2341 Northwest 13th Street | Oklahoma City | OK | 73107 |
| KEN COZAD | 13301 GREEN VALLEY DR | OKLAHOMA CITY | OK | 73120 |
| KURT SCHNEITER | 2410 Northwest 59th Street | Oklahoma City | OK | 73112 |
| Kylee Rose | 3504 Northwest 16th Street | Oklahoma City | OK | 73107 |
| L CRAIG | P O BOX 720869 | OKLAHOMA CITY | OK | 73172.0869 |
| LINDA HAVRILLA | 6905 Edgewater Drive | Oklahoma City | OK | 73116 |
| LINDA SAGESER | 7433 Northwest 101st Street | Oklahoma City | OK | 73162 |
| LISA  MINTER | 3200 Northeast 119th Street | Oklahoma City | OK | 73170 |
| LORETTA LANCE | 13133 TURTLE CREEK DRIVE | OKLAHOMA CITY | OK | 73170 |
| MARCIA CORCORAN | 6108 WESTLANE | OKLAHOMA CITY | OK | 73142 |
| MARGARET BERGANT | 1836 NW 14TH ST | OKLAHOMA CITY | OK | 73016 |
| MARLENE ROACH | 7112 SKYLARK TERRACE | OKLAHOMA CITY | OK | 73162.5655 |
| Marquita Jones | 6200 Lansbrook Ln | Oklahoma City | OK | 73132 |

| | | | | |
|---|---|---|---|---|
| MARVIN BANTA | 4120 CEDAR PASS DRIVE | OKLAHOMA CITY | OK | 73179 |
| MARY JOHNSON | 3121 ASTORIA BLVD | OKLAHOMA CITY | OK | 73122 |
| Mary Lou Ryan | 2205 Northwest 44th Court | Oklahoma City | OK | 73112 |
| Mary Smith | 4305 Northwest 56th Street | Oklahoma City | OK | 73112 |
| Marynel Chabino | 13521 Borgata Lane | Oklahoma City | OK | 73170 |
| Matt Waldron | 1333 Southeast 25th Street | Oklahoma City | OK | 73129 |
| MICHAEL GALIGA | 2718 NW 34th ST | OKLAHOMA CITY | OK | 73112 |
| Michael Lampley | 4721 Thompson Avenue | Oklahoma City | OK | 73105 |
| MICHELLE MUNDA | 3208 Northwest 36th Street | Oklahoma City | OK | 73112 |
| MICKEY MCCROTTY | 4516 NW 46TH STREET | OKLAHOMA CITY | OK | 73122 |
| MIKE RICHMOND | 11605 Gateshead Drive | Oklahoma City | OK | 73170 |
| MIKE MCGUIRE | 13104 CLOVER LEAF LANE | OKLAHOMA CITY | OK | 73170 |
| Nick Perry | 15220 Turtle Lake Place | Oklahoma City | OK | 73165 |
| NIKKI EASTER | 6601 Southwest 92nd Street | Oklahoma City | OK | 73159 |
| Nora SAMS | 11625 MILL HOLLOW COURT | OKLAHOMA CITY | OK | 73131 |
| PATRICIA  BRIGGS | 2935 Southwest 52nd Place | Oklahoma City | OK | 73119 |
| Patrick Anthony | 17217 Triana Drive | Oklahoma City | OK | 73170 |
| Paul Cooper | 709 Southwest 111th Street | Oklahoma City | OK | 73170 |
| PHIL GOSS | 12813 TWISTED OAK ROAD | OKLAHOMA CITY | OK | 73120 |
| PHILLIP HARRISON | 13817 SOUTH ROBINSON AVE | OKLAHOMA CITY | OK | 73170 |
| PHILLIP MINER | 1813 COVENTRY LANE | OKLAHOMA CITY | OK | 73120 |
| RAJ KUMAR | 6611 HILLCREST AVE | OKLAHOMA CITY | OK | 73116 |
| Randy  Harper | 13204 Springcreek Drive | Oklahoma City | OK | 73170 |
| RANDY WILLIS | 12601 Beryl Lane | Oklahoma City | OK | 73170 |
| Rita Hoch | 1316 Reiss Court | Oklahoma City | OK | 73118 |
| Robert Bierschenk | 6000 North Midwest Boulevard | Oklahoma City | OK | 73141 |
| RONALD JAMES | 1324 Northeast 55th Street | Oklahoma City | OK | 73111 |
| Rondy Ellison | 800 Northeast 33rd Street | Oklahoma City | OK | 73105 |
| Rosa Simpson | 1832 Northeast 26th Street | Oklahoma City | OK | 73111 |
| RYAN  CHEATHAM | 12616 Beryl Lane | Oklahoma City | OK | 73170 |
| SANDRA  REED | 4402 South Olie Avenue | Oklahoma City | OK | 73109 |
| Sean Crawford | 2801 Southwest 139th Street | Oklahoma City | OK | 73170 |
| Shannon Friday | 13401 Creekside Drive | Oklahoma City | OK | 73131 |
| SHARON Fernbaugh | 9804 Briarcreek Dr | Oklahoma City | OK | 73162 |
| SHARON RICHARDSON | 2704 WINDSOR BLVD | OKLAHOMA CITY | OK | 73127.1824 |

| | | | | | |
|---|---|---|---|---|---|
| Sherri Moore | 8209 Northwest 65th Place | Oklahoma City | OK | | 73132 |
| SOCRATES LAZARIDIS | 5700 N BILLEN AVE | OKLAHOMA CITY | OK | null | |
| Sonda JONES | 8621 NW 110TH TERR | OKLAHOMA CITY | OK | | 73162 |
| SONDRA Morrison | 6425 Northwest 28th Street | Oklahoma City | OK | | 73127 |
| STEVE & CAROL BARRYMORE | 2113 NW 43RD STREET | OKLAHOMA CITY | OK | | 73112 |
| STEVE AND KAY DAVIS | 6209 KINGSBRIDGE DR | OKLAHOMA CITY | OK | | 73162 |
| STEVE HUDDLESTON | 4409 ROCK ISLAND CIRCLE | OKLAHOMA CITY | OK | | 73111 |
| STEVE SMITH | 5712 NW 118TH STREET | OKLAHOMA CITY | OK | | 73162 |
| Susan Gabbard | 2200 Northwest 58th Street | Oklahoma City | OK | | 73112 |
| SUSAN BOCKUS | 3920 NORTH HARVEY PARKWAY | OKLAHOMA CITY | OK | | 73118 |
| SUSAN BROWN | 1624 ASHLing dr | OKLAHOMA CITY | OK | null | |
| Tara Williss | 10401 SE 55th St | Oklahoma City | OK | | 73150 |
| TERESA Bockus | 4517 Blackberry Run | Oklahoma City | OK | | 73112 |
| Terry Braggs | 228 Northeast 61st Street | Oklahoma City | OK | | 73116 |
| TERRY JOHNSON | 13201 SE 71ST TERRACE | OKLAHOMA CITY | OK | | 73150 |
| TONY MELMAN | 7612 NW 37th STREET | OKLAHOMA CITY | OK | | 73008 |
| Tracey Dudley | 3140 Northwest 70th Street | Oklahoma City | OK | | 73116 |
| VICTOR TRAUTMANN | 2221 NW 59TH CIRCLE | OKLAHOMA CITY | OK | | 73112 |
| VIJAYA & RAVI MALPANI | 2712 ELMHURST AVE | OKLAHOMA CITY | OK | | 73120 |
| WILLIAM COOK | 6906 N SPINNAKER LANE | OKLAHOMA CITY | OK | | 73116 |
| William Suchanek | 8515 South Camay Avenue | Oklahoma City | OK | | 73159 |
| RON MONTGOMERY | 13317 CAYMAN LANE | OKLAHOMA CITY | OK | | 73170 |
| ELBERT BYNUM | 14400 Locust Street | Piedmont | OK | | 73078 |
| Jamael Hunt | 10228 East Wilshire Boulevard | Spencer | OK | | 73084 |
| THERESA JACKSON | 6200 North Anderson Road | Spencer | OK | | 73084 |
| Janice Skaggs | 3213 Orlando Road | The Village | OK | | 73120 |
| ROBERT MORTON | 2108 Gladstone Terrace | The Village | OK | | 73120 |
| Tom Holcomb | 5917 Northwest 52nd Street | Warr Acres | OK | | 73122 |
| LINDA O'CONNELL | PO BOX 76 | WHEATLAND | OK | | 73097 |
| ADAM NEER | 11720 Southwest 15th Terrace | Yukon | OK | | 73099 |
| Andrew Blakeslee | 3513 Slate River Drive | Yukon | OK | | 73099 |
| Billy Trousdale | 4016 Ramsey Road | Yukon | OK | | 73099 |
| BO SHANDY | 10704 Northwest 38th Street | Yukon | OK | | 73099 |
| BRUCE STEELE | 10621 Northwest 37th Street | Yukon | OK | | 73099 |
| DEBRA HILL | 504 TURTLE CREEK DRIVE | YUKON | OK | | 73099.3612 |

| | | | | |
|---|---|---|---|---|
| MEREDITH LOUNGE | 10104 Thompson Avenue | Yukon | OK | 73099 |
| Mike Newcomb | 9837 Stonebridge Drive | Yukon | OK | 73099 |
| PHILLIP BLANCHE | 11413 Northwest 113th Court | Yukon | OK | 73099 |
| CHRIS JENSEN | 13108 MACKINAC ISLAND DRIVE | 13108 MACKINAC | OK | 73034 |
| CLARK JORDAN | 18499 E SAIN RD | ADA | OK | 74525 |
| Donald Kupka | 346589 830 Road | Agra | OK | 74824 |
| Rejeana Wiebener | 8253 County Road 540 | Aline | OK | 73716 |
| George Leist | 714 5th Street | Alva | OK | 73717 |
| Sherry Touchstone | 717 main st | Arapaho | OK | 73620 |
| AMANDA & RICK SMITH | 10509 QUO VADIS DRIVE | ARCADIA | OK | 73007 |
| CHRISTINE MASH | 8455 Coyote Ridge | Arcadia | OK | 73007 |
| Corky Bowker | 13675 South Westminster Road | Arcadia | OK | 73007 |
| E BETSY | 10602 Riva Drive | Arcadia | OK | 73007 |
| GAYLE SMITH | 11401 Piazza Way | Arcadia | OK | 73007 |
| Jesse R Campbell | P O BOX 446 | ARCADIA | OK | 73007.0446 |
| MARK BREWER | 204 NORTH SUGAR HILL DRIVE | ARCADIA | OK | 73007 |
| Scotty Gibbons | 11709 Piazza Wy | Arcadia | OK | 73007 |
| Shawn Forth | 9001 East Covell Road | Arcadia | OK | 73007 |
| Ron Thomas | 4925 Sunspear Dr | Arcadia | OK | 73007 |
| Bryan Irwin | 10007 Quo Vadis | Arcadia | OK | 73007 |
| Orr Construction Arnett Phillip M | City of Arnett | Arnett | OK | 74567 |
| Gary Mock | 300 Walnut Street | Asher | OK | 74826 |
| STEPHEN MCCLURE | 296 County Road 243 | Bay City | OK | TX 77414 |
| BENJI PADDOCK | 4005 PATTY LANE | BETHANY | OK | 73008 |
| Carolyn Rosenthal | 2313 North Peniel Avenue | Bethany | OK | 73008 |
| GEORGE KEYSER | 7620 NW 37TH STREET | BETHANY | OK | 73008 |
| Arthur Loewenkamp | 4016 shannon ave | Bethany | OK | 73008 |
| Matthew Stump | 14198 CR 1170 | Binger | OK | 73009 |
| BEN NEWTON | 2086 County St 2983 | Blanchard | OK | 73010 |
| FRANK White | 2010 FLAMINGO DRIVE | BLANCHARD | OK | 73010 |
| JO DEAN SHEPHARD | 1148 COUNTY STREET 2966 | BLANCHARD | OK | 73010 |
| JOHN LOBB | 1421 County Street 2977 | Blanchard | OK | 73010 |
| Kirk Dailey | 2379 Elm Tree Lane | Blanchard | OK | 73010 |
| LINDA & GERALD STREUN | 2267 Barrington Drive | Blanchard | OK | 73010 |
| Mike Dubois | 894 Blackjack Court | Blanchard | OK | 73010 |

| | | | | | |
|---|---|---|---|---|---|
| DONNA BERNHARDT | P O BOX 150 | CALUMET | OK | | 73014 |
| NACHO TRUJILLO | 1023 NORTH MAPLE ROAD | CALUMET | OK | | 73014 |
| ROBERT BENNETT | 58353 Choctaw Road | Carmen | OK | | 73726 |
| MICHAEL & CINDY JOHNSON | 340345 EAST 830 ROAD | CARNEY | OK | | 74832 |
| JOHN NEWSOM | 603 North 1st Street | Cashion | OK | | 73016 |
| Sherman Webb | 102 SOUTH MAIN STREET | CASHION | OK | | 73016 |
| Dereth Rehbein | 336435 East 850 Road | Chandler | OK | | 74834 |
| DORA EVANS | 212 MORMAN DR | CHANDLER | OK | | 74834 |
| JERRY MENDENHALL | 340497 E 860 RD | CHANDLER | OK | | 74834 |
| Kevin Curry | 860937 S 3503 Rd | Chandler | OK | | 74834 |
| LINDA SMITH | 850488 S 3380 RD | CHANDLER | OK | | 74834 |
| MICHAEL TOWNSEND | 860722 South 3400 Road | Chandler | OK | | 74834 |
| Ronald Brown | 337429 East 0860 Road | Chandler | OK | | 74834 |
| Tammy Stieber | 880746 S 3370 Rd | Chandler | OK | | 74834 |
| BILLY & JOHN ROGERS | 12316 SE 30th PLACE | CHOCTAW | OK | | 73202 |
| CONNIE DOLPH | 16801 Santa Fe Drive | Choctaw | OK | | 73020 |
| DARRYL WINGO | 4101 NEWBURG DRIVE | CHOCTAW | OK | | 73020 |
| GARY CORRIVEAU | 16340 Riverrock Circle | Choctaw | OK | | 73020 |
| JAMES DAWSON | 2280 West Meyers Circle | Choctaw | OK | | 73020 |
| JERRY LOHBAUER | 16024 SE 85TH STREET | CHOCTAW | OK | | 73020 |
| KATHRYN SCHWAB | 14713 CHISHOLM TRAIL | CHOCTAW | OK | | 73020 |
| KEITH MEHNER | 14789 Southeast 12th Street | Choctaw | OK | | 73020 |
| Mark Goudy | 1601 Lytal Lane | Choctaw | OK | | 73020 |
| MARY MCALLISTER | 1100 South Peebly Road | Choctaw | OK | | 73020 |
| Mike Brush | 3601 North Triple X Road | Choctaw | OK | | 73020 |
| Natalie Montoya | 5508 Montford Way | Choctaw | OK | | 73020 |
| PHILLIP & KATHY NEWSOM | 310 SHAPARD DRIVE | CHOCTAW | OK | | 73020 |
| Raymond Navarro | 17575 Cedar Brake Ct | Choctaw | OK | | 73020 |
| Rhonda Dungan | 2603 Forest Crossing Drive | Choctaw | OK | | 73020 |
| RICK GRAMMER | 13800 SE 35TH | CHOCTAW | OK | null | |
| RODERICK THOMPSON | 8800 MERCATO STREET | CHOCTAW | OK | | 73020 |
| Steve Littleton | 2611 Forest Crossing Drive | Choctaw | OK | | 73020 |
| STEVEN PHILLIPS | 14908 SE 98TH ST | CHOCTAW | OK | | 73020 |
| Susan Moore | 13413 Prestwick Circle | Choctaw | OK | | 73020 |
| Terry Lofton | 12119 Max Lane | Choctaw | OK | | 73020 |

| | | | | |
|---|---|---|---|---|
| Wayne Cullins | 4100 NEWBURG DRIVE | CHOCTAW | OK | 73020 |
| Kathy Williams | 2406 Forest Crossing Rd | Choctaw | OK | 73020 |
| Matthew Ahlers | 14800 SE 98th St | Choctaw | OK | 73020 |
| Brian Allen | 3101 Ashton Cove Cir | Choctaw | OK | 73020 |
| ANN KRIESER | PO BOX 227 | COYLE | OK | 73027 |
| JOHN THOMAS | 12818 West 116th Street | Coyle | OK | 73027 |
| Carter Denton | 406 South Pine Street | Crescent | OK | 73028 |
| DAVID EASLEY | 316 South Hickory Street | Crescent | OK | 73028 |
| DONALD MURRAY | 15707 WEST COLLEGE AVENUE | CRESCENT | OK | 73028 |
| William Sneed | 505 North Bell Drive | Crescent | OK | 73028 |
| JOHN & LORENA BRYANT | 2211 WEST FAIRLAWN | CUSHING | OK | 74023 |
| Lorena Bryant | 2211 West Fairlawn Road | Cushing | OK | 74023 |
| MIKE eubank | 6000 West 9th Street | Cushing | OK | 74023 |
| STEVEN BELL | 1602 South Howerton Drive | Cushing | OK | 74023 |
| TOM DOTSON | 902 South Howerton Avenue | Cushing | OK | 74023 |
| BECKEY HELMS | 125 East 12th Street | Davenport | OK | 74026 |
| Terri Robinson | 1027 East Ave | Davenport | OK | 74026 |
| JAMES SCRUGGS | 4716 SE 18TH STREET | DEL CITY | OK | 73115 |
| Thomas Cook | 2320 Mccracken Dr | Del City | OK | 73115 |
| ABEL GUILLEN | 701 MALLARD AVE | EDMOND | OK | 73003 |
| ABIGAIL WILKERSON | 17405 GOLDEN HAWK LANE | EDMOND | OK | 73012 |
| Adam Sawyer | 15916 Langley Wy | Edmond | OK | 73013 |
| Al Crews | 12501 Memory Lane | Edmond | OK | 73025 |
| GREY ALDRIDGE | 2437 VELLANO LANE | Edmond | OK | 73120 |
| AMY & MIKE DUDLESON | 1820 SLEEPY HOLLOW ROAD | EDMOND | OK | 73034 |
| Anastasi Fisher | 13400 Tahoe Drive | Edmond | OK | 73013 |
| ANDREW OSTER | 21668 Villagio Drive | Edmond | OK | 73012 |
| Antony Onofrio | 5401 gateway bridge ct | Edmond | OK | 73035 |
| MATT NORTON | 4618 North Classen Boulevard | EDMOND | OK | 73113 |
| SIVA ATTURU | 12950 BIG SKY DRIVE | EDMOND | OK | 73013 |
| Avery Jones | 10021 Red Fox Drive | Edmond | OK | 73025 |
| CLAY BARBER | 15912 SHEFFIELD BOULEVARD | EDMOND | OK | 73003 |
| Bear Creek Homes | 3901 Stone Bluff Way | Edmond | OK | 73034 |
| Bear Creek Homes | 3917 Stone Bluff Way | Edmond | OK | 73034 |
| Bear Creek Homes | 3924 Stone Bluff Way | Edmond | OK | 73034 |

| | | | | |
|---|---|---|---|---|
| Bear Creek Homes | 3808 Stone Bluff Way | Edmond | OK | 73034 |
| SANDY AGNONE | 20885 ALBA COURT | Edmond | OK | 73034 |
| Becky Fisher | 6301 Oak Tree Dr | Edmond | OK | 73025 |
| Belinda Sosi | 8650 Hawkeye Pass | Edmond | OK | 73034 |
| Kelly Deveraux | 21737 Riggle Road | Edmond | OK | 73034 |
| Bennett Oshman | 6005 NW 155th St | Edmond | OK | 73013 |
| Bill Junk | 1617 Garrett Drive | Edmond | OK | 73013 |
| BILL & JANET SNYDER | 4900 SHADES BRIDGE RD | EDMOND | OK | 73034 |
| BILL FOWLER | 15525 Colonia Bella Dr | Edmond | OK | 73013 |
| BLAKE BIXLER | 11515 COUNTRYSIDE COURT | EDMOND | OK | 73013 |
| BOB AUSTIN | 321 Coldbrook Circle | Edmond | OK | 73003 |
| BRAD AVERY | 2504 Little Timber | Edmond | OK | 73025 |
| BRANDON WHITE | 13725 LIMESTONE LANE | EDMOND | OK | 73025 |
| Brent Holmes | 4663 Hollycrest Lane | Edmond | OK | 73025 |
| Brent Stockwell | 1217 Ivy Ridge Court | Edmond | OK | 73034 |
| Brian Bush | 18512 FELIZ DRIVE | EDMOND | OK | 73012 |
| BRYAN BALDWIN | 9852 WEST CHARTER OAK ROAD | EDMOND | OK | 73025 |
| Bryan Ferguson | 7027 Springer Run | Edmond | OK | 73012 |
| CARL REEDER | 16405 SCOTLAND WAY | EDMOND | OK | 73013 |
| Cathy Bilbrey | 4609 Lake Front Drive | Edmond | OK | 73034 |
| CELINE FERGUSON | 15709 VAL COURT | EDMOND | OK | 73013 |
| STEVEN CERA | 2232 Southwest 33RD Street | EDMOND | OK | 73034 |
| Charles Cauthorn | 628 NORTHWEST 180th STREET | EDMOND | OK | 73012 |
| CHRIS BROWNING | 7401 NE 119TH PLACE | EDMOND | OK | 73013 |
| Cindy Cohea | 5000 Southbend Rd | Edmond | OK | 73034 |
| CLAY & CHRISTA MIDKIFF | 4225 REDBUD PLACE | EDMOND | OK | 73013 |
| CLIF CYPERT | 4575 VISTA VALLEY LANE | EDMOND | OK | 73025 |
| CLIFFORD WILLIAMS | 2031 RIVANNA WAY | EDMOND | OK | 73034 |
| CORRIS STEWART | 5824 Lindhurst Road | Edmond | OK | 73034 |
| Rob Crane | 2773 AMANDA COURT | Edmond | OK | 73025 |
| CURTIS HAYES | 21620 Loblolly Drive | Edmond | OK | 73012 |
| Dave Salas | 1701 CHISWICK ROAD | EDMOND | OK | 73034 |
| DAVID OTWELL | 712 BUCKINGHAM WAY | EDMOND | OK | 73034 |
| DAVID BORGERSEN | 9550 KEVINS WAY | EDMOND | OK | 73025 |
| DAVID BULLOCK | 5712 Country Club Terrace | Edmond | OK | 73025 |

| | | | | |
|---|---|---|---|---|
| David Nichols | 2901 NE 126th Street | Edmond | OK | 73013 |
| DAWSON KESTER | 1212 NW 199TH STREET | EDMOND | OK | 73012 |
| DEBBIE MCCARTY | 3225 CLOCKTOWER CIRCLE | EDMOND | OK | 73034 |
| Diana Craig | 5308 Butte Road | Edmond | OK | 73025 |
| Dixie Draper 2 | 24650 North Macarthur Boulevard | Edmond | OK | 73025 |
| DONN FRAVEL | 18300 CARILLO RD | EDMOND | OK | 73012 |
| DOUG KNUDTSON | 808 TURNBERRY LANE | EDMOND | OK | 73034 |
| ED DENNING | 4100 ORCHARD HILL ROAD | EDMOND | OK | 73025 |
| EMMETT MCCRACKEN | 10870 GREEN MEADOWS DRIVE | EDMOND | OK | 73025 |
| ERIC & MARLA JOINER | 2667 LA BELLE RUE | EDMOND | OK | 73034 |
| ERNEST DEAN | 7252 WILLOW CREEK | EDMOND | OK | 73034 |
| FRANK KLAUS | 6404 OAK FOREST ROAD | EDMOND | OK | 73025 |
| Fred Ross | 6289 Stone Valley Drive | Edmond | OK | 73034 |
| Gabi & Thomas Noble | 129 Deer Creek Road | Edmond | OK | 73012 |
| GAIL CHAPA | 1001 Putter Place | Edmond | OK | 73025 |
| GARY & KAYLA SHAVERS | 23130 LAUREN LANE | EDMOND | OK | 73025 |
| Gary Collins | 9142 Bergamo Blvd | Edmond | OK | 73034 |
| Gary L Gray | 9044 Treviso Trail | Edmond | OK | 73034 |
| Gary Tredway | 3800 Sea Ray Channel | Edmond | OK | 73013 |
| GAYE JACOB | 6508 GOLD CYPRESS DRIVE | EDMOND | OK | 73025 |
| GENE SOLLOWAY | 832 NW 143rd STREET | EDMOND | OK | 73013 |
| Glen Smith | 2908 Kingwood Drive | Edmond | OK | 73013 |
| Glen Tolentino | 19730 Sportsman Rd | Edmond | OK | 73012 |
| GLENN BOYER | 2339 Vellano Lane | Edmond | OK | 73034 |
| GLYNDA UNDERWOOD | 2329 Northwest 157th Terrace | Edmond | OK | 73013 |
| Greg Stigall | 4236 Paloma Circle | Edmond | OK | 73012 |
| GREGG JAGGI | 4541 CORRIDOR DR | EDMOND | OK | 73025 |
| GREGORY PHILLIPS | 4004 Birdneck | Edmond | OK | 73025 |
| GREGORY TAYLOR | 3124 GARDEN VISTA | EDMOND | OK | 73034 |
| JIM HARBOLT | 6000 ACORN DRIVE | EDMOND | OK | 73025 |
| Hope Stall | 3705 Creek Bend Road | Edmond | OK | 73003 |
| J.P. DAVIS | 5812 OAK TREE RD | EDMOND | OK | 73025 |
| JAMES JOYNER | 301 Old Farm Road | Edmond | OK | 73034 |
| James KERR | 209 Oakridge Drive | Edmond | OK | 73034 |
| JAMES FLETCHER | 1401 Winding Ridge Road | Edmond | OK | 73034 |

| | | | | |
|---|---|---|---|---|
| JAMES HENTHORN | 5416 JANSON DRIVE | EDMOND | OK | 73034 |
| JAMES WOMACK | 4549 Hillcrest Lane | Edmond | OK | 73025 |
| JANA MADISON RATLIFF | 2532 LILLEHAMMER DR | EDMOND | OK | 73003 |
| Janice RodgersHull | 2326 Ripple Creek Ln | Edmond | OK | 73012 |
| Jason Rowland | 4300 Pine Creek | Edmond | OK | 73034 |
| Jay Selle | 10042 Lacewood Drive | Edmond | OK | 73025 |
| JEANENE & DUWAYNE BARNETT | 15301 MISTY PARK | EDMOND | OK | 73013 |
| Jeff Martin | 3024 Thornbrooke Boulevard | Edmond | OK | 73013 |
| JEFF PETERSON | 520 Buckingham Way | Edmond | OK | 73034 |
| JEFF SABINE | 23361 Hunters Spring Drive | Edmond | OK | 73025 |
| Jenell Walla | 7843 Lindsay Lane | Edmond | OK | 73025 |
| Jennifer Frisbie | 1840 Fairmont Lane | Edmond | OK | 73013 |
| JENSON & PHYLLIS LEU | 17337 CLOVE HILL PLACE | EDMOND | OK | 73012 |
| Jeremy Cromwell | 1001 Shadow Wood Drive | Edmond | OK | 73034 |
| Jerry Bascom | 2112 Jebron Dr | Edmond | OK | 73003 |
| Jerry & Tookie Hayes | 2401 Mission Ridge Road | Edmond | OK | 73025 |
| Jerry Beranek | 6724 Tanglewood Cir | Edmond | OK | 73034 |
| JERRY CLINE | 1111 ASCOT | EDMOND | OK | 73034 |
| JESSICA LAMBRECHT | 5109 WHEATLEY WAY | EDMOND | OK | 73034 |
| JILL SWEAZY | 2000 North Sooner Road | Edmond | OK | 73034 |
| JIM BAYNES | 638 NAPOL AVE | EDMOND | OK | 73034 |
| JIM LOWRY | 4505 PINE CREEK | EDMOND | OK | 73034 |
| Jina Sloan | 1011 North Air Depot Boulevard | Edmond | OK | 73034 |
| Jina Sloan (Son's House) | 921 North Air Depot Boulevard | Edmond | OK | 73034 |
| JOE JAVADZADEH | P O BOX 2422 | EDMOND | OK | 73083 |
| JOE STUPPIELO | 6600 NE 113th STREET | EDMOND | OK | 73013 |
| JOEL ROGALSKY | 1812 TIMBER RIDGE RD | EDMOND | OK | 73034 |
| JOHN YANG | 2273 Northwest 220th Terrace | Edmond | OK | 73025 |
| JOHN & JUDY RICE | 23051 CRAB ORCHARD DRIVE | EDMOND | OK | 73025 |
| John Roberts | 424 Heritage Boulevard | Edmond | OK | 73025 |
| KAREN CRESPO | 14575 SOUTH BRYANT | EDMOND | OK | 73034 |
| Keith Graves | 16613 Valley Crest | Edmond | OK | 73012 |
| KELSEY, DEAN, or DEBRA HANSEN | 13530 Shady Pine Circle | Edmond | OK | 73025 |
| KERRI YOUNG | 1700 WOODY LANE | EDMOND | OK | 73003 |
| Kimberly England | 333 Saint Claire Drive | Edmond | OK | 73025 |

| | | | | |
|---|---|---|---|---|
| Kris Schneider | 24400 North Western Avenue | Edmond | OK | 73025 |
| KRISTEN PAULE | 4625 WINDHAM CIRCLE | EDMOND | OK | 73025 |
| LANA and Brandon Primary | 3470 East Waterloo Road | Edmond | OK | 73034 |
| Laurel Whitley | 1201 Stone Crest Drive | Edmond | OK | 73034 |
| CHARLES C LAURENCE | 3312 OLD GEORGETOWNE ROAD | EDMOND | OK | 73013 |
| LAURIE BROWN | 3301 West Charter Oak | Edmond | OK | 73034 |
| LEAUNNA MAXON | 4754 CRESTMERE LANE | EDMOND | OK | 73025 |
| LJ and Toni Gregg | 4425 Valley Park | Edmond | OK | 73025 |
| Lynn  Wooten | 5009 Isle Bridge Court | Edmond | OK | 73034 |
| MARCEE CLAFLIN | 3215 EDINBURGH DRIVE | EDMOND | OK | 73013.9052 |
| Mark Dawkins (House) | 22800 Cedar Ridge Road | Edmond | OK | 73025 |
| Mark Stallings | 16924 Parkhurst Rd | Edmond | OK | 73012 |
| MARTY BELING | 7150 Hollow Brook Drive | Edmond | OK | 73025 |
| Mary Holliday | 874 Roblee | Edmond | OK | 73025 |
| Mary W | 5204 Southbend Road | Edmond | OK | 73034 |
| JAN & JOE MASSEY | 7013 NORTH SPOON TER | EDMOND | OK | 73025 |
| Matt Baehr | 4201 PALOMA CIRCLE | EDMOND | OK | 73012 |
| MATT CLARK | 13854 CREEK VIEW DRIVE | EDMOND | OK | 73025 |
| MATT MALOY | 10041 SILVER FOX AVE | EDMOND | OK | 73025 |
| MATTHEW GUARNIERI | 1712 MESA TRAIL | EDMOND | OK | 73025 |
| MAX TEMPESTA | 14231 Beaver Creek Road | Edmond | OK | 73025 |
| Mazen AbuFadel | 5908 Saint Pierre Terrace | Edmond | OK | 73034 |
| DENNIS K | 4303 Driftwood Drive | Edmond | OK | 73025 |
| Mel  Mcvay | 1808 North Canary Drive | Edmond | OK | 73034 |
| Melissa Briscoe | 18601 N MacArthur Blvd | Edmond | OK | 73012 |
| MICHAEL PELLEY | 5201 Keystone Circle | Edmond | OK | 73025 |
| MICHAEL TROJANOWSKI | 23250 North May Avenue | Edmond | OK | 73025 |
| MIICHAEL GIALOUSIS | 416 Heritage Boulevard | Edmond | OK | 73025 |
| Mike  Beard | 6201 Stone Valley Drive | Edmond | OK | 73034 |
| MIKE CAIRNS | 4608 BRIAR MEADE RD | EDMOND | OK | 73025 |
| Mike Rosson | 7217 Bucks Crossing | Edmond | OK | 73034 |
| MILES DICKINSON | 6201 OAKTREE DRIVE | EDMOND | OK | 73025 |
| Pam & Don Harris | 2709 Roxburgh Court | Edmond | OK | 73013 |
| PAUL DUNGAN | 10471 PINE RIDGE RD | EDMOND | OK | 73025 |
| Paul Pustmueller | 1108 Falls Bridge Court | Edmond | OK | 73034 |

| PAUL ROZNECK | 3124 Hunter Crest Drive | Edmond | OK | 73034 |
|---|---|---|---|---|
| PAULA KERRIGAN | 2105 RED BUD PLACE | EDMOND | OK | 73013 |
| PAULA STAFFORD | 1321 NW 184TH | EDMOND | OK | 73012 |
| Peggy Cranford | 3200 Huntercrest Dr | Edmond | OK | 73034 |
| QUALGEN (Tim) INC | 301 ENTERPRISE DRIVE | EDMOND | OK | 73013 |
| Ralph Knight2 | 2917 Marla Lane | Edmond | OK | 73034 |
| RALPH MURPHY | 600 NW 179TH CIRCLE | EDMOND | OK | 73012 |
| RANDAL & SHARI DAVIS | 5625 CHATEAU LANE | EDMOND | OK | 73034 |
| Rebecca Seward | 8220 Northwest 159th Street | Edmond | OK | 73013 |
| REX E | 2825 Northwest 206th Street | Edmond | OK | 73012 |
| Rick Myers | 16999 North Macarthur Boulevard | Edmond | OK | 73012 |
| Rick Webb | 11171 Kelly Avenue | Edmond | OK | 73025 |
| Ricka Hambrick | 21201 North May Avenue | Edmond | OK | 73012 |
| Rob Brown | 1201 Nay Avenue | Edmond | OK | 73034 |
| ROBERT ANDERSON | 6617 OAK HERITAGE | EDMOND | OK | 73025 |
| Robert Burgess | 4900 Corner Brook Lane | Edmond | OK | 73034 |
| ROBERT CARNES | 10060 Red Fox Drive | Edmond | OK | 73025 |
| ROBERT DUSSEL | 9515 Whiterock Lane | Edmond | OK | 73025 |
| Rodney Gaskins | 921 Northwest 195th Place | Edmond | OK | 73012 |
| Ron Cantrell | 7533 Sara Hill Road | Edmond | OK | 73034 |
| Ryan Lundeen | 116 Pont Mirabeau Circle | Edmond | OK | 73034 |
| SALLY GLENN | 2632 Northwest 153rd Street | Edmond | OK | 73013 |
| Samantha Miller | 7614 Sunset Sail Ave | Edmond | OK | 73034 |
| SCOTT GRIFFIN | 14443 FOX LAIR LANE | EDMOND | OK | 73025 |
| Phillip Perkins | 22284 Pine Bluff Way | Edmond | OK | 73034 |
| SHANNON SHANKS | 530 Clegern Drive | Edmond | OK | 73034 |
| SHARON WHITELEY | 19436 Crest Ridge Drive | Edmond | OK | 73012 |
| SHAWN PESCHKE | 21975 WHITE PINE CIRCLE | EDMOND | OK | 73012 |
| Sherry Willis | 5300 E Sorghum Mill Rd | Edmond | OK | 73034 |
| Sheryl Durika | 609 Dardanelle Pass | Edmond | OK | 73025 |
| SONYA HOLMQUIST | 15225 FAIRVIEW FARM ROAD | EDMOND | OK | 73013 |
| SRIKANTH NALLACHERU | 3216 SILVERCLIFFE COURT | EDMOND | OK | 73012 |
| STEVEN & JERRY BURKE | 200 Grand Fork Road | Edmond | OK | 73003 |
| Teresa Ontko | 3420 Meadow View Road | Edmond | OK | 73013 |
| TERRIE GRAY | 18433 Salvador Road | Edmond | OK | 73012 |

| | | | | |
|---|---|---|---|---|
| TERRY COX | 1642 Strayfox Crossing | Edmond | OK | 73012 |
| Terry Tippens | 6501 North Broadway | Edmond | OK | 73034 |
| THERESA D SNIDER | 2817 BUCKLAND ROAD | EDMOND | OK | 73034 |
| Thomas Collins | 2636 Loblolly Lane | Edmond | OK | 73012 |
| THOMAS DIPAULA | 17020 SUNNY HOLLOW RD | EDMOND | OK | 73012 |
| THOMAS MCKENNY | 1317 Regency Bridge Circle | Edmond | OK | 73034 |
| TIM LONG | 15633 BALD CYPRESS COVE | EDMOND | OK | 73013 |
| Tina Cariera | 2101 Manchester Ave | Edmond | OK | 73034 |
| Tom Snyder | 10101 Lacewood Dr | Edmond | OK | 73025 |
| Tom Wilson | 8501 Mission Ridge Road | Edmond | OK | 73025 |
| TONY BENEAR | 13913 PLANTATION WAY | EDMOND | OK | null |
| Van and Kathy Keffer | 3951 Cedar Creek Drive | Edmond | OK | 73034 |
| VICKI McCARTNEY | 16021 BRENNER PASS | EDMOND | OK | 73013 |
| Vicky Harter | 22200 Rickasha Drive | Edmond | OK | 73025 |
| Vivian Bragg | 2512 Silverfield Lane | Edmond | OK | 73025 |
| William Gift | 14074 South Broadway | Edmond | OK | 73034 |
| Young & Corey Chang | 3000 Stoneoak Lane | Edmond | OK | 73034 |
| Zach Hurwitz | 2501 La Belle Rue | Edmond | OK | 73034 |
| Deborah Boone | 2932 Silvercliffe Dr | Edmond | OK | 73012 |
| Jason and Rayna Stewart | 15509 pompeya ln | Edmond | OK | 73013 |
| Jerry & Karen Dickman | 3300 Oakdale Forest | Edmond | OK | 730133 |
| Karen Smith | 4308 Slate Bridge Rd | Edmond | OK | 73034 |
| Luke and Tara Stanford | 14301 Foxlair Ln | Edmond | OK | 73025 |
| Melissa and Jesus Cavazos | 3808 Stone Hill Ln | Edmond | OK | 783034 |
| Michael Pampalone | 21597 Villagio Dr | Edmond | OK | 73012 |
| Michael Prescott | 2216 Lone Oak Way | Edmond | OK | 73034 |
| Morgan Flom | 18801 Saddle River Dr | Edmond | OK | 73012 |
| Penny Hair | 2509 Bretton Ln | Edmond | OK | 730123 |
| Renee and James Agro | 4309 Clevenger Dr | Edmond | OK | 73012 |
| Ron Lute | 8451 Venezia Ln | Edmond | OK | 73034 |
| Steve Springer | 1844 Red Fox Rd | Edmond | OK | 73034 |
| Abdon Boscan | 20811 Highlander Ridge Dr | Edmond | OK | 73012 |
| Bill Bryant | 15317 Burning Spring Rd | Edmond | OK | 73013 |
| Jack Butler | 1009 Iron Bridge Ct | Edmond | OK | 73034 |
| JIM and Brenda COLLINS | 6125 STONECREEK WAY | EDMOND | OK | 73025 |

| | | | | |
|---|---|---|---|---|
| KEN  KOEHLER | 13655 BOZEMAN  RD | EDMOND | OK | 73025 |
| Veteran Investment Property | 7444 Coyote Point | Edmond | OK | 73034 |
| Ali and Jo Lynn Mohammad | 18801 Chestnut Oak Dr | Edmond | OK | |
| Ann Stewart | 5929 N Bryant | Edmond | OK | 73034 |
| Bill Zamboni | 13601 Scott St | Edmond | OK | 73013 |
| Brett Reel | 3324 Lupine Ln | Edmond | OK | 73012 |
| Lane Tompkins | 913 NW 156TH ST | EDMOND | OK | 73013 |
| Marisa STACY | 5000 SHADES BRIDGE RD | Edmond | OK | 73034 |
| Robin Hummel | 15508 Laguna Dr | Edmond | OK | 73013 |
| Ryan Thrasher | 2349 Sutton Pl | Edmond | OK | 73012 |
| DANNY & LYNN HOGAN | 1217 WEST PINE STREET | EL RENO | OK | 73036 |
| Jerry Allen | 2604 Ridgecrest Drive | El Reno | OK | 73036 |
| Katrina Parker | 4802 South Manning Road | El Reno | OK | 73036 |
| KENNETH & BETTY GRADY | 505 SOUTH HOFF AVENUE | EL RENO | OK | 73036 |
| Lloyd Carroll | 5012 E0970 Rd | El Reno | OK | 73036 |
| Peggy Woods | 20370 Southwest 59th Street | El Reno | OK | 73036 |
| PHIL CHURCH | 1224 Desmond Drive | El Reno | OK | 73036 |
| ROGER PAUTSCH | 3403 North Manning Road | El Reno | OK | 73036 |
| TRISH PROCTOR | 1485 Abbey Road | El Reno | OK | 73036 |
| VASTINE & RHONDA BROWN | 4403 BUCKHORN LANE | EL RENO | OK | 73036.7706 |
| VICKI PETTICORD | 803 FAIRFAX LANE | EL RENO | OK | 73036 |
| BARRY GRADDICK | 34 WOODLANDS DR | ENID | OK | 73703 |
| Brian Winter | 1 Monterey Drive | Enid | OK | 73703 |
| CONNIE EASTERLY | 126 South Burdel Lane | Enid | OK | 73703 |
| Dale Malaska | 235 Don Kroll Street | Enid | OK | 73701 |
| DAWN SOUTHWELL | 7702 CHAMPLIN LANE | ENID | OK | 73703 |
| Don Vail | 4906 S Michael Road | ENID | OK | 73703 |
| Erick Morris | 202 Hennessey St. | Enid | OK | 73701 |
| GENARO  HERNANDEZ | 2814 Constitution Avenue | Enid | OK | 73703 |
| Jack Beam | 2559 Homestead Road | Enid | OK | 73703 |
| JAMES BAKER | 2309 EAST CEDAR AVENUE | ENID | OK | 73701 |
| Jim Wagner | 6309 West Purdue Avenue | Enid | OK | 73703 |
| JOHN HASTINGS | 3112 NORTH EMERSON STREET | ENID | OK | 737011315 |
| Kathy Sirmons | PO Box 329 | Enid | OK | 73702 |
| Kerry and Peggy Grisham | 518 NORTH IMO ROAD | ENID | OK | 73703 |

| | | | | |
|---|---|---|---|---|
| Mitch Zaloudek | 3601 Northlake Lane | Enid | OK | 73703 |
| Randy Chelf | 9 Elm Bridge Lane | Enid | OK | 73703 |
| RUSTY BARRON | 801 South 42nd Street | Enid | OK | 73701 |
| Teague Bickford | 1502 Oak Hill Circle | Enid | OK | 73703 |
| Will Gungoll | 922 Brookside Drive | Enid | OK | 73703 |
| William Smith | 10220 West Rupe Avenue | Enid | OK | 73703 |
| Barrett and Lacey ClineCoke | 17160 E1300 Rd | Erick | OK | 73645 |
| RYAN CHILTON | 13228 EAST WHEAT CAPITAL ROAD | FAIRMONT | OK | 73736 |
| Cole Wootton | 4501 Northeast 36th Street | Forest Park | OK | 73121 |
| Kenna Mitchell | 5775 Parkwood Blvd Apartment 939 | Frisco | OK | 75034 |
| JERRY HENDRICK | PO BOX 53 | GEARY | OK | 73040 |
| Wayne Leiker | 2862 Canyon Rd | Goldsby | OK | 73093 |
| Bobby Buller | 71767 Carter Road | Goltry | OK | 73739 |
| George McMahill | 24136 County Street 2660 | Gracemont | OK | 73042 |
| John Tate | 26123 N2700 Road | Gracemont | OK | 73042 |
| John Tate 2 | 24030 County Road 1210 | Gracemont | OK | 73042 |
| John Tate 3 | 20185 County Street 2700 | Gracemont | OK | 73042 |
| Arlene F Hunter | 7550 Hawk Lane | Guthrie | OK | 73044 |
| REBECCA BLACKSTOCK | 12408 MAIDEN LANE | GUTHRIE | OK | 73044 |
| CARL RODE | 450 SOUTH JED DRIVE | GUTHRIE | OK | 73044 |
| CHERYL & STEVE O'NEAL | 5828 CIMARRON MANOR | GUTHRIE | OK | 73044 |
| Dennis Datin | 1801 South Portland Avenue | Guthrie | OK | 73044 |
| GREG CHALK | 7350 RETRIEVER RUN | GUTHRIE | OK | 73044 |
| Greg McGee | 406 East Oklahoma Avenue | Guthrie | OK | 73044 |
| Jan Mason | 824 East Oklahoma Avenue | Guthrie | OK | 73044 |
| JASON DAVISON | 2401 EAST PRAIRIE GROVE ROAD | GUTHRIE | OK | 73044 |
| JOHN & ROSE COMSTOCK | 11951 Sportsman Drive | Guthrie | OK | 73044 |
| JON & CHRISTINA CHENNAULT | 5060 Canyon Road | Guthrie | OK | 73044 |
| JONATHAN PIERCE | 13374 South Douglas Boulevard UNIT A | Guthrie | OK | 73044 |
| Justin Kuester | 5750 n broadway | Guthrie | OK | 73044 |
| Larry McKay | 5311 Meadow Lake Dr | Guthrie | OK | 73044 |
| Lee Hall | 8720 Tall Oaks Drive | Guthrie | OK | 73044 |
| LINDA STONE | 270 Redbud Lane | Guthrie | OK | 73044 |
| MARLA EZELL | 419 Wagon Trail | Guthrie | OK | 73044 |
| Martha Miller (home owner) | 800 County Rd 73 | Guthrie | OK | 73044 |

| | | | | |
|---|---|---|---|---|
| Melinda Schmitz | 9015 Melissa Court | Guthrie | OK | 73044 |
| Mike Simpson | 3400 Homesteaders Lane | Guthrie | OK | 73044 |
| PATRICIA ANGLIN | 6603 W DRIVE | GUTHRIE | OK | 73044 |
| Phillip Gomez | 4534 Canyon Rd | Guthrie | OK | 73044 |
| SAMMY HOWRY | 2001 EAST ARTHUR AVE | GUTHRIE | OK | 73044 |
| SARAH FAYSSOUX | 11936 SOUTH LAKEWOOD DRIVE | GUTHRIE | OK | 73044 |
| SHARON  SHARP | 9774 South Pine Street | Guthrie | OK | 73044 |
| TAUSHA & ROME NICHOLS | 9706 SOUTH MAY AVE | GUTHRIE | OK | 73044 |
| Terry Wilson | 3501 Riverfront Road | Guthrie | OK | 73044 |
| VALERIE HERNANDEZ | 411 Brookside Drive | Guthrie | OK | 73044 |
| Yvette ( Sheila ) Story | 5710 Santa Fe Lane | Guthrie | OK | 73044 |
| Jack Atkins | 8701 Overlook Dr | Guthrie | OK | 73044 |
| Mark Richards | 9632 regado ct | Guthrie | OK | 73044 |
| Chris Jarred | 3200 N Pine | Guthrie | OK | 73044 |
| ROBERT SUKUT | 8820 TALL OAKS DR | GUTHRIE | OK | 73044 |
| Allen Dyer | 19409 T G Nation Way | Harrah | OK | 73045 |
| CHRISTOPHER LALLY | 283 Hillside Drive | Harrah | OK | 73045 |
| FLOYD WILLIAMS | 19713 LINDA LANE | HARRAH | OK | 73045 |
| FRANCIS EVANS | 20 Woodlands Drive | Harrah | OK | 73045 |
| JASON MOSLEY | 20801 Siegfried Road | Harrah | OK | 73045 |
| Judy Morris | 2611 Indian Springs Drive | Harrah | OK | 73045 |
| Richard Curry | 329108 East 1010 Road | Harrah | OK | 73045 |
| RON FOSTER | 2008 REDBUD CREEK DRIVE | HARRAH | OK | 73045 |
| WESLEY DANIEL | P O BOX 275 | HARRAH | OK | 73045.0275 |
| MARY ANNE HOEHNER | 31810 Reno Road West | Hinton | OK | 73047 |
| Janice Duncan | 6153 County Road 1100 | Hydro | OK | 73048 |
| Cathy Thrift | 12616 E Hefner Rd | Jones | OK | 73049 |
| Greg  Stevens | 18701 East Britton Road | Jones | OK | 73049 |
| Liza Greve | 3094 Freeman Manor Drive | Jones | OK | 73049 |
| RICK JOHNSON | 2232 Cherry Glen Drive | Jones | OK | 73049 |
| Ryan Harms | 9333 LAKEWAY RUN | JONES | OK | 73049 |
| Steve Kim | 14525 Lockton Dr | Jones | OK | 73049 |
| Tom Maxwell | 14708 Cascade Dr | Jones | OK | 73049 |
| Michael Land | 10109 NE 149th Ct | Jones | OK | 73049 |
| Justin Wilson | 10009 NE 145th St | Jones | OK | 73049 |

| | | | | | |
|---|---|---|---|---|---|
| ANDREA FOSTER | 119 W LOCUST AVE | KINGFISHER | OK | null | |
| Dale Oppel | 16995 East 780 Road | Kingfisher | OK | | 73750 |
| IVA WALKER | 1210 REGENCY COURT | KINGFISHER | OK | | 73750 |
| Jennifer Brady | 17170 N 2850 Rd | Kingfisher | OK | | 73750 |
| Jerry Powell | 23621 E 810 Rd | Kingfisher | OK | | 73750 |
| JULIE SMALLWOOD | 26274 East 860 Road | Kingfisher | OK | | 73750 |
| Peggy Goodson | 2404 South Mitchell Drive | Kingfisher | OK | | 73750 |
| RANDY & SHERRY FARRAR | 1204 STONEBROOK DRIVE | KINGFISHER | OK | | 73750 |
| Randy Farrar | 1011 PARK PLAZA | KINGFISHER | OK | | 73750 |
| Harold Holden | 2807 WH Holden Rd | Kremlin | OK | | 73753 |
| Scott Booker | 151 Lake Aluma Dr | Lake Aluma | OK | | 73121 |
| JIMMY REED | 1420 MADISON AVE | LAMONT | OK | | 74643 |
| Chantal Castro | 7801 Lewis Road | Lexington | OK | | 73051 |
| Glenn Bagg | 249585 E 674 Road | Longdale | OK | Oklahoma | 73755 |
| KELLY JENNINGS | 22411 Panther Run Road | Luther | OK | | 73054 |
| Paula Tate | 22410 FLYING HAWK TRAIL | LUTHER | OK | | 73054 |
| Raymond English | 19851 Danny Lane | Luther | OK | | 73054 |
| Robbie Orr | 407 East 1st Street | Luther | OK | | 73054 |
| TRISHA & CHRIS OLSON | 22400 North Eighty Acres Road | Luther | OK | | 73054 |
| Loretta Irving | 14601 Joseph Ave | Luther | OK | | 73054 |
| Neil Jones | 21735 N Fork Rd | Luther | OK | | 73054 |
| Rita Marschel | 20115 E Charter Oak Rd | Luther | OK | | 73054 |
| Mike Hoover | 22175 Panther Run Rd | Luther | OK | | 73054 |
| Damon Townsend | 33613 Acme Road | Macomb | OK | | 74852 |
| Della Lindley | 7146 Walton Lane | McLoud | OK | Oklahoma | 74851 |
| GENE THOMAS | 12401 TAMEWOOD DRIVE | MCLOUD | OK | | 74851 |
| James Cochran | 16601 Fishmarket Road | McLoud | OK | | 74851 |
| Nelly Burris | 9 Red Eagle Drive | McLoud | OK | | 74851 |
| TRACY MCGLOTHIN | 104448 S 3350 RD | MCLOUD | OK | | 74851 |
| CHARLES CAMPBELL | 316 S 4TH ST | MEDFORD | OK | | 73759 |
| Craig  and Julie VanDeburgh | 224 South 7th Street | Medford | OK | | 73759 |
| PAULA DELANEY | 309 NORTH 5TH STREET | MEDFORD | OK | | 73759 |
| Linda and Glenn Blunt | 104014 Park Pl Rd | Meeker | OK | | 74855 |
| ANN BAXTER | 11370 Southeast 28th Street | Midwest City | OK | | 73130 |
| Howard Gamble | 829 Leisure Drive | Midwest City | OK | | 73110 |

| | | | | |
|---|---|---|---|---|
| IDABELLE WINTERS | 3413 NORTH RIDGEWOOD DRIVE | MIDWEST CITY | OK | 73110 |
| JACK DAVIS | 1805 Hudiburg Drive | Midwest City | OK | 73110 |
| John Coates | 708 South Timber Lane | Midwest City | OK | 73130 |
| KIEL KUROKI | 10112 Forest Lane | Midwest City | OK | 73130 |
| Larry Carothers | 3201 North Glenoaks Drive | Midwest City | OK | 73110 |
| LARRY DANIEL | 1128 WEST PEEBLY DRIVE | MIDWEST CITY | OK | 73110 |
| LEON BROWN | 2928 Woodcreek Road | Midwest City | OK | 73110 |
| MARK ELLIOTT | 11523 Country Lane | Midwest City | OK | 73130 |
| Mark Pritchard | 12420 Jaycie Circle | Midwest City | OK | 73130 |
| Meri McManus | 2025 North Mitchell Drive | Midwest City | OK | 73110 |
| RAYNE MEADE | 520 Foster Place | Midwest City | OK | 73110 |
| RON COLEMAN | 1116 CEDAR HILL PL | MIDWEST CITY | OK | 73110 |
| Tony & RENEE Latham | 10320 Southeast 24th Street | Midwest City | OK | 73130 |
| Vickie Roderick | 617 North Meadow Lane | Midwest City | OK | 73110 |
| Alan & Vicki Trussell | 382 Windsor Rd | Midwest City | OK | 73130 |
| Bob Lee | 1005 W Idylwild | Midwest City | OK | 73110 |
| Bernie Buchenau | 9305 Lyric Ln | Midwest City | OK | 73130 |
| Clarence Wiley | 11516 Surrey Ln | Midwest City | OK | 73130 |
| CAROL HARRIS | 905 Southeast 12th Street | Moore | OK | 73160 |
| David Evans | 840 Northwest 9th Street | Moore | OK | 73160 |
| David Whitt | 1412 E Main St | Moore | OK | 73160 |
| KEITH BAILEY | 224 OAKWOOD ST | MOORE | OK | 73160 |
| LIEF STRATMOEN | 1700 Southeast 2nd Street | Moore | OK | 73160 |
| Mike Nichols | 2204 Southeast 8th Street | Moore | OK | 73160 |
| NINA DICKSON | 2600 Northeast 15th Street | Moore | OK | 73160 |
| Billing OEC | 840 S Hwy 4 | Moore | OK | 73160 |
| CASEY COCHNAUER | 840 S Hwy 4 | Moore | OK | 73160 |
| Richard Harpham | 708 Lindsey Ln | Moore | OK | 73160 |
| ROBERT ENRIQUEZ | 2416 SW 137TH STREET | MOORE | OK | 73170 |
| ROBERT JACOBS | 2801 Southeast 39th Street | Moore | OK | 73160 |
| RUTH OWENS | 3413 ONTARIO CIRCLE | MOORE | OK | 73160 |
| SAMUEL SCHROEDER | 2825 SE 38TH STREET | MOORE | OK | 73160 |
| SHERRY FULKERSON | 1600 Southwest 38th Street | Moore | OK | 73160 |
| Terri Massey | 2200 East Main Street | Moore | OK | 73160 |
| Brad Boeckman | 1104 e main st | Moore | OK | 73160 |

| | | | | |
|---|---|---|---|---|
| JOHNNY GREEN | 22477 North Broadway | Mulhall | OK | 73063 |
| Kermit Redman | 3586 County Road 66 | Mulhall | OK | 73063 |
| Mark Anderson | 13504 West 56th Street | Mulhall | OK | 73063 |
| MIKE GORRELL | 3904 County Road 66 | Mulhall | OK | 73063 |
| Scott Lerch | 3535 E County Road 66 | Mulhall | OK | 73063 |
| Anthony Merka | 5201 Polo Lane | Mustang | OK | 73064 |
| Bob Moses | 714 South Pleasant View Drive | Mustang | OK | 73064 |
| CAROL MECK | 306 WEST PINES WAY | MUSTANG | OK | 73064 |
| CARRIE BUMP | 640 E AMELIA TERR | MUSTANG | OK | 73064 |
| Cheryl & Lee McGee | 816 EAST SUERA TERRACE | MUSTANG | OK | 73064 |
| Brad Frantom | 1600 SOUTH MUSTANG RD | Mustang | OK | 73064 |
| DAUPHIN WILLIAMS | 618 East Lea Terrace | Mustang | OK | 73064 |
| DAVID GREEN | 12101 Southwest 46th Ct | Mustang | OK | 73064 |
| DAVID HAYGOOD | 11500 Southwest 55th Street | Mustang | OK | 73064 |
| DENNIS VALENTIN | 1450 SOUTH MUSTANG ROAD | MUSTANG | OK | 73064 |
| Jeff Pritchard | 509 North Remington Way | Mustang | OK | 73064 |
| JEFF REED | 600 EAST AMELIA TERR | MUSTANG | OK | 73064 |
| LARRY D WYATT | 15200 SW 79TH STREET | MUSTANG | OK | 73064 |
| Lester Straight | 737 West Elder Drive | Mustang | OK | 73064 |
| Matt Anderson | 4201 Montage Blvd | Mustang | OK | 73064 |
| RANDY MCCARTHY | 921 NORTH BITTERCREEK TERRACE | MUSTANG | OK | 73064 |
| ROD LANIER | 10212 FAWN TRACE RD | MUSTANG | OK | 73064 |
| SANDRA RAGSDALE | 605 NORTH CADDELL WAY | MUSTANG | OK | 73064 |
| SILVIA KROUTIL | 1521 NORTH BETTY'S WAY | MUSTANG | OK | 73064 |
| STUART HUGHES | 1017 WEST CAMELLIA WAY | MUSTANG | OK | 73064 |
| WILLIAM CLARK | 609 EAST FOREST LANE | MUSTANG | OK | 73064 |
| YULANDA O'ROURKE | 906 WEST TESIO WAY | MUSTANG | OK | 73064 |
| EARL T | 29208 NEW HOPE ROAD | NEWALLA | OK | 74857 |
| JOE ADAMSKI | 3900 Davis Road | Newalla | OK | 74857 |
| Eddie and Joanne Compton | 18800 Courtney Ln | Newalla | OK | 74857 |
| Greg Chapman | 14300 Chandelle Drive | Newalla | OK | 74857 |
| BRANT BUMP | 1508 East Fox Lane | Newcastle | OK | 73065 |
| Eric Mills | 451 SwitchGrass Way | Newcastle | OK | 73065 |
| Jack Sanders | 2100 Northwest 36th Place | Newcastle | OK | 73065 |
| Nancy McKinnis | 1710 Clay Street | Newcastle | OK | 73065 |

| | | | | |
|---|---|---|---|---|
| Jim Mckenny | 1612 Randel Rd | Nichols Hill | OK | 73116 |
| Allison Tien | 1919 Huntington Avenue | Nichols Hills | OK | 73116 |
| BART SHELLEY | 7313 LANCET LANE | NICHOLS HILLS | OK | 73120 |
| BENJAMIN "DANNY" KENNEDY | 1712 PENNINGTON WAY | NICHOLS HILLS | OK | 73116 |
| BRENT HOLMBOE | 1111 Larchmont Lane | Nichols Hills | OK | 73116 |
| Chip Morgan | 1802 Coventry Lane | Nichols Hills | OK | 73120 |
| Christopher Jeffery | 1122 Huntington Avenue | Nichols Hills | OK | 73116 |
| KATHRYN CUNNINGHAM | 1201 Tedford Way | Nichols Hills | OK | 73116 |
| MIKE MCDONALD | 1707 WEST WILSHIRE BLVD | NICHOLS HILLS | OK | 73116 |
| MURRY PARRISH | 1404 Sherwood Lane | Nichols Hills | OK | 73116 |
| VICTORIA THOMPSON | 1113 HEMSTEAD PLACE | NICHOLS HILLS | OK | 73116 |
| RANDALL CHRISTIAN | 701 LAKESIDE DRIVE | NOBLE | OK | 73068 |
| Richard Hindman | 321 48th Street | Noble | OK | 73068 |
| ARTISANS by DESIGN DENNIS MCN/ | 1717 DAISY LANE | NORMAN | OK | 73071 |
| Ben Gray | 4515 Crittenden Drive | Norman | OK | 73072 |
| Betsy Penn | 704 Mockingbird Ln | Norman | OK | 73071 |
| BETTY & JERRY WINKLE | 2816 Dalewood Place | Norman | OK | 73071 |
| Bobby Boydston | 1833 Rolling Hills Street | Norman | OK | 73072 |
| Bonnie Nevels | 11415 Mary Lane | Norman | OK | 73026 |
| CARL BRANTON | 3402 WILLOW ROCK RD | NORMAN | OK | 73072 |
| CHARLES WEEKS | 4808 South Lake Drive | Norman | OK | 73072 |
| Chris Kempf | 926 Mockingbird Lane | Norman | OK | 73071 |
| CONNIE BYRUM | 1638 Vine Street | Norman | OK | 73072 |
| DENISE QUINN | 1320 Southern Shores Drive | Norman | OK | 73026 |
| ERIK STEIN | 924 GOSHAWK DR | NORMAN | OK | 73072 |
| Everett McDaniel | 218 South Mercedes Drive | Norman | OK | 73069 |
| GARY BONNER | 2509 Osborne Drive | Norman | OK | 73069 |
| Gary Farris | 401 Thorton Dr | Norman | OK | 73069 |
| HARRY SMITH | 3201 PINEHURST DR | NORMAN | OK | 73072 |
| JACQUIE BENTHIN | 4209 Brookfield Drive | Norman | OK | 73072 |
| James Byers | 4351 Trevor Court | Norman | OK | 73072 |
| JAMES DAVIS | 4608 HARROGATE DRIVE | NORMAN | OK | 73072 |
| JAMES FICAL | 3044 Pinecrest Street | Norman | OK | 73071 |
| James Gracey | 4300 Harrogate Drive | Norman | OK | 73072 |
| James Logsdon | 7400 Vista Springs Dr | Norman | OK | 73026 |

| | | | | |
|---|---|---|---|---|
| Jody Druckenmiller | 3700 Castlerock Road | Norman | OK | 73072 |
| Joel For by | 1631 cruce st | Norman | OK | 73069 |
| KAMI RILEY | 4430 Crittenden Drive | Norman | OK | 73072 |
| Karen Lambert | 2720 Belmont Drive | Norman | OK | 73072 |
| Katherine West | 308 Garrison Drive | Norman | OK | 73069 |
| KENNETH & DEREK CUBBAGE | 1013 RIVIERA DR | NORMAN | OK | 73012 |
| Kenneth Cubbage | 2906 Trailridge Dr | Norman | OK | 73072 |
| KEVIN BROWN | 3112 TAYPORT ST | NORMAN | OK | 73072 |
| Kim Mulinix | 400 Thorton Dr | Norman | OK | 73069 |
| LINDA YOUNG | 16 RUSTIC HILLS STREET | NORMAN | OK | 73072 |
| Lindell Dillon | 2117 Turtle Creek Dr | Norman | OK | 73071 |
| MACK MCGUCKIN | 1308 SUNSET DRIVE | NORMAN | OK | 73069 |
| Marion Bauman | 2414 Smoking Oak Road | Norman | OK | 73072 |
| MARLISS ROWELL | 4104 SE 40th STREET | NORMAN | OK | 73071 |
| Mason Lam | 3200 Rolling Woods Drive | Norman | OK | 73072 |
| Mason Mungle | 707 Terrace Place | Norman | OK | 73069 |
| MATT MOTT | 4318 FRONTIER TRAIL | NORMAN | OK | 73072 |
| Max Meek | 116 Summit Bend | Norman | OK | 73071 |
| Mckinzie Deazon | 1016 Trisha Lane | Norman | OK | 73072 |
| MEG CROSSLEY | 1125 WEST SYMMES STREET | NORMAN | OK | 73069 |
| Paul Bettis | 706 Terrace Place | Norman | OK | 73069 |
| PAUL RADACHY | 1432 Haverhill Circle | Norman | OK | 73071 |
| Rick Barrett | 4408 Cannon Drive | Norman | OK | 73072 |
| Robert Jackson | 1115 west Apache st | Norman | OK | 73069 |
| Stratton Paxton | 4300 Fox Croft Rd | Norman | OK | 73026 |
| Sylke Merchan | 804 Cedarbrook Dr | Norman | OK | 73072 |
| TERESA ABERLE | 4104 Southeast 41st Street | Norman | OK | 73071 |
| Teresa Ripley | 508 Manor Hill Court | Norman | OK | 73072 |
| TERRY WARE | 1121 IDAHO ST | NORMAN | OK | 73071 |
| TOM MCPHERSON | 2612 SCOTT DRIVE | NORMAN | OK | 73069 |
| Tony Van Eck | 721 Legacy Ave | Norman | OK | 73069 |
| Virginia Geurkink | 4507 Green Field Cir | Norman | OK | 73072 |
| WAYNE SKRDLA | 5120 Deerhurst Drive | Norman | OK | 73072 |
| William Gideon | 4617 Summerfield Court | Norman | OK | 73072 |
| ROYDEN FREELAND | 12500 CHATEAUX ROAD | OKC | OK | 73034 |

| | | | | |
|---|---|---|---|---|
| Audrey Kinzie Trust | 7536 Northwest 129th Street | OKC | OK | 73103 |
| TRISH AZZAM | 15201 COLONIA BELLA DRIVE | OKC | OK | 73112 |
| Ken Bailey | 18747 South East 104th Street | OKC | OK | 73162 |
| BREEN BAILEY | 7770 Sandy Lane | OKC | OK | 73160 |
| Dennis Sawyer | 8226 NW 11th Street | Okc | OK | 73127 |
| Gloria Barrett | 3208 Rolling Stone Rd | Okc | OK | 73120 |
| Kelly Rawlings | 2628 SOUTHEAST 93rd Street | OKC | OK | 73160 |
| Mammen Mathew | 2628 SW 31st Street | Okc | OK | 73119 |
| OKLAHOMA EDUCATORS | 4001 NW EXPRESSWAY | OKC | OK | 73142 |
| ANDREW STEVENSON | 2204 NW 58th STREET | OKC | OK | 73130 |
| AL RICH | 11020 LEVESCY RD | OKLAHOMA CITY | OK | 73150 |
| Alan Quiroz | 219 Northwest 16th Street | Oklahoma City | OK | 73103 |
| Angela Flynt | 3147 Southwest 38th Street | Oklahoma City | OK | 73119 |
| ANGIE SLOVER | 4021 Northwest 61st Street | Oklahoma City | OK | 73112 |
| Bill Henwood | 7321 Sapphire Lane | Oklahoma City | OK | 73150 |
| BOB ROSS | 717 Northwest 39th Street | Oklahoma City | OK | 73118 |
| BRENT REYNOLDS | 820 Northwest 7th Street | Oklahoma City | OK | 73106 |
| BRIAN PRITCHARD | 10300 Olde Tuscany Road | Oklahoma City | OK | 73173 |
| CAROLYN RECONNU'SHOFFNER | 2516 North Dittmer Road | Oklahoma City | OK | 73127 |
| CATHY VELTE | 6024 Fox Run Way | Oklahoma City | OK | 73142 |
| Chris Ernst | 2605 Northwest 68th Street | Oklahoma City | OK | 73116 |
| Chris Neuberger | 12505 Cobblestone Parkway | Oklahoma City | OK | 73142 |
| CHRISTINE CAREY | 5552 North Shawnee Avenue | Oklahoma City | OK | 73112 |
| Clarissa Seignious | 6609 Northwest 128th Circle | Oklahoma City | OK | 73142 |
| E KEITH | 17224 East Southgate Road | Oklahoma City | OK | 73113 |
| Cory Goddard | 7117 SW 121th St | Oklahoma City | OK | 73170 |
| Daniel Mayer | 11601 Milano Road | Oklahoma City | OK | 73173 |
| Daren Paddyaker | 409 NW 46th St | Oklahoma City | OK | 73118 |
| DARLA WILSON | 14400 Pony Road | Oklahoma City | OK | 73134 |
| David Brambrink | 7305 Northwest 109th Street | Oklahoma City | OK | 73162 |
| DEANNA J | 9600 South Hillcrest Drive | Oklahoma City | OK | 73159 |
| Debbie Cope | 608 Southeast 72nd Street | Oklahoma City | OK | 73149 |
| Dorothy Tice | 2108 Southwest 33rd Street | Oklahoma City | OK | 73119 |
| EARL JACKSON | 8653 Hillridge Drive | Oklahoma City | OK | 73141 |
| Erich Bayless | 12921 Meadows Drive | Oklahoma City | OK | 73120 |

| | | | | |
|---|---|---|---|---|
| Gary Brantley | 8405 NW 107th Street | Oklahoma City | OK | 73162 |
| Jeff Spitzer | 9112 Lolly Ln | Oklahoma City | OK | 73160 |
| Jerry Lyles | 15424 Bovee Rd | Oklahoma City | OK | 73165 |
| Jo Ann Mcanally | 5505 Northwest 114th Street | Oklahoma City | OK | 73162 |
| Joan Hubbard | 8212 Northwest 69th Street | Oklahoma City | OK | 73132 |
| Keith Brown | 7713 Ellis Street | Oklahoma City | OK | 73169 |
| KELLY PIETROWICZ | 12000 East I240 Service Rd | Oklahoma City | OK | 73150 |
| Lewis Garrison | 2209 Oak Drive | Oklahoma City | OK | 73170 |
| LOUIS DAVENPORT | 7200 South Hiwassee Road | Oklahoma City | OK | 73150 |
| LOUISE & MONTE DUNCAN | 2109 West Eubanks Street | Oklahoma City | OK | 73112 |
| Mark Phan | 2608 Elmhurst Ave | Oklahoma City | OK | 73120 |
| Michael Bennett | 5605 Northwest 127th Street | Oklahoma City | OK | 73142 |
| Michael Lavin | 3336 Stonebrook Court | Oklahoma City | OK | 73120 |
| PATRICK BYRNES | 8200 South Hiwassee Road | Oklahoma City | OK | 73150 |
| ROBERT BILLY | 5616 Northwest 121ST Circle | Oklahoma City | OK | 73162 |
| ROLAND BROCK | 8012 Northwest 15th Street | Oklahoma City | OK | 73127 |
| Ronald Liggett | 1135 Northwest 46th Street | Oklahoma City | OK | 73118 |
| RUSSELL WINBURN | 13121 Southeast 71st Terrace | Oklahoma City | OK | 73150 |
| SALLIE & CLAUDE CARRUTHERS | 5729 North Everest Avenue | Oklahoma City | OK | 73111 |
| Sam Tucker | 417 West MidAmerica Blvd. | Oklahoma City | OK | 73131 |
| JOSE SANCLEMENT | 249 Northwest 34th Street | Oklahoma City | OK | 73064 |
| Sharon Boudreau | 4205 NW 145th St | Oklahoma City | OK | 73134 |
| TARA ZIMMERMAN | 2808 Clermont Place | Oklahoma City | OK | 73116 |
| Teresa Svedman | 12732 Knight Hill Road | Oklahoma City | OK | 73142 |
| Vicky Sinko | 4805 Southcreek Rd | Oklahoma City | OK | 73165 |
| Willie Timmons | 605 Northwest 116th Terrace | Oklahoma City | OK | 73114 |
| Jan Robinson | 8201 N Laura Ln | Oklahoma City | OK | 73151 |
| Pat Platt | 4813 SE 52nd St | Oklahoma City | OK | 73135 |
| Anjanette King | 4621 NW 59th Terrace | Oklahoma City | OK | 73122 |
| Craig Margo | 3308 Stonebrook Ct | Oklahoma City | OK | 73120 |
| Donna Rotan | 13309 Creekside Dr | Oklahoma City | OK | 73131 |
| John Woods | 10820 SE 68th St | Oklahoma City | OK | 73150 |
| Toni Hendrick | 3208 N Glenvalley Dr | Oklahoma City | OK | 73110 |
| Carl Lawrence | 5513 S Ventura Dr | Oklahoma City | OK | 73135 |
| Ken Jackson | 10716 Regent St | Oklahoma City | OK | 73162 |

| | | | | |
|---|---|---|---|---|
| ARTURO MARTINEZ | 3600 SOUTH ROSS | OKOKLAHOMA CIT | OK | 73119 |
| CYNTHIA CrenshawMartin | P O BOX 74 | PERKINS | OK | 74059.0074 |
| Eric  Lovelace | 120 1/2 North Main Street | Perkins | OK | 74059 |
| Eric Lovelace | 550 East 116th | Perkins | OK | 74059 |
| Eric Lovelace | 110 North Main Street | Perkins | OK | 74059 |
| Eric Lovelace | 109 North Main Street | Perkins | OK | 74059 |
| Eric Lovelace | 1109 East Highway 33 | Perkins | OK | 74059 |
| Eric Lovelace | 1204 North Main Street | Perkins | OK | 74059 |
| GARY CRANE | 2909 WEST 116th STREET | PERKINS | OK | 74059 |
| PAYNE COUNTY | PO BOX 579 | PERKINS | OK | 74059 |
| SHARON SIMON | P.O 574 | Perkins | OK | 74059 |
| ALAN MIYAKE | 3565 Coyote Run | Piedmont | OK | 73078 |
| ALAN VAN SICKLE | 745 Cypress Street Northwest | Piedmont | OK | 73078 |
| AMY MCINTOSH | 3710 Richards Way | Piedmont | OK | 73078 |
| Craig Trivanovich | 221 Bridal Path Northwest | Piedmont | OK | 73078 |
| DENNIS PETERS | 12104 NW 139TH | PIEDMONT | OK | 73078 |
| DEWAYNE KING | 1328 9TH STREET NW | PIEDMONT | OK | 73078 |
| JASON & JOLYNN CRAIG | 8457 Rock Cliff Way | Piedmont | OK | 73078 |
| Jason Hall | 2323 Moffat Road Northeast | Piedmont | OK | 73078 |
| JESSE BARROW | 6259 Sara Road Northeast | Piedmont | OK | 73078 |
| KIRK BAKER | 12800 North Mustang | Piedmont | OK | 73078 |
| Linda Jurjens | 13555 N Richland Rd | Piedmont | OK | 73078 |
| Marc Montrose | 1276 Paulette Drive Northwest | Piedmont | OK | 73078 |
| MIKE TUCCI | 3099 Caleb Drive | Piedmont | OK | 73078 |
| Paul Jones | 3709 East Ridge Circle | Piedmont | OK | 73078 |
| RANDY OXLEY | 4691 Adraina Way | Piedmont | OK | 73078 |
| STEVE DENNEY | 6730 MUSTANG ROAD NE | PIEDMONT | OK | 73078 |
| Terry Rowland | 1308 Carrie Lane | Piedmont | OK | 73078 |
| Tim Lowe | 1712 Jefferson Avenue Northeast | Piedmont | OK | 73078 |
| PAM WEBER | 3918 MOFFET RD NW | PIEDMONT | OK | 73078 |
| Larry  Taber | 1109 Harrison Ave NW | Piedmont | OK | 73078 |
| JIMMY TURNER | 450 EAST CARDINAL STREET | POCASSET | OK | 73079 |
| Lawrence Schein | 210 county rd 1250 | Pocasset | OK | 73079 |
| STEVE  STINSON | 101 East Birch Avenue | Pond Creek | OK | 73766 |
| Rob Hardison | 101282 s 3520 rd | Prague | OK | 74864 |

| | | | |
|---|---|---|---|
| WANDA HASEL | 351700 E 1030 Rd Prague, Ok 74864 | PRAGUE | OK | 74864 |
| Bill Gehringer | 9361 Northsouth 3510 rd | Prague | OK | 74864 |
| Jeremy Swanner | 1223 North Canadian Avenue | Purcell | OK | 73080 |
| Mike Downey | 21670 hillview crt | purcell | OK | 73080 |
| Steve Sherman | 3122 Northridge Drive | Purcell | OK | 73080 |
| WILLIAM ARNOLD | 267865 E COUNTY RD 41 | RINGWOOD | OK | 73768 |
| Sheila Galica | 36272 E 1440 | Sasakwa | OK | 74867 |
| Kenneth Hoffman | 310 Zero Street | Sayre | OK | 73662 |
| Roger Oliver | 19340 E 1130 Rd | Sayre | OK | 73662 |
| Cary Morgan | 35865 Ew 1190 | Seminole | OK | 74868 |
| Randy Ashcraft | 35841 Ew 1160 Road | Seminole | OK | 74868 |
| SAM ADKISSON | 1801 BOREN BLVD | SEMINOLE | OK | 74868 |
| Theresa Ashcraft | 35717 EW 1190 Rd | Seminole | OK | 74868 |
| Steven Gerot | 417 N University St | Seminole | OK | 74868 |
| CHARLES BLUNT | 19406 HARRISON ROAD | SHAWNEE | OK | 74801 |
| CHIQUITA CASTLEBERRY | 2303 Crooked Oak Court | Shawnee | OK | 74804 |
| CW Huffine | 15 Melissa Drive | Shawnee | OK | 74801 |
| Dennis Parmer | 45599 Willow Creek Road | Shawnee | OK | 74801 |
| Judy Davis | 14904 Patterson Road | Shawnee | OK | 74801 |
| KRISTINA WOMACK | 41520 Hazel Dell Road | Shawnee | OK | 74804 |
| LARRY PIERCE | 3 POST OFFICE NECK RD | SHAWNEE | OK | 74801 |
| MICHAEL CALDWELL | 15 QUAIL RIDGE | SHAWNEE | OK | 74804 |
| MIKE ZACKERY | 4204 N POTTENGER | SHAWNEE | OK | 74801 |
| ROSEANNE SMITH | 17606 South Rock Creek Road | Shawnee | OK | 74804 |
| THOMAS HUIZENGA | 5894 VISTA DEL SOL STREET | SHAWNEE | OK | 74804.9191 |
| Joel Bourne | 38039 cabin trail | Shawnee | OK | 74804 |
| Jennifer Smith | 15203 Acme Rd | Shawnee | OK | 74804 |
| JIMMIE L | 347242 EAST 990 ROAD | SPARKS | OK | 74869 |
| Alex Martindale | 4424 NORTH GREENVALE CIRCLE | STILLWATER | OK | 74075 |
| ANNETTE COWELL | 5407 EAST 56TH STREET | STILLWATER | OK | 74074 |
| Brad Camerer | 4901 w crest view | Stillwater | OK | 74074 |
| Carolyn Mireles | 2015 East 19th Avenue | Stillwater | OK | 74074 |
| Clyde Beall | 729 West Lakeshore Drive | Stillwater | OK | 74075 |
| DAN RANDOLPH | 9109 WEST CEDAR CREST TRAIL | STILLWATER | OK | 74074 |
| Gene and Linda Longworth | 1704 South Boulder Creek Drive | Stillwater | OK | 74074 |

| | | | | |
|---|---|---|---|---|
| Ivan Hughes | 6410 Kenslow Drive | Stillwater | OK | 74074 |
| J.R. Corley | 6889 Oak Forrest Circle | Stillwater | OK | 74074 |
| Jim Lish | 5609 North Western Road | Stillwater | OK | 74075 |
| JOE BERRY | 2005 WEST 3RD AVE | STILLWATER | OK | 74074 |
| John White | 2819 Hidden Hills | Stillwater | OK | |
| Justin ANDERSON | 1904 Fairgrounds Road | Stillwater | OK | 74075 |
| Loyd & Sheila Romine | 7303 South Union Road | Stillwater | OK | 74074 |
| LYNN ELSBERRY | 1 Roka Ridge Road | Stillwater | OK | 74075 |
| MARK PRATHER | 302 East Redbud Drive | Stillwater | OK | 74075 |
| MICHAEL COLEMAN | P O BOX 405 | STILLWATER | OK | 74076.0405 |
| Norma Harrison | 3603 South Scissortail Drive | Stillwater | OK | 74074 |
| ROSS CAMPBELL | 901 Serenity Lane | Stillwater | OK | 74074 |
| Ryan Smith | 4909 East 92nd Street | Stillwater | OK | 74074 |
| DANIEL HERRELL | 108 Robin Lane | Tecumseh | OK | 74873 |
| JOHN HOUSLEY | 1105 West Washington Circle | Tecumseh | OK | 74873 |
| Michael Arnold | 21191 Trailridge | Tecumseh | OK | 74873 |
| Andrea Olsen Argent Trust | 2201 NORRINGTON LANE | THE VILLAGE | OK | 73120 |
| CRAIG ALLEMAN | 10605 Major Avenue | The Village | OK | 73120 |
| Scott JONES | 10816 SUNSET BLVD | THE VILLAGE | OK | 73120 |
| DELBERT KOST | 111 BONANZA DRIVE | TURPIN | OK | 73950 |
| DON GILLELAND | 700 HANNAH DRIVE | TUTTLE | OK | 73089 |
| donna curtis | 305 WEST WATERFRONT DRIVE | TUTTLE | OK | 73089 |
| DONNA OHL | 1049 County Street 2930 | Tuttle | OK | 73089 |
| JAMES COBBLE | 506 SW 5TH STREET | TUTTLE | OK | 73089 |
| JERRY & GAIL CAMPBELL | 1539 COUNTY ROAD 1212 | TUTTLE | OK | 73089 |
| JOAN HARDIN | 201 S CZECH HALL RD | TUTTLE | OK | 73089 |
| KEN LEONARD | 105 SUZAN ROAD | TUTTLE | OK | 73089 |
| Phillip Wulz | 854 Oaklawn Dr | Tuttle | OK | 73089 |
| David Jones | 402 W St Paul St | Union City | OK | 73090 |
| Steve Lamb | 1469 Birch St | Wakita | OK | 73771 |
| Carl Sturgill | 39309 Patterson Road | Wanette | OK | 74878 |
| JOE MOORE | 5737 NW 47TH ST | WARR ACRES | OK | 73122 |
| Lynda Porter | 6420 NORTH ANN ARBOR AVENUE | WARR ACRES | OK | 73132 |
| CHRIS & DARLA ECKHARDT | 7615 West Lucien Road | Waukomis | OK | 73773 |
| BETH WESTON | 2216 PINNACLE DRIVE | WEATHERFORD | OK | 73096 |

| | | | | |
|---|---|---|---|---|
| Clint Craighead | 1416 Eagle Ridge Ave | Weatherford | OK | 73096 |
| DENNIS AMERINE | 24193 EAST 996 ROAD | WEATHERFORD | OK | 73096 |
| JERRY UNWIN | 9999 North 2425 Place | Weatherford | OK | 73096 |
| LINDA & ARTHUR HOOKS | 2706 HARVEST DR | WEATHERFORD | OK | 73096 |
| Mark Cole | 1404 Crimson Drive | Weatherford | OK | 73096 |
| Michelle Chavez | 1317 Kent Street | Weatherford | OK | 73096 |
| ODALEE CRAIGHEAD | 2306 Pine Street | Weatherford | OK | 73096 |
| PAUL WEBB | 1213 Sycamore Street | Weatherford | OK | 73096 |
| Stephanie Perkins | 1400 Eagle Ridge Avenue | Weatherford | OK | 73096 |
| SUE REEVES | 811 BRIARWOOD COURT | WEATHERFORD | OK | 73096.105 |
| TERRY K | P O BOX 502 | WEATHERFORD | OK | 73096 |
| DWAYNE SETTLE | 106 E 3RD | WELLSTON | OK | 74881 |
| JOHN OLSEN | 810633 South 3320 Road | Wellston | OK | 74881 |
| Robert Melrose | 920169 South 3330 Road | Wellston | OK | 74881 |
| Sara Sapp | 920189 S Oak Park Dr. | Wellston | OK | 74881 |
| STEVE PITTMAN | 920651 3310 Road | Wellston | OK | 74881 |
| TED VANTUYL | PO BOX 58 | Wellston | OK | 74881 |
| Larry Spaethe | 332756 E Park Ct | Wellston | OK | 74881 |
| David and Caren Wall | 332140 E 980 Rd | Wellston | OK | 74881 |
| Reid Moore | 423 North E Street | Yale | OK | 74085 |
| Violet Harris | 20706 East 44th Street | Yale | OK | 74085 |
| Justin Lawrence | 29717 E 56th St | Yale | OK | 74085 |
| Alisa Fallwell | 987 Cumberland Masion | Yukon | OK | 73099 |
| ANTHONY 'CLAYTON' CHURCHWELI | 404 FRISCO RIDGE RD | YUKON | OK | 73099 |
| Barry Coleman | 11720 Surrey Hills Blvd | Yukon | OK | 730998155 |
| Benito Baluyot | 468 Irish Lane | Yukon | OK | 73099 |
| Betty BROWN | 15200 1/2 NW 10TH STREET | YUKON | OK | 73099 |
| Blaine Butts | 9108 Northwest 86th Street | Yukon | OK | 73099 |
| Bob and Claudia Montgomery | 10824 Joseph Way | Yukon | OK | 73099 |
| Brent Wendling | 10716 NW 33rd Terrace | Yukon | OK | 73099 |
| Carl Martin | 7000 Frisco Road | Yukon | OK | 73099 |
| CASSIDY SPEYERS | 11512 NW 117th COURT | YUKON | OK | 73099 |
| CENCELIA & DARRYL RUSSELL | 13104 NW 91ST STREET | YUKON | OK | 73099 |
| CHRIS KING | 2708 RED PINE CIRCLE | YUKON | OK | 73099 |
| CHUCK HOWARD | 10109 Northwest 99th Street | Yukon | OK | 73099 |

| | | | | |
|---|---|---|---|---|
| Clay Moore | 2525 Lost Lake Lane | Yukon | OK | 73099 |
| DENISE & TERRY BECK | 14220 GRAE RIDGE ROAD | YUKON | OK | 73099 |
| Dennis Gil | 11824 SW 18th Street | Yukon | OK | 73099 |
| GARY & CHERYL CLONTS | 10519 Sundance Drive | Yukon | OK | 73099 |
| Glenda Maxwell | 300 MARKET AVE | YUKON | OK | 73099 |
| Jack Freeman | 905 Kingston Drive | Yukon | OK | 73099 |
| Janis Riddle | 10616 NW 37th St | Yukon | OK | 73099 |
| Jessica Ramos | 724 VILLA AVENUE | YUKON | OK | 73099 |
| JIM COFFEY | 11316 NW 8TH STREET | YUKON | OK | 73099 |
| JR BREWER | 14778 Kaelyn Lane | Yukon | OK | 73099 |
| JUSTIN JACOX | 9217 KEATON CURVE | YUKON | OK | 73099 |
| KIMBERLY SPEISER | 637 Side Track Road | Yukon | OK | 73099 |
| Larry Kiefer | 713 RAMBLING ROSE | YUKON | OK | 73099 |
| LIZ CHILTON | 1432 Viola Drive | Yukon | OK | 73099 |
| Lowell Dickerson | 616 Switch Road | Yukon | OK | 73099 |
| Marita Mays | 11521 Northwest 117th Court | Yukon | OK | 73099 |
| MARK SIMPSON | 1201 Cambridge Drive | Yukon | OK | 73099 |
| MIKE LAUBACH | 10312 KATY LINE COURT | YUKON | OK | 73099 |
| PABLO PALACIOS | 14200 SW 46 COURT | YUKON | OK | 73099 |
| RICHARD LEWIS | 14912 CHAMBORD DR | YUKON | OK | 73099 |
| ROBERT LAMBERT | 9909 SW 15TH TERRACE | YUKON | OK | 73099 |
| ROBIN BOTCHLET | 4101 SOUTH CZECH HALL RD | YUKON | OK | 73099 |
| Rocky & Cindy Terrel | 1216 Winnipeg Drive | Yukon | OK | 73099 |
| Sansen Johnson | 1301 Leigh Circle | Yukon | OK | 73099 |
| Scott Cavett | 9601 Morgan Crossing | Yukon | OK | 73099 |
| Patricia Riley | 22495 Forester Lane | Yukon | OK | 73099 |
| Sharon Prange | 1909 Lankestar Place | Yukon | OK | 73099 |
| STEPHEN JOHNSON | 11609 SW 3RD TERRACE | YUKON | OK | 73099 |
| steven Powell | 713 Hamlet Lane | Yukon | OK | 73099 |
| TIM HENSON | 1817 HOBO ST | YUKON | OK | 73099 |
| Travis Canada | 13332 NW 7TH CT | YUKON | OK | 73099 |
| TYSON MAULDIN | 3213 GRASSHOPPER WAY | YUKON | OK | 73099 |
| Wayne Driggers | 504 Greenfield Drive | Yukon | OK | 73099 |
| WAYNE GONSER | 4821 SMOKING OAKS DRIVE | YUKON | OK | 73099 |
| WILLIAM COVERT | 1908 Hobo Street | Yukon | OK | 73099 |

| | | | | |
|---|---|---|---|---|
| Kari  Metheny | 3505 Austrian pine ln | Yukon | OK | 73099 |
| Randy Hallman | 10509 NW 33rd St | Yukon | OK | 73099 |
| Ken and Ben Baker | 13424 Boston Circle | Yukon | OK | 73099 |
| J Taylor & Jill Barnes | 19785 SPORTSMANS ROAD | EDMOND | OK | 73012 |
| BILLY L | ASHER | 74826 | OK | 71991 |
| Charles Hill | 2905 N Manning Rd | MANNING | OK | 73064 |
| LARRY CLEMONS | 9420 KEVIN'S WAY | EDMOND | OK | 73025 |
| Angie Lay | 2515 Main Street | CHOCTAW | OK | 73020 |
| LARRY COURTNEY | P O BOX 1425 | EL RENO | OK | 73036 |
| ROSE COWLES | 1101 West Woodcrest Drive | MIDWEST  CITY | OK | 73110 |
| Rhylee Straka | 4300 Herkert Way | eDMOND | OK | 73034 |
| JAMES W | 2901 BELL DRIVE | GUTHRIE | OK | 73044 |
| ROBIN COX | 5005 Southeast 134th Street | OKC | OK | 73165 |
| DORIS DENK | 8604 South Virginia Avenue | OKC | OK | 73159 |
| SERGIO DIAZ | 14720 NORTH COUNCIL ROAD | OKC | OK | 73142 |
| MIKE DILL | 11912 BERGAMO LANE | OKC | OK | 73170 |
| EARC Inc | P O BOX 268 | EDMOND | OK | 73003 |
| ROBERT Bradford | 1808 Elmhurst Avenue | NICHOLS HILLS | OK | 73120 |
| TRELLYS ERWIN | 2508 Island Drive | EDMOND | OK | 73034 |
| EVAN EVERETT | 1900 HOBO STREET | YUKON | OK | 73099 |
| HAWTHORNE & SHIRLEY FAISON | 6709 LINTON LANE NW | PEIDMONT | OK | 73078 |
| Amie  Reed | 243537 2nd Avenue | PIEDMONT | OK | 73078 |
| JAMES YOCHAM | P O BOX 27 | MARSHALL | OK | 73056 |
| LORI FILSTRUP | 6301 SW 123rd STREET | OKC | OK | 73173 |
| JAY FITTS | 812 DOUGLAS AVE | BEAVER | OK | 73932 |
| MARILYN FITZPATRICK | 529 WEST SILVER MEADOW DRIVE | MIDWEST CITY | OK | 73110 |
| JOHN P | 15585 Treeline Court | OKC | OK | 73165 |
| Brian Thomas | 3700 Oakdale Forest Road | EDMOND | OK | 73013 |
| WILLIAM THOMAS | 12504 South Youngs Place | OKC | OK | 73119 |
| Jim Melton | 5501 Pulchella Drive | OKC | OK | 73112 |
| Kenny Gilbreath | P O BOX 5734 | ENID | OK | 73703 |
| ANGIE GOLIGHTLY | 2632 SW 108TH STREET | OKC | OK | 73170 |
| CRAIG HARRYMAN | 6408 Commodore Lane | OKC | OK | 73162 |
| BETTY HAUG | 401 CAMBRIDGE ROAD | MIDWEST CITY | OK | 73130 |
| JOSHUA HEBBLETHWAITE | 11825 MALLORCA DRIVE | OKC | OK | 73173 |

| | | | | |
|---|---|---|---|---|
| DAVID HEDRICK | 15316 MILANESE AVE | EDMOND | OK | 73013 |
| ERICA HERING | 12215 SOUTH WASHINGTON | PERKINS | OK | 74059 |
| Ginger Adams | 10327 N May | OKC | OK | 73120 |
| RENNER JANTZ | 8837 SW 89TH | OKC | OK | 73169 |
| CINDY JONES | 3350 WASHINGTON AVE WEST | PIEDMONT | OK | 73078 |
| SCOTT KRETCHMAR | 204 SOUTH 7TH STREET | MEDFORD | OK | 73759 |
| BURKE LEWIS | 2809 MCGEE DRIVE | NORMAN | OK | 73072 |
| DENNIS LINDSEY | 5432 Marstall Drive | MUSTANG | OK | 73064 |
| CHRISTOPHER LOYKO | 13513 CASCATA STRADA | OKC | OK | 73170 |
| MICHAEL MARTINEZ | 2802 East Pine Avenue | ENID | OK | 73701 |
| DAN MATLOCK | 114 HARMONY LANE | SHAWNEE | OK | 74804 |
| LEROY McGough | 8005 WOODCHUCK ROAD | YUKON | OK | 73099 |
| EDMUND MCVAY | 9501 Winding Hollow Road | OKC | OK | 73151 |
| TIMMY & BETTY MENDEZ | 4416 Southeast 43rd Street | DEL CITY | OK | 73115 |
| David Harris | 7007 ORCHARD TRAIL | EDMOND | OK | 73025 |
| DENNIS R NIKLAS | 12816 OAK HILL DRIVE | PIEDMONT | OK | 73078 |
| O'TAR T | 16716 Rugaso Rose Drive | EDMOND | OK | 73012 |
| GLENDA NOTEWARE | 2016 SOUTH ROCKVIEW DRIVE | PERKINS | OK | 74059 |
| Casey Cochnauer | 958 36th Avenue Northwest | NORMAN | OK | 73072 |
| NIKKI PERKINS | 1816 LARK TERRACE | WEATHERFORD | OK | 73096 |
| ADAM & VIRGINIA PODSCHUN | 21584 LOBLOLLY STREET | EDMOND | OK | 73025 |
| RELIANT LIVING | 3317 SE 18TH STREET | DEL CUTY | OK | 73115 |
| KELSEY RENEAU | 12020 NANDINA CIR | EDMOND | OK | 73013 |
| Rick Hoffman | 1232 Glenbrook Drive | okc | OK | 73118 |
| JAMES ROBLES | 11409 Southwest 25th Street | YUKON | OK | 73099 |
| RUSSELL OIL | P O BOX 8050 | EDMOND | OK | 73013 |
| WARREN RUSSELL | 4925 NW 33RD STREET | OKC | OK | 73122 |
| CARL F | 15605 Hatterly Lane | EDMOND | OK | 73013 |
| Susan Rodman | 13615 Valley Ridge | EDMOND | OK | 73025 |
| SCOTT DUNN | 520 LONGVIEW DR SW | PIEDMONT | OK | 73078 |
| RORY & JENNY LAISLE | 2707 South Loblolly Lane | EDMOND | OK | 73012 |
| WYNONA SKELLEYCLARK | 2020 ROCKVIEW DRIVE | PERKINS | OK | 74059 |
| LIZ SMITH | 2209 LONE OAK WAY | EDMOND | OK | 73034 |
| TYLER SMITH | 5609 NW 162ND STREET | EDMOND | OK | 73013 |
| CARLA & MARSHALL SNIPES | 3417 PARTRIDGE ROAD | OKC | OK | 73120 |

| | | | | |
|---|---|---|---|---|
| RUSSELL STAFFORD | 1110 Hemstead Place | NICHOLS HILLS | OK | 73116 |
| Rex & Deborah Statser | P O BOX 850657 | YUKON | OK | 73099 |
| JERRY STILLINGS | 9208 WOODROW COURT | OKC | OK | 73169 |
| RICHARD STITHEM | 2213 CANDY LANE | DEL CITY | OK | 73115 |
| ALLEN SWANDA | 2114 Edinburg Drive | YUKON | OK | 73099 |
| Mary Kliewer | 9320 North 2370 Road | THOMAS | OK | 73669 |
| CHARLES THOMAS | 9800 OLDE TUSCANY ROAD | OKC | OK | 73169 |
| JOE TIPPENS | 4200 Northeast 36th Street | FORREST PARK | OK | 73121 |
| JODIE USRY | 15116 TURTLE LAKE PLACE | OKC | OK | 73165 |
| BRET & LINDA WEINGART | 14700 YORKSHIRE LANE | OKC | OK | 73142 |
| David Evans Business | 5940 NW Expressway | OKC | OK | 73132 |
| ROY WILLIAMS | 6401 NORTH HILLCREST AVE | OKC | OK | 73116 |
| SEAN WILLIS | 10620 TIMBER OAK DRIVE | OKC | OK | 73151 |
| ANNE WILSON | 6629 AVONDALE DRIVE | NICHOLS HILLS | OK | 73116 |
| JEANETTE WRIGHT | 754 GLENHAVEN VILLAS COURT | MIDWEST CITY | OK | 73110 |
| JASON YOUNG | 3812 LORINGS ROAD | NORMAN | OK | 73072 |
| CECIL ZIMMERMAN | 3919 SHILOH AVE | ENID | OK | 73703 |

Fill in this information to identify the case:

Debtor name __Faith Electric, Inc.__

United States Bankruptcy Court for the: _____**Western**_____ District of ____**Oklahoma**____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

__Official Form 206H__
# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | _Check all schedules that apply:_ |
| 2.1 **Austin Partida** | **5109 Water Oak Way** <br> Street <br><br> **Edmond, OK 73034** <br> City    State    ZIP Code | **Apollo Funding** | ☐ D ☑ E/F ☐ G |
| | | **DLP Funding, LLC** | ☐ D ☑ E/F ☐ G |
| | | **Global Merchant Cash, Inc.** | ☐ D ☑ E/F ☐ G |
| | | **VEX Capital** | ☐ D ☑ E/F ☐ G |
| | | **Cambridge Advance** | ☐ D ☑ E/F ☐ G |
| | | **AlphaEquityFund** | ☐ D ☑ E/F ☐ G |
| | | **Finwise Bank/Mulligan Funding** | ☐ D ☑ E/F ☐ G |
| | | **Lionhart Funding** | ☐ D ☑ E/F ☐ G |
| | | **Slate Advance** | ☐ D ☑ E/F ☐ G |

| Debtor | **Faith Electric, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

███ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| 2.2 **Partida Holdings of Enid, LLC** | **3800 NE 104th Street** <br> Street <br><br> **Oklahoma City, OK 73131** <br> City        State        ZIP Code | **DLP Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **Global Merchant Cash, Inc.** | ☐ D  ☑ E/F  ☐ G |
| | | **Cambridge Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |
| 2.3 **Partida Holdings of Fayeteville, LLC** | **3800 NE 104th Street** <br> Street <br><br> **Oklahoma City, OK 73131** <br> City        State        ZIP Code | **Apollo Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **DLP Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **Global Merchant Cash, Inc.** | ☐ D  ☑ E/F  ☐ G |
| | | **VEX Capital** | ☐ D  ☑ E/F  ☐ G |
| | | **Cambridge Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **AlphaEquityFund** | ☐ D  ☑ E/F  ☐ G |
| | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |

| Debtor | Faith Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| | | | **Slate Advance** | ☐ D  ☑ E/F  ☐ G |
| | | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| | | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| 2.4 | **Partida Holdings of Lawton, LLC** | 3800 NE 104th Street <br> Street <br><br> Oklahoma City, OK 73131 <br> City       State       ZIP Code | **Apollo Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **DLP Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **VEX Capital** | ☐ D  ☑ E/F  ☐ G |
| | | | **Cambridge Advance** | ☐ D  ☑ E/F  ☐ G |
| | | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **Slate Advance** | ☐ D  ☑ E/F  ☐ G |
| | | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| | | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| 2.5 | **Partida Holdings of Little Rock, LLC** | 3800 NE 104th Street <br> Street <br><br> Oklahoma City, OK 73131 <br> City       State       ZIP Code | **Apollo Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **DLP Funding, LLC** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Faith Electric, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

▮ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | **VEX Capital** | ☐ D  ☑ E/F  ☐ G |
| | | **Cambridge Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Slate Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| 2.6 | **Partida Holdings of Little Rock, LLC** | **Apollo Funding** | ☐ D  ☑ E/F  ☐ G |
| | **3800 NW 104th**<br>Street | **DLP Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | **Oklahoma City, OK 73131**<br>City          State          ZIP Code | **VEX Capital** | ☐ D  ☑ E/F  ☐ G |
| | | **Cambridge Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Slate Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Faith Electric, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| ▮ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | SQ Advance | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 Partida Holdings of Tulsa, LLC | 3800 NE 104th Street<br>Street<br><br>Oklahoma City, OK 73131<br>City       State       ZIP Code | Apollo Funding | ☐ D<br>☑ E/F<br>☐ G |
| | | Global Merchant Cash, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| | | VEX Capital | ☐ D<br>☑ E/F<br>☐ G |
| | | Cambridge Advance | ☐ D<br>☑ E/F<br>☐ G |
| | | Lionhart Funding | ☐ D<br>☑ E/F<br>☐ G |
| | | Slate Advance | ☐ D<br>☑ E/F<br>☐ G |
| | | SQ Advance | ☐ D<br>☑ E/F<br>☐ G |
| | | SQ Advance | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 Partida Holdings, LLC | 3800 NE 104th Street<br>Street<br><br>Oklahoma City, OK 73131<br>City       State       ZIP Code | DLP Funding, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Cambridge Advance | ☐ D<br>☑ E/F<br>☐ G |
| | | Finwise Bank/Mulligan Funding | ☐ D<br>☑ E/F<br>☐ G |
| | | Lionhart Funding | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Faith Electric, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

▐ Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.9 | **Partida Management, LLC** | **3800 NE 104th Street**<br>Street | **DLP Funding, LLC** | ❏ D  ☑ E/F  ❏ G |
| | | **Oklahoma City, OK 73131**<br>City          State          ZIP Code | **Global Merchant Cash, Inc.** | ❏ D  ☑ E/F  ❏ G |
| | | | **VEX Capital** | ❏ D  ☑ E/F  ❏ G |
| | | | **Cambridge Advance** | ❏ D  ☑ E/F  ❏ G |
| | | | **Finwise Bank/Mulligan Funding** | ❏ D  ☑ E/F  ❏ G |
| | | | **Lionhart Funding** | ❏ D  ☑ E/F  ❏ G |
| | | | **Slate Advance** | ❏ D  ☑ E/F  ❏ G |
| | | | **SQ Advance** | ❏ D  ☑ E/F  ❏ G |
| | | | **SQ Advance** | ❏ D  ☑ E/F  ❏ G |
| 2.10 | **Partida, Austin** | **5109 Water Oak Way**<br>Street | **Apollo Funding** | ❏ D  ☑ E/F  ❏ G |
| | | **Edmond, OK 73034**<br>City          State          ZIP Code | **DLP Funding, LLC** | ❏ D  ☑ E/F  ❏ G |
| | | | **Global Merchant Cash, Inc.** | ❏ D  ☑ E/F  ❏ G |
| | | | **VEX Capital** | ❏ D  ☑ E/F  ❏ G |
| | | | **Cambridge Advance** | ❏ D  ☑ E/F  ❏ G |

Debtor    **Faith Electric, Inc.**                                      Case number (if known) _____
Name

▌  Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | **AlphaEquityFund** | ☐ D  ☑ E/F  ☐ G |
| | | **Finwise Bank/Mulligan Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Lionhart Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Slate Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **SQ Advance** | ☐ D  ☑ E/F  ☐ G |
| 2.11 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.12 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.13 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.14 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

Debtor    **Faith Electric, Inc.**                                          Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.15 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Faith Electric, Inc.</b></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><b>Western District of Oklahoma</b></td></tr>
<tr><td colspan="2">Case number (if known): _____    Chapter <u>11</u></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206Sum</u>

# Summary of Assets and Liabilities for Non-Individuals            12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*...................................................................................    **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................    **$2,936,414.92**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................    **$2,936,414.92**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$210,778.37**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................    **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    **+  $5,579,641.93**

4. **Total liabilities**...................................................................................................................    **$5,790,420.30**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      **Faith Electric, Inc.**

United States Bankruptcy Court for the:

     **Western District of Oklahoma**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,042,112.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$13,950,904.00** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$16,329,022.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Faith Electric, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Wells Fargo Comm. Dist. Finance, LLC** <br> Creditor's name <br><br> **2300 Windy Ridge Parkway #700** <br> Street <br><br><br> **Atlanta, GA 30339** <br> City State ZIP Code | _____ <br><br> _____ <br><br> _____ | **Unknown** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.2.** **Global Merchant Cash, Inc.** <br> Creditor's name <br><br> **64 Beaveer Street Suite 415** <br> Street <br><br><br> **New York, NY 10004** <br> City State ZIP Code | _____ <br><br> _____ | **Unknown** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |
| **3.3.** **Apollo Funding** <br> Creditor's name <br><br> **333 W. Commercial Street Suite 324** <br> Street <br><br><br> **East Rochester, NY 14445** <br> City State ZIP Code | _____ <br><br> _____ <br><br> _____ | **Unknown** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |
| **3.4.** **DLP Funding, LLC** <br> Creditor's name <br><br> **447 Broadway 2nd floor** <br> Street <br><br><br> **New York, NY 10013** <br> City State ZIP Code | _____ <br><br> _____ | **Unknown** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |
| **3.5.** **VEX Capital** <br> Creditor's name <br><br><br> Street <br><br><br> City State ZIP Code | _____ <br><br> _____ | **Unknown** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |

Debtor   **Faith Electric, Inc.**
Name                                           Case number *(if known)* _____

3.6.   **Cambridge Advance**                           **Unknown**        ☐ Secured debt
Creditor's name                                                        ☐ Unsecured loan repayments
**7901 4th Street N. #400**                                           ☐ Suppliers or vendors
Street                                                                ☐ Services
                                                                     ☑ Other _____
**Saint Petersburg, FL 33702**
City                    State    ZIP Code

3.7.   **AlphaEquityFund**                             **Unknown**        ☐ Secured debt
Creditor's name                                                        ☐ Unsecured loan repayments
                                                                     ☐ Suppliers or vendors
Street                                                                ☐ Services
                                                                     ☑ Other _____

City                    State    ZIP Code

3.8.   **Finwise Bank/Mulligan Funding**               **Unknown**        ☐ Secured debt
Creditor's name                                                        ☐ Unsecured loan repayments
**4715 Viewridge Ave.**                                               ☐ Suppliers or vendors
Street                                                                ☐ Services
**Mulligan Funding, LLC**                                             ☑ Other _____
**San Diego, CA 92123**
City                    State    ZIP Code

3.9.   **Lionhart Funding**                            **Unknown**        ☐ Secured debt
Creditor's name                                                        ☐ Unsecured loan repayments
**40 Wall Street Unit 2701**                                          ☐ Suppliers or vendors
Street                                                                ☐ Services
                                                                     ☑ Other _____
**New York, NY 10005**
City                    State    ZIP Code

3.10.  **Slate Advance**                               **Unknown**        ☐ Secured debt
Creditor's name                                                        ☐ Unsecured loan repayments
**15 America Ave Ste. 303**                                           ☐ Suppliers or vendors
Street                                                                ☐ Services
                                                                     ☑ Other _____
**Lakewood, NJ 08701**
City                    State    ZIP Code

3.11.  **SQ Advance**                                  **Unknown**        ☐ Secured debt
Creditor's name                                                        ☐ Unsecured loan repayments
**7901 4th St. N Ste. 300**                                           ☐ Suppliers or vendors
Street                                                                ☐ Services
                                                                     ☑ Other **$1,000,000.00**
**Saint Petersburg, FL 33702**
City                    State    ZIP Code

Debtor    **Faith Electric, Inc.**    Case number *(if known)* _____
_____
Name

| 3.12. | **F&M Bank** | | **Unknown** | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ **Payments on behalf of** |
| | | | | Other **Partida Holdings, LLC** |
| | City    State    ZIP Code | | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |
| Relationship to debtor | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor  **Faith Electric, Inc.**                                Case number *(if known)* _____
     Name

6.1. _____       _____  _____

    Creditor's name

                                XXXX–__ __ __ __

    Street

    _____

    City               State    ZIP Code

---

**Part 3:  Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| _____ | _____ | Name _____ | ☐ Pending |
| **Case number** | | Street _____ | ☐ On appeal |
| _____ | | _____ | ☐ Concluded |
| | | City     State     ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | _____ | _____ |
| Street | **Case title** | **Court name and address** |
| _____ | _____ | Name |
| City     State     ZIP Code | **Case number** | Street _____ |
| | _____ | _____ |
| | **Date of order or assignment** | City     State     ZIP Code |
| | _____ | |

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor    **Faith Electric, Inc.**

Name                                                    Case number *(if known)*

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City                     State      ZIP Code

Recipient's relationship to debtor

---

**Part 5:    Certain Losses**

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

**Part 6:    Certain Payments or Transfers**

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|------|---------------------------------------------|-------------------------------------------------|-------|-----------------------|
| | **Blackwood Law Firm, PLLC** | **Attorney's Fee** | **3/31/2025** | **$6,911.32** |

Address

**512 NW 12th Street**
Street

**Oklahoma City, OK 73103**
City                     State      ZIP Code

Email or website address

**amanda@blackwoodlawfirm.com**

Who made the payment, if not debtor?

---

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **6**

Debtor    **Faith Electric, Inc.**
Name

Case number *(if known)*

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Hammond Law Firm** | | **03/31/2025** | **$4,625.00** |

| **Address** |
|---|
| **512 NW 12th Street** |
| Street |

| **Oklahoma City, OK 73103** | | |
|---|---|---|
| City | State | ZIP Code |

| **Email or website address** |
|---|

| **Who made the payment, if not debtor?** |
|---|
| **Debtor** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| **Trustee** |
|---|
| |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor    **Faith Electric, Inc.**

Name                                                          Case number *(if known)*

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Address**

Street

City                    State      ZIP Code

**Relationship to debtor**

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.

Street

From _____ To _____

City                    State      ZIP Code

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

City        State    ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

---

Debtor    **Faith Electric, Inc.**                                                    Case number *(if known)* _____

Name

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor  **Faith Electric, Inc.**                                                    Case number *(if known)* _____

Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

_____                    _____                    _____                    ☐ No

Name                                                                                                         ☐ Yes

_____                    _____                    _____

Street

_____                    **Address**                         _____

City          State      ZIP Code      _____

_____

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

_____                    _____                    _____                    ☐ No

Name                                                                                                         ☐ Yes

_____                    _____                    _____

Street

_____                    **Address**                         _____

City          State      ZIP Code      _____

_____

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

_____                    _____                    _____                    _____

Name                                                                                               

_____                    _____                    _____

Street

_____                    _____                    _____

_____                    _____                    _____

City          State      ZIP Code

---

**Part 12:**  Details About Environmental Information

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Faith Electric, Inc.**
       Name                                     Case number *(if known)*

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | Street | | ☐ Concluded |
| | | | |
| | City      State   ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City    State   ZIP Code | City      State   ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City    State   ZIP Code | City      State   ZIP Code | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **Faith Electric, Inc.**                                           Case number *(if known)* _____
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.    _____          _____          EIN: __ __ – __ __ – __ __ __ __
         Name

         _____                                                   **Dates business existed**
         Street
                                                                                           From _____   To _____
         _____

         _____
         City          State    ZIP Code

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.   **Cheryl Bryan, CPA**                                              From **2022**     To **current**
         Name

         **901 W. Maple**
         Street

         _____

         **Enid, OK 73701**
         City          State          ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.   _____          From _____   To _____
         Name

         _____
         Street

         _____

         _____
         City          State          ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.   **Cheryl Bryan, CPA**                                              _____
         Name
                                                                            _____
         **901 W. Maple**
         Street                                                             _____

         _____

         **Enid, OK 73701**
         City          State          ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor    **Faith Electric, Inc.**
Name                                                           Case number *(if known)* _____

| Name and address |
|---|

**26d.1.**  **F&M Bank**
Name
_____

Street
_____

City                State            ZIP Code

| Name and address |
|---|

**26d.2.**  **Bank of Western Oklahoma**
Name
_____

Street
_____

City                State            ZIP Code

| Name and address |
|---|

**26d.3.**  **Wells Fargo Comm. Dist. Finance, LLC**
Name
**2300 Windy Ridge Parkway #700**
Street
_____
**Atlanta, GA 30339**
City                State            ZIP Code

| Name and address |
|---|

**26d.4.**  **Graybar**
Name
_____

Street
_____

City                State            ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | **Weekly** | **$0.00** |

| Name and address of the person who has possession of inventory records |
|---|

**27.1.**  **Employees conduct inventory on a weekly basis**
Name
_____

Street
_____

City                State            ZIP Code

Debtor    **Faith Electric, Inc.**

Name

Case number *(if known)*

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Partida Holdings, LLC** | | , | **0.00%** |
| **Austin Partida** | **5109 Water Oak Way Edmond, OK 73034** | , | **0.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | , | From _____ <br> To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. **Austin Partida** <br> Name <br> **5109 Water Oak Way** <br> Street <br><br> **Edmond, OK 73034** <br> City    State    ZIP Code | **185,000/year** | | **Salary** |

| Relationship to debtor |
|------------------------|
| **CEO** |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

Debtor    **Faith Electric, Inc.**
_____
Name                                                    Case number _(if known)_ _____

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **03/31/2025**
                    MM/ DD/ YYYY

**X** **/s/ Austin Partida**
_____          Printed name _____
Signature of individual signing on behalf of the debtor                          **Austin Partida**

Position or relationship to debtor _____
                                                    **CEO**

**Are additional pages to** _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ **(Official Form 207) attached?**

☑ No

☐ Yes

**Fill in this information to identify the case:**

Debtor name      **Faith Electric, Inc.**

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### █ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐    *Amended Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>**03/31/2025**</u>        **X** <u>**/s/ Austin Partida**</u>
        MM/  DD/  YYYY             Signature of individual signing on behalf of debtor

                                      **Austin Partida**
                                      Printed name

                                      **CEO**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Faith Electric, Inc.**

United States Bankruptcy Court for the:

**Western District of Oklahoma**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SQ Advance 7901 4th St. N Ste. 300 Saint Petersburg, FL 33702 | | | Disputed Unliquidated | | | $1,000,000.00 |
| 2 | SQ Advance 7901 4th St. N Ste. 300 Saint Petersburg, FL 33702 | | | Disputed Unliquidated | | | $700,000.00 |
| 3 | Finwise Bank/Mulligan Funding Mulligan Funding, LLC 4715 Viewridge Ave. San Diego, CA 92123 | | | Disputed Unliquidated | | | $650,000.00 |
| 4 | Apollo Funding 333 W. Commercial Street Suite 324 East Rochester, NY 14445 | | | Disputed Unliquidated | | | $600,000.00 |
| 5 | Global Merchant Cash, Inc. 64 Beaver Street Suite 415 New York, NY 10004 | | | Disputed Unliquidated | | | $500,000.00 |
| 6 | Cambridge Advance 7901 4th Street N. #400 Saint Petersburg, FL 33702 | | | Disputed Unliquidated | | | $300,000.00 |
| 7 | Slate Advance 15 America Ave Ste. 303 Lakewood, NJ 08701 | | | Disputed Unliquidated | | | $300,000.00 |
| 8 | VEX Capital 96-14 Metropolitan Ave. Forest Hills, NY 11375 | | | Disputed Unliquidated | | | $300,000.00 |

Debtor    **Faith Electric, Inc.**
_____                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Lionhart Funding<br>40 Wall Street Unit 2701<br>New York, NY 10005 | | | Disputed<br>Unliquidated | | | $225,000.00 |
| 10 American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | | Credit Card | | | | $222,171.78 |
| 11 DLP Funding, LLC<br>447 Broadway 2nd floor<br>New York, NY 10013 | | | Disputed<br>Unliquidated | | | $200,000.00 |
| 12 Generac Power Systems<br>29330 Network Place<br>Chicago, IL 60673-1293 | | | | | | $196,120.92 |
| 13 Costco<br>730 Lake Drive<br>Issaquah, WA 98027 | | | | | | $189,974.67 |
| 14 AlphaEquityFund<br>320 Boston Post Rd. 180<br>Darien, CT 06820 | | | Disputed<br>Unliquidated | | | $150,000.00 |
| 15 Graybar Electric Company, Inc.<br>PO Box 840458<br>Dallas, TX 75284-0458 | | | | | | $34,519.89 |
| 16 Capital One<br>PO Box 60519<br>City of Industry, CA 91716-0619 | | Credit card | | | | $11,854.67 |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Oklahoma

**In re**    Faith Electric, Inc.

Case No. _____

**Debtor**    Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    **$0.00**

Prior to the filing of this statement I have received ...............................................................    **$6,911.32**

Balance Due ...........................................................................................................................    **($6,911.32)**

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Debtor paid $11,536.32 prior to the case being filed ($6,911.32 to Blackwood Law Firm and $4,626 to Hammond Law Firm). Blackwood Law Firm will bill all post-petition work at $425 per hour. The Debtor also paid the $1,738 filing fee.

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **03/31/2025** | **/s/ Amanda R. Blackwood** |
| *Date* | Amanda R. Blackwood |
| | *Signature of Attorney* |

Bar Number: 33839
Blackwood Law Firm, PLLC
512 NW 12th Street
Oklahoma City, OK 73103
Phone: (405) 309-3600

**Blackwood Law Firm, PLLC**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE: **Faith Electric, Inc.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **03/31/2025**    Signature      **/s/ Austin Partida**

Austin Partida, CEO

Abdon Boscan
20811 Highlander Ridge Dr
Edmond, OK 73012

ABEL GUILLEN
701 MALLARD AVE
EDMOND, OK 73003

ABIGAIL WILKERSON
17405 GOLDEN HAWK LANE
EDMOND, OK 73012

ADAM NEER
11720 Southwest 15th Terrace
Yukon, OK 73099

ADAM & VIRGINIA
PODSCHUN
21584 LOBLOLLY STREET
EDMOND, OK 73025

Adam Sawyer
15916 Langley Wy
Edmond, OK 73013

Al Crews
12501 Memory Lane
Edmond, OK 73025

AL RICH
11020 LEVESCY RD
OKLAHOMA CITY, OK 73150

Alan & Vicki Trussell
382 Windsor Rd
Midwest City, OK 73130

ALAN MIYAKE
3565 Coyote Run
Piedmont, OK 73078

Alan Quiroz
219 Northwest 16th Street
Oklahoma City, OK 73103

ALAN SHRYOCK
24400 COUNTY ROAD 200
STILLWATER, OK 74075

ALAN VAN SICKLE
745 Cypress Street Northwest
Piedmont, OK 73078

Alex Martindale
4424 NORTH GREENVALE CIRCLE
STILLWATER, OK 74075

Ali and Jo Lynn Mohammad
18801 Chestnut Oak Dr
Edmond, OK

Alisa Fallwell
987 Cumberland Masion
Yukon, OK 73099

Allen Dyer
19409 T G Nation Way
Harrah, OK 73045


ALLEN SWANDA
2114 Edinburg Drive
YUKON, OK 73099


Allison Tien
1919 Huntington Avenue
Nichols Hills, OK 73116


AlphaEquityFund
320 Boston Post Rd. 180
Darien, CT 06820


AMANDA & RICK SMITH
10509 QUO VADIS DRIVE
ARCADIA, OK 73007


American Express
PO Box 6031
Carol Stream, IL 60197


Amie Reed
243537 2nd Avenue
PIEDMONT, OK 73078


AMY & MIKE DUDLESON
1820 SLEEPY HOLLOW ROAD
EDMOND, OK 73034

AMY MCINTOSH
3710 Richards Way
Piedmont, OK 73078

Ana Mathew
14112 Southeast 37th Place
Choctaw, OK 73020

Anastasi Fisher
13400 Tahoe Drive
Edmond, OK 73013

ANDREA FOSTER
119 W LOCUST AVE
KINGFISHER, OK null

Andrea Olsen Argent Trust
2201 NORRINGTON LANE
THE VILLAGE, OK 73120

Andrew Blakeslee
3513 Slate River Drive
Yukon, OK 73099

ANDREW OSTER
21668 Villagio Drive
Edmond, OK 73012

ANDREW STEVENSON
2204 NW 58th STREET
OKC, OK 73130

Angela Flynt
3147 Southwest 38th Street
Oklahoma City, OK 73119

Angelica Gonzales
1528 Linwood Boulevard
Oklahoma City, OK 73106

ANGIE GOLIGHTLY
2632 SW 108TH STREET
OKC, OK 73170

Angie Lay
2515 Main Street
CHOCTAW, OK 73020

ANGIE SLOVER
4021 Northwest 61st Street
Oklahoma City, OK 73112

Anjanette King
4621 NW 59th Terrace
Oklahoma City, OK 73122

ANN BAXTER
11370 Southeast 28th Street
Midwest City, OK 73130

ANN KRIESER
PO BOX 227
COYLE, OK 73027

Ann Stewart
5929 N Bryant
Edmond, OK 73034

ANNE WILSON
6629 AVONDALE DRIVE
NICHOLS HILLS, OK 73116

ANNETTE COWELL
5407 EAST 56TH STREET
STILLWATER, OK 74074

ANTHONY 'CLAYTON'
CHURCHWELL
404 FRISCO RIDGE RD
YUKON, OK 73099

Anthony Merka
5201 Polo Lane
Mustang, OK 73064

Antony Onofrio
5401 gateway bridge ct
Edmond, OK 73035

Apollo Funding
333 W. Commercial Street Suite 324
East Rochester, NY 14445

April Brambrink
4001 N.W. 19th St.
Oklahoma City, OK 73107

Arlene F Hunter
7550 Hawk Lane
Guthrie, OK 73044

Arthur Loewenkamp
4016 shannon ave
Bethany, OK 73008

ARTISANS by DESIGN DENNIS
MCNABB
1717 DAISY LANE
NORMAN, OK 73071

ARTURO MARTINEZ
3600 SOUTH ROSS
OKOKLAHOMA CITY, OK 73119

Aubrey Crawley
2720 Northwest 21st Street
Oklahoma City, OK 73107

Audrey Kinzie Trust
7536 Northwest 129th Street
OKC, OK 73103

Austin Partida
5109 Water Oak Way
Edmond, OK 73034

Austin Partida
5109 Water Oak Way
Edmond, OK 73034

Avery Jones
10021 Red Fox Drive
Edmond, OK 73025


BARBARA SCHWEITZER
1321 Sunway Street
Oklahoma City, OK 73127


BARBARA STROTTER
2405 Northeast 26th Street
Oklahoma City, OK 73111


Barrett and Lacey ClineCoke
17160 E1300 Rd
Erick, OK 73645


Barry Coleman
11720 Surrey Hills Blvd
Yukon, OK 730998155


BARRY GRADDICK
34 WOODLANDS DR
ENID, OK 73703


BART SHELLEY
7313 LANCET LANE
NICHOLS HILLS, OK 73120


Bear Creek Homes
3901 Stone Bluff Way
Edmond, OK 73034

Bear Creek Homes
3917 Stone Bluff Way
Edmond, OK 73034

Bear Creek Homes
3924 Stone Bluff Way
Edmond, OK 73034

Bear Creek Homes
3808 Stone Bluff Way
Edmond, OK 73034

BECKEY HELMS
125 East 12th Street
Davenport, OK 74026

Becky Fisher
6301 Oak Tree Dr
Edmond, OK 73025

Belinda Sosi
8650 Hawkeye Pass
Edmond, OK 73034

BEN CUNNINGHAM
920 Northwest 194th Terrace
Edmond, OK 73012

BEN NEWTON
2086 County St 2983
Blanchard, OK 73010

BEN BARENBERG
108 LAKE ALUMA DRIVE
OKLAHOMA CITY, OK 73121

Ben Gray
4515 Crittenden Drive
Norman, OK 73072

Benito Baluyot
468 Irish Lane
Yukon, OK 73099

BENJAMIN "DANNY"
KENNEDY
1712 PENNINGTON WAY
NICHOLS HILLS, OK 73116

BENJI PADDOCK
4005 PATTY LANE
BETHANY, OK 73008

Bennett Oshman
6005 NW 155th St
Edmond, OK 73013

Bernie Buchenau
9305 Lyric Ln
Midwest City, OK 73130

BETH WESTON
2216 PINNACLE DRIVE
WEATHERFORD, OK 73096

Betsy Penn
704 Mockingbird Ln
Norman, OK 73071

BETTY & JERRY WINKLE
2816 Dalewood Place
Norman, OK 73071

Betty BROWN
15200 1/2 NW 10TH STREET
YUKON, OK 73099

BETTY HAUG
401 CAMBRIDGE ROAD
MIDWEST CITY, OK 73130

Bill Junk
1617 Garrett Drive
Edmond, OK 73013

BILL & JANET SNYDER
4900 SHADES BRIDGE RD
EDMOND, OK 73034

Bill Bryant
15317 Burning Spring Rd
Edmond, OK 73013

Bill Burgoyne
10337 E Hefner Rd
Jones, OK 73049

BILL FOWLER
15525 Colonia Bella Dr
Edmond, OK 73013


Bill Gehringer
9361 Northsouth 3510 rd
Prague, OK 74864


Bill Henwood
7321 Sapphire Lane
Oklahoma City, OK 73150


Bill Zamboni
13601 Scott St
Edmond, OK 73013


BILLIE THRASH
12104 NORTH GREYSTONE CIRCLE
OKOKLAHOMA CITY, OK 73120


Billing OEC
840 S Hwy 4
Moore, OK 73160


BILLY & JOHN ROGERS
12316 SE 30th PLACE
CHOCTAW, OK 73202


BILLY L
ASHER
74826, OK 71991

Billy Trousdale
4016 Ramsey Road
Yukon, OK 73099

Blaine Butts
9108 Northwest 86th Street
Yukon, OK 73099

BLAKE BIXLER
11515 COUNTRYSIDE COURT
EDMOND, OK 73013

BO SHANDY
10704 Northwest 38th Street
Yukon, OK 73099

Bob and Claudia Montgomery
10824 Joseph Way
Yukon, OK 73099

BOB AUSTIN
321 Coldbrook Circle
Edmond, OK 73003

Bob Lee
1005 W Idylwild
Midwest City, OK 73110

Bob Moses
714 South Pleasant View Drive
Mustang, OK 73064

BOB ROSS
717 Northwest 39th Street
Oklahoma City, OK 73118


Bobby Boydston
1833 Rolling Hills Street
Norman, OK 73072


Bobby Buller
71767 Carter Road
Goltry, OK 73739


Bonnie Nevels
11415 Mary Lane
Norman, OK 73026


BRAD & ANGELA SMITH
1501 N Post Rd
Arcadia, OK 73007


BRAD & MADALINE
SCHWARTZ
1300 Northwest 155th Terrace
Edmond, OK 73013


BRAD AVERY
2504 Little Timber
Edmond, OK 73025


Brad Boeckman
1104 e main st
Moore, OK 73160

Brad Camerer
4901 w crest view
Stillwater, OK 74074

Brad Frantom
1600 SOUTH MUSTANG RD
Mustang, OK 73064

BRAD RICHARDSON
2629 DORCHESTER DRIVE
OKLAHOMA CITY, OK 73120

BRANDON WHITE
13725 LIMESTONE LANE
EDMOND, OK 73025

BRANT BUMP
1508 East Fox Lane
Newcastle, OK 73065

BREEN BAILEY
7770 Sandy Lane
OKC, OK 73160

BRENDA MCKINZEY
3712 NW 67th STREET
OKLAHOMA CITY, OK 73116

Brent Holmes
4663 Hollycrest Lane
Edmond, OK 73025

BRENT HOLMBOE
1111 Larchmont Lane
Nichols Hills, OK 73116


BRENT REYNOLDS
820 Northwest 7th Street
Oklahoma City, OK 73106


Brent Stockwell
1217 Ivy Ridge Court
Edmond, OK 73034


Brent Wendling
10716 NW 33rd Terrace
Yukon, OK 73099


BRET & LINDA WEINGART
14700 YORKSHIRE LANE
OKC, OK 73142


Brett Reel
3324 Lupine Ln
Edmond, OK 73012


Brian Allen
3101 Ashton Cove Cir
Choctaw, OK 73020


Brian Bush
18512 FELIZ DRIVE
EDMOND, OK 73012

BRIAN PRITCHARD
10300 Olde Tuscany Road
Oklahoma City, OK 73173

Brian Thomas
3700 Oakdale Forest Road
EDMOND, OK 73013

Brian Winter
1 Monterey Drive
Enid, OK 73703

BRUCE STEELE
10621 Northwest 37th Street
Yukon, OK 73099

BRYAN BALDWIN
9852 WEST CHARTER OAK ROAD
EDMOND, OK 73025

Bryan Ferguson
7027 Springer Run
Edmond, OK 73012

Bryan Irwin
10007 Quo Vadis
Arcadia, OK 73007

BURKE LEWIS
2809 MCGEE DRIVE
NORMAN, OK 73072

Cambridge Advance
7901 4th Street N. #400
Saint Petersburg, FL 33702


Capital One
PO Box 60519
City of Industry, CA 91716-0619


CARL BRANTON
3402 WILLOW ROCK RD
NORMAN, OK 73072


CARL F
15605 Hatterly Lane
EDMOND, OK 73013


Carl Lawrence
5513 S Ventura Dr
Oklahoma City, OK 73135


Carl Martin
7000 Frisco Road
Yukon, OK 73099


CARL REEDER
16405 SCOTLAND WAY
EDMOND, OK 73013


CARL RODE
450 SOUTH JED DRIVE
GUTHRIE, OK 73044

Carl Sturgill
39309 Patterson Road
Wanette, OK 74878

CARLA & MARSHALL SNIPES
3417 PARTRIDGE ROAD
OKC, OK 73120

CAROL HARRIS
905 Southeast 12th Street
Moore, OK 73160

CAROL MECK
306 WEST PINES WAY
MUSTANG, OK 73064

CAROL WENZL
4816 Northwest 62nd Terrace
Oklahoma City, OK 73122

Carole Thompson
5901 North Billen Avenue
Oklahoma City, OK 73112

Carolyn Mireles
2015 East 19th Avenue
Stillwater, OK 74074

CAROLYN RECONNU'SHOFFNER
2516 North Dittmer Road
Oklahoma City, OK 73127

Carolyn Rosenthal
2313 North Peniel Avenue
Bethany, OK 73008

CARRIE BUMP
640 E AMELIA TERR
MUSTANG, OK 73064

Carter Denton
406 South Pine Street
Crescent, OK 73028

Cary Morgan
35865 Ew 1190
Seminole, OK 74868

CASEY COCHNAUER
840 S Hwy 4
Moore, OK 73160

Casey Cochnauer
958 36th Avenue Northwest
NORMAN, OK 73072

CASSIDY SPEYERS
11512 NW 117th COURT
YUKON, OK 73099

CATHY VELTE
6024 Fox Run Way
Oklahoma City, OK 73142

Cathy Bilbrey
4609 Lake Front Drive
Edmond, OK 73034

Cathy Thrift
12616 E Hefner Rd
Jones, OK 73049

CECIL ZIMMERMAN
3919 SHILOH AVE
ENID, OK 73703

CELINE FERGUSON
15709 VAL COURT
EDMOND, OK 73013

CENCELIA & DARRYL RUSSELL
13104 NW 91ST STREET
YUKON, OK 73099

CHAD & PAMELA DUNCAN
6509 SW 90TH STREET
OKLAHOMA CITY, OK 73169

Chantal Castro
7801 Lewis Road
Lexington, OK 73051

Charles Ellington
2113 North Glade Avenue
Bethany, OK 73008

CHARLES & BETH DUNN
3817 Library Lane
edmond, OK 73034


CHARLES BLUNT
19406 HARRISON ROAD
SHAWNEE, OK 74801


CHARLES C LAURENCE
3312 OLD GEORGETOWNE ROAD
EDMOND, OK 73013


CHARLES CAMPBELL
316 S 4TH ST
MEDFORD, OK 73759


Charles Cauthorn
628 NORTHWEST 180th STREET
EDMOND, OK 73012


Charles Hill
2905 N Manning Rd
MANNING, OK 73064


CHARLES THOMAS
9800 OLDE TUSCANY ROAD
OKC, OK 73169


CHARLES WEEKS
4808 South Lake Drive
Norman, OK 73072

Cheryl & Lee McGee
816 EAST SUERA TERRACE
MUSTANG, OK 73064


CHERYL & STEVE O'NEAL
5828 CIMARRON MANOR
GUTHRIE, OK 73044


Cheryl Harder
14901 Jefferson Lane
Oklahoma City, OK 73134


Chip Morgan
1802 Coventry Lane
Nichols Hills, OK 73120


CHIQUITA CASTLEBERRY
2303 Crooked Oak Court
Shawnee, OK 74804


CHRIS & DARLA ECKHARDT
7615 West Lucien Road
Waukomis, OK 73773


CHRIS BROWNING
7401 NE 119TH PLACE
EDMOND, OK 73013


Chris Ernst
2605 Northwest 68th Street
Oklahoma City, OK 73116

Chris Jarred
3200 N Pine
Guthrie, OK 73044

CHRIS JENSEN
13108 MACKINAC ISLAND DRIVE
13108 MACKINAC ISLAND DRIVE, OK
73034

Chris Kempf
926 Mockingbird Lane
Norman, OK 73071

CHRIS KING
2708 RED PINE CIRCLE
YUKON, OK 73099

Chris Neuberger
12505 Cobblestone Parkway
Oklahoma City, OK 73142

CHRISTINE CAREY
5552 North Shawnee Avenue
Oklahoma City, OK 73112

CHRISTINE MASH
8455 Coyote Ridge
Arcadia, OK 73007

Christopher Jeffery
1122 Huntington Avenue
Nichols Hills, OK 73116

CHRISTOPHER LALLY
283 Hillside Drive
Harrah, OK 73045

CHRISTOPHER LOYKO
13513 CASCATA STRADA
OKC, OK 73170

CHUCK HOWARD
10109 Northwest 99th Street
Yukon, OK 73099

CHUCK WALWORTH
9216 VIA DEL VISTA
OKLAHOMA CITY, OK 73131

Cindy Cohea
5000 Southbend Rd
Edmond, OK 73034

CINDY JONES
3350 WASHINGTON AVE WEST
PIEDMONT, OK 73078

CINDY KOCH
10260 BALD CYPRESS DRIVE
OKLAHOMA CITY, OK 73120

Clarence Wiley
11516 Surrey Ln
Midwest City, OK 73130

Clarissa Seignious
6609 Northwest 128th Circle
Oklahoma City, OK 73142


CLARK JORDAN
18499 E SAIN RD
ADA, OK 74525


CLAY & CHRISTA MIDKIFF
4225 REDBUD PLACE
EDMOND, OK 73013


CLAY BARBER
15912 SHEFFIELD BOULEVARD
EDMOND, OK 73003


Clay Moore
2525 Lost Lake Lane
Yukon, OK 73099


CLIF CYPERT
4575 VISTA VALLEY LANE
EDMOND, OK 73025


CLIFFORD WILLIAMS
2031 RIVANNA WAY
EDMOND, OK 73034


Clint Craighead
1416 Eagle Ridge Ave
Weatherford, OK 73096

Clyde Beall
729 West Lakeshore Drive
Stillwater, OK 74075

COLBERT NELSON
14617 WAYFIELD CIRCLE
OKLAHOMA CITY, OK 73142

Cole Wootton
4501 Northeast 36th Street
Forest Park, OK 73121

CONNIE DOLPH
16801 Santa Fe Drive
Choctaw, OK 73020

CONNIE BYRUM
1638 Vine Street
Norman, OK 73072

CONNIE EASTERLY
126 South Burdel Lane
Enid, OK 73703

Corky Bowker
13675 South Westminster Road
Arcadia, OK 73007

CORRIS STEWART
5824 Lindhurst Road
Edmond, OK 73034

Cory Goddard
7117 SW 121th St
Oklahoma City, OK 73170

Costco
730 Lake Drive
Issaquah, WA 98027

Craig and Julie VanDeburgh
224 South 7th Street
Medford, OK 73759

Craig Bradshaw
2333 Northwest 49th Street
Oklahoma City, OK 73112

CRAIG ALLEMAN
10605 Major Avenue
The Village, OK 73120

CRAIG HARRYMAN
6408 Commodore Lane
OKC, OK 73162

Craig Margo
3308 Stonebrook Ct
Oklahoma City, OK 73120

Craig Trivanovich
221 Bridal Path Northwest
Piedmont, OK 73078

CURTIS HAYES
21620 Loblolly Drive
Edmond, OK 73012

CW Huffine
15 Melissa Drive
Shawnee, OK 74801

CYNTHIA CrenshawMartin
P O BOX 74
PERKINS, OK 74059.0074

Dale Malaska
235 Don Kroll Street
Enid, OK 73701

Dale Oppel
16995 East 780 Road
Kingfisher, OK 73750

Damon Townsend
33613 Acme Road
Macomb, OK 74852

Dan Carmichael
3156 Brush Creek Road
Oklahoma City, OK 73120

DAN MATLOCK
114 HARMONY LANE
SHAWNEE, OK 74804

DAN RANDOLPH
9109 WEST CEDAR CREST TRAIL
STILLWATER, OK 74074


DAN WOLF
14062 E 850 RD
ARCHE, OK 73762


DANIEL HERRELL
108 Robin Lane
Tecumseh, OK 74873


Daniel Mayer
11601 Milano Road
Oklahoma City, OK 73173


DANNY & LYNN HOGAN
1217 WEST PINE STREET
EL RENO, OK 73036


Daren Paddyaker
409 NW 46th St
Oklahoma City, OK 73118


DARLA WILSON
14400 Pony Road
Oklahoma City, OK 73134


DARRYL WINGO
4101 NEWBURG DRIVE
CHOCTAW, OK 73020

DAUPHIN WILLIAMS
618 East Lea Terrace
Mustang, OK 73064

Dave Salas
1701 CHISWICK ROAD
EDMOND, OK 73034

David Allin
7316 Northwest 110th Street
Oklahoma City, OK 73162

David Bagwell
16008 Redstem Way
Edmond, OK 73013

David Brambrink
7305 Northwest 109th Street
Oklahoma City, OK 73162

David Evans
840 Northwest 9th Street
Moore, OK 73160

DAVID HOLSTON
305 CLEMENTINE Rd
YUKON, OK 73099

David McCollough
8201 Northwest 134th Terrace
Oklahoma City, OK 73142

DAVID OTWELL
712 BUCKINGHAM WAY
EDMOND, OK 73034

David and Caren Wall
332140 E 980 Rd
Wellston, OK 74881

DAVID BORGERSEN
9550 KEVINS WAY
EDMOND, OK 73025

DAVID BULLOCK
5712 Country Club Terrace
Edmond, OK 73025

David Campbell
2544 Northwest 55th Place
Oklahoma City, OK 73112

DAVID DEMARTINI
3212 Southwest 130th Place
Oklahoma City, OK 73170

DAVID EASLEY
316 South Hickory Street
Crescent, OK 73028

DAVID ELLISON
12513 BOCAGE DRIVE
OKLAHOMA CITY, OK 73142

David Evans Business
5940 NW Expressway
OKC, OK 73132

David Fogel, PC, Attorneys at
Law
1225 Franklin Ave. Ste. 201
Garden City, NY 11530

DAVID GREEN
12101 Southwest 46th Ct
Mustang, OK 73064

David Harris
7007 ORCHARD TRAIL
EDMOND, OK 73025

DAVID HAYGOOD
11500 Southwest 55th Street
Mustang, OK 73064

DAVID HEDRICK
15316 MILANESE AVE
EDMOND, OK 73013

DAVID HENSLEY
433 College Avenue
Norman, OK 73069

David Jones
402 W St Paul St
Union City, OK 73090

David Nichols
2901 NE 126th Street
Edmond, OK 73013

David Siress
14500 Yorkshire Ln
Oklahoma City, OK 73142

David Whitt
1412 E Main St
Moore, OK 73160

DAWN SOUTHWELL
7702 CHAMPLIN LANE
ENID, OK 73703

DAWSON KESTER
1212 NW 199TH STREET
EDMOND, OK 73012

Deana Hill
8300 Northeast 122nd Street
Jones, OK 73049

Deanna Gregory
5009 seven Oaks Circle
Oklahoma City, OK 73142

DEANNA J
9600 South Hillcrest Drive
Oklahoma City, OK 73159

Debbie Burton
1140 Northwest 50th Street
OKLAHOMA CITY, OK 73173

Debbie Cope
608 Southeast 72nd Street
Oklahoma City, OK 73149

Debbie Fry
920 Northwest 156th Street
Edmond, OK 73013

DEBBIE MCCARTY
3225 CLOCKTOWER CIRCLE
EDMOND, OK 73034

Debbie Roach
8504 Northwest 112th Street
Oklahoma City, OK 73162

Deborah Boone
2932 Silvercliffe Dr
Edmond, OK 73012

DEBORAH COHEE
7501 NW 12th STREET
OKLAHOMA CITY, OK 73127

Deborah Nelson
9633 Bartlett Road
Oklahoma City, OK 73131

DEBRA HILL
504 TURTLE CREEK DRIVE
YUKON, OK 73099.3612


DELBERT KOST
111 BONANZA DRIVE
TURPIN, OK 73950


Della Lindley
7146 Walton Lane
McLoud, OK Oklahoma 74851


DENISE & TERRY BECK
14220 GRAE RIDGE ROAD
YUKON, OK 73099


DENISE QUINN
1320 Southern Shores Drive
Norman, OK 73026


DENNIS AMERINE
24193 EAST 996 ROAD
WEATHERFORD, OK 73096


Dennis Datin
1801 South Portland Avenue
Guthrie, OK 73044


Dennis Gil
11824 SW 18th Street
Yukon, OK 73099

DENNIS K
4303 Driftwood Drive
Edmond, OK 73025


Dennis Lee
2824 Guilford Lane
Oklahoma City, OK 73120


DENNIS LINDSEY
5432 Marstall Drive
MUSTANG, OK 73064


Dennis Parmer
45599 Willow Creek Road
Shawnee, OK 74801


DENNIS PETERS
12104 NW 139TH
PIEDMONT, OK 73078


DENNIS R NIKLAS
12816 OAK HILL DRIVE
PIEDMONT, OK 73078


Dennis Sawyer
8226 NW 11th Street
Okc, OK 73127


DENNIS VALENTIN
1450 SOUTH MUSTANG ROAD
MUSTANG, OK 73064

Dennis Vaughn
416 NW 96th St
Oklahoma City, OK 73114

Derek Sherwood
6901 Acorn Drive
Oklahoma City, OK 73151

Dereth Rehbein
336435 East 850 Road
Chandler, OK 74834

DEWAYNE KING
1328 9TH STREET NW
PIEDMONT, OK 73078

Diana Craig
5308 Butte Road
Edmond, OK 73025

DIANE CARTER
14900 WINOMA ROAD
OKLAHOMA CITY, OK 73142

Dinesh Dalbir
17801 Blue Heron Court
Edmond, OK 73012

Dirk Eckroat
11400 Waters Welling Way
Edmond, OK 73013

Divya Gunda
12616 Beryl Lane
Oklahoma City, OK 73170


Dixie Draper 2
24650 North Macarthur Boulevard
Edmond, OK 73025


DIXIE FOLZENLOGEN
3021 WILLOW BROOK RD
OKLAHOMA CITY, OK 73120


DLP Funding, LLC
447 Broadway 2nd floor
New York, NY 10013


Don Atchison
633 East Lydia Terrace
Mustang, OK 73064


DON CRAMER
9916 Artena Court
Yukon, OK 73099


DON GILLELAND
700 HANNAH DRIVE
TUTTLE, OK 73089


Don Vail
4906 S Michael Road
ENID, OK 73703

DON WILLIS
1543 Copper Creek Drive
Mustang, OK 73064


Donald Kupka
346589 830 Road
Agra, OK 74824


DONALD MURRAY
15707 WEST COLLEGE AVENUE
CRESCENT, OK 73028


DONALD PUMPHREY
3628 HUNTERS CREEK ROAD
EDMOND, OK 73003


DONN FRAVEL
18300 CARILLO RD
EDMOND, OK 73012


donna curtis
305 WEST WATERFRONT DRIVE
TUTTLE, OK 73089


Donna Parsons
2424 Northwest 54th Street
Oklahoma City, OK 73112


DONNA BERNHARDT
P O BOX 150
CALUMET, OK 73014

Donna Denny
108 Harrogate Drive
Yukon, OK 73099

DONNA OHL
1049 County Street 2930
Tuttle, OK 73089

Donna Rotan
13309 Creekside Dr
Oklahoma City, OK 73131

DORA EVANS
212 MORMAN DR
CHANDLER, OK 74834

DORIS DENK
8604 South Virginia Avenue
OKC, OK 73159

DORIS MORRIS
200 ODOM RD
OKLAHOMA CITY, OK 73139

Dorothy Tice
2108 Southwest 33rd Street
Oklahoma City, OK 73119

DOUG KNUDTSON
808 TURNBERRY LANE
EDMOND, OK 73034

Dwayne Schmidt
5400 Carrington Place
Oklahoma City, OK 73131

Dwayne Gaines
10921 Bel Air Place
Oklahoma City, OK 73120

DWAYNE SETTLE
106 E 3RD
WELLSTON, OK 74881

E BETSY
10602 Riva Drive
Arcadia, OK 73007

E KEITH
17224 East Southgate Road
Oklahoma City, OK 73113

EARC Inc
P O BOX 268
EDMOND, OK 73003

EARL JACKSON
8653 Hillridge Drive
Oklahoma City, OK 73141

EARL T
29208 NEW HOPE ROAD
NEWALLA, OK 74857

ED DENNING
4100 ORCHARD HILL ROAD
EDMOND, OK 73025


Eddie and Joanne Compton
18800 Courtney Ln
Newalla, OK 74857


EDMUND MCVAY
9501 Winding Hollow Road
OKC, OK 73151


Edward Manek
2449 Southwest 82nd Street
Oklahoma City, OK 73159


EDWARD MYERS
1604 OAK LANE
OKLAHOMA CITY, OK 73127


EDWIN CHANDAPILLAI
9112 Northwest 115th Terrace
Yukon, OK 73099


ELBERT BYNUM
14400 Locust Street
Piedmont, OK 73078


EMANUEL SEARS
5109 KENNINGTON LANE
OKLAHOMA CITY, OK 73150

EMMETT MCCRACKEN
10870 GREEN MEADOWS DRIVE
EDMOND, OK 73025


Eric Lovelace
120 1/2 North Main Street
Perkins, OK 74059


ERIC & MARLA JOINER
2667 LA BELLE RUE
EDMOND, OK 73034


Eric Frische
16412 Rhone Drive
Edmond, OK 73013


Eric Lovelace
550 East 116th
Perkins, OK 74059


Eric Lovelace
110 North Main Street
Perkins, OK 74059


Eric Lovelace
109 North Main Street
Perkins, OK 74059


Eric Lovelace
1109 East Highway 33
Perkins, OK 74059

Eric Lovelace
1204 North Main Street
Perkins, OK 74059


Eric Mills
451 SwitchGrass Way
Newcastle, OK 73065


ERICA HERING
12215 SOUTH WASHINGTON
PERKINS, OK 74059


Erich Bayless
12921 Meadows Drive
Oklahoma City, OK 73120


Erick Morris
202 Hennessey St.
Enid, OK 73701


ERIK STEIN
924 GOSHAWK DR
NORMAN, OK 73072


ERNEST DEAN
7252 WILLOW CREEK
EDMOND, OK 73034


EVAN EVERETT
1900 HOBO STREET
YUKON, OK 73099

Everett McDaniel
218 South Mercedes Drive
Norman, OK 73069

Finwise Bank/Mulligan
Funding
Mulligan Funding, LLC
4715 Viewridge Ave.
San Diego, CA 92123

FLOYD WILLIAMS
19713 LINDA LANE
HARRAH, OK 73045

FRAN BERRYHILL
13545 BORGATA LN
OKLAHOMA CITY, OK null

Frances Wickwire
3225 Pioneer Avenue
Oklahoma City, OK 73107

FRANCIS EVANS
20 Woodlands Drive
Harrah, OK 73045

FRANK KLAUS
6404 OAK FOREST ROAD
EDMOND, OK 73025

FRANK White
2010 FLAMINGO DRIVE
BLANCHARD, OK 73010

Fred Ross
6289 Stone Valley Drive
Edmond, OK 73034

Gabi & Thomas Noble
129 Deer Creek Road
Edmond, OK 73012

GAIL CHAPA
1001 Putter Place
Edmond, OK 73025

GARY & CHERYL CLONTS
10519 Sundance Drive
Yukon, OK 73099

GARY & ISABEL CHANCELLOR
12200 SWANHAVEN DRIVE
OKLAHOMA CITY, OK 73170

GARY & KAYLA SHAVERS
23130 LAUREN LANE
EDMOND, OK 73025

GARY BONNER
2509 Osborne Drive
Norman, OK 73069

Gary Brantley
8405 NW 107th Street
Oklahoma City, OK 73162

Gary Collins
9142 Bergamo Blvd
Edmond, OK 73034

GARY CORRIVEAU
16340 Riverrock Circle
Choctaw, OK 73020

GARY CRANE
2909 WEST 116th STREET
PERKINS, OK 74059

Gary Farris
401 Thorton Dr
Norman, OK 73069

GARY GRESHAM
5004 North Cromwell Avenue
Oklahoma City, OK 73112

Gary L Gray
9044 Treviso Trail
Edmond, OK 73034

Gary Mock
300 Walnut Street
Asher, OK 74826

GARY PARKS
10905 Meadowlake Farms Drive
Oklahoma City, OK 73170

Gary Shaw
741 Southwest 157th Street
Oklahoma City, OK 73170


Gary Tredway
3800 Sea Ray Channel
Edmond, OK 73013


Gary White
1308 NW 157th St
Edmond, OK 73013


GAYE JACOB
6508 GOLD CYPRESS DRIVE
EDMOND, OK 73025


GAYLE SMITH
11401 Piazza Way
Arcadia, OK 73007


GENARO HERNANDEZ
2814 Constitution Avenue
Enid, OK 73703


Gene and Linda Longworth
1704 South Boulder Creek Drive
Stillwater, OK 74074


GENE SOLLOWAY
832 NW 143rd STREET
EDMOND, OK 73013

GENE THOMAS
12401 TAMEWOOD DRIVE
MCLOUD, OK 74851

Generac Power Systems
29330 Network Place
Chicago, IL 60673-1293

George Leist
714 5th Street
Alva, OK 73717

George McMahill
24136 County Street 2660
Gracemont, OK 73042

GEORGE KEYSER
7620 NW 37TH STREET
BETHANY, OK 73008

Ginger Adams
10327 N May
OKC, OK 73120

GLEN DAHL
4012 NW 61st STREET
OKLAHOMA CITY, OK 73112

Glen Smith
2908 Kingwood Drive
Edmond, OK 73013

Glen Tolentino
19730 Sportsman Rd
Edmond, OK 73012

Glenda Maxwell
300 MARKET AVE
YUKON, OK 73099

GLENDA NOTEWARE
2016 SOUTH ROCKVIEW DRIVE
PERKINS, OK 74059

Glenn & Sheila Cowart
1513 Quail Lake Way
Mustang, OK 73064

Glenn Bagg
249585 E 674 Road
Longdale, OK Oklahoma 73755

GLENN BOYER
2339 Vellano Lane
Edmond, OK 73034

Global Merchant Cash, Inc.
64 Beaveer Street Suite 415
New York, NY 10004

Gloria Barrett
3208 Rolling Stone Rd
Okc, OK 73120

GLYNDA UNDERWOOD
2329 Northwest 157th Terrace
Edmond, OK 73013


Graybar Electric Company,
Inc.
PO Box 840458
Dallas, TX 75284-0458


Greg Stevens
18701 East Britton Road
Jones, OK 73049


Greg Barby
15312 Meadow Vista Dr
Edmond, OK 73013


GREG CHALK
7350 RETRIEVER RUN
GUTHRIE, OK 73044


Greg Chapman
14300 Chandelle Drive
Newalla, OK 74857


Greg McGee
406 East Oklahoma Avenue
Guthrie, OK 73044


Greg Stigall
4236 Paloma Circle
Edmond, OK 73012

GREGG JAGGI
4541 CORRIDOR DR
EDMOND, OK 73025

Gregory Olsen
3311 Oakdale Forest Road
Edmond, OK 73013

Gregory Olson
2050 East Hefner Road
Okc, OK 73131

GREGORY PHILLIPS
4004 Birdneck
Edmond, OK 73025

GREGORY TAYLOR
3124 GARDEN VISTA
EDMOND, OK 73034

GREY ALDRIDGE
2437 VELLANO LANE
Edmond, OK 73120

Harold Holden
2807 WH Holden Rd
Kremlin, OK 73753

Harry Karns
4612 Northwest 36th Street
Oklahoma City, OK 73122

HARRY SMITH
3201 PINEHURST DR
NORMAN, OK 73072

HAWTHORNE & SHIRLEY
FAISON
6709 LINTON LANE NW
PEIDMONT, OK 73078

HECTOR VILLANUEVA
417 Vista Drive
Yukon, OK 73099

Hope Stall
3705 Creek Bend Road
Edmond, OK 73003

Howard Gamble
829 Leisure Drive
Midwest City, OK 73110

Huey Long
1808 West Blake Way
Mustang, OK 73064

IDABELLE WINTERS
3413 NORTH RIDGEWOOD DRIVE
MIDWEST CITY, OK 73110

Irene Epifani
4700 Mary Ann Cir
Oklahoma City, OK 73150

IVA WALKER
1210 REGENCY COURT
KINGFISHER, OK 73750

Ivan Hughes
6410 Kenslow Drive
Stillwater, OK 74074

J Taylor & Jill Barnes
19785 SPORTSMANS ROAD
EDMOND, OK 73012

J.P. DAVIS
5812 OAK TREE RD
EDMOND, OK 73025

J.R. Corley
6889 Oak Forrest Circle
Stillwater, OK 74074

Jack Atkins
8701 Overlook Dr
Guthrie, OK 73044

Jack Beam
2559 Homestead Road
Enid, OK 73703

Jack Butler
1009 Iron Bridge Ct
Edmond, OK 73034

JACK DAVIS
1805 Hudiburg Drive
Midwest City, OK 73110


Jack Freeman
905 Kingston Drive
Yukon, OK 73099


Jack Sanders
2100 Northwest 36th Place
Newcastle, OK 73065


JACKIE RUFF
8508 PLACKER PLACE
OKLAHOMA CITY, OK 73159


JACQUELINE COLEMAN
8516 SW 47TH CIRCLE
OKLAHOMA CITY, OK 73179


Jacqueline Johnson
1216 North Warren Place
Oklahoma City, OK 73107


JACQUIE BENTHIN
4209 Brookfield Drive
Norman, OK 73072


Jamael Hunt
10228 East Wilshire Boulevard
Spencer, OK 73084

JAMES BISHOP
4612 McCann Avenue
Mustang, OK 73064


James Byers
4351 Trevor Court
Norman, OK 73072


James Cochran
16601 Fishmarket Road
McLoud, OK 74851


JAMES JOYNER
301 Old Farm Road
Edmond, OK 73034


James KERR
209 Oakridge Drive
Edmond, OK 73034


JAMES BAKER
2309 EAST CEDAR AVENUE
ENID, OK 73701


JAMES COBBLE
506 SW 5TH STREET
TUTTLE, OK 73089


JAMES DAVIS
4608 HARROGATE DRIVE
NORMAN, OK 73072

JAMES DAWSON
2280 West Meyers Circle
Choctaw, OK 73020


JAMES FICAL
3044 Pinecrest Street
Norman, OK 73071


JAMES FLETCHER
1401 Winding Ridge Road
Edmond, OK 73034


James Gracey
4300 Harrogate Drive
Norman, OK 73072


JAMES HENTHORN
5416 JANSON DRIVE
EDMOND, OK 73034


James Logsdon
7400 Vista Springs Dr
Norman, OK 73026


James Lowe
7709 Northwest 25th Terrace
Bethany, OK 73008


JAMES ROBLES
11409 Southwest 25th Street
YUKON, OK 73099

JAMES SCRUGGS
4716 SE 18TH STREET
DEL CITY, OK 73115


JAMES W
2901 BELL DRIVE
GUTHRIE, OK 73044


JAMES WOMACK
4549 Hillcrest Lane
Edmond, OK 73025


JAMES YOCHAM
P O BOX 27
MARSHALL, OK 73056


JAN & JOE MASSEY
7013 NORTH SPOON TER
EDMOND, OK 73025


Jan Mason
824 East Oklahoma Avenue
Guthrie, OK 73044


Jan Robinson
8201 N Laura Ln
Oklahoma City, OK 73151


JANA MADISON RATLIFF
2532 LILLEHAMMER DR
EDMOND, OK 73003

JANET BECK
2908 NORTH GROVE PLACE
OKLAHOMA CITY, OK 73127

Janet Pitt
2333 Northwest 59th Street
Oklahoma City, OK 73112

Janice and John Sullivan
3408 Bear Mountain Dr.
Norman, OK 73069

Janice Duncan
6153 County Road 1100
Hydro, OK 73048

Janice RodgersHull
2326 Ripple Creek Ln
Edmond, OK 73012

Janice Skaggs
3213 Orlando Road
The Village, OK 73120

Janis Riddle
10616 NW 37th St
Yukon, OK 73099

JARED WEINGARTNER
1815 NORTH HUDSON AVENUE
OKLAHOMA CITY, OK 73103

JASON & JOLYNN CRAIG
8457 Rock Cliff Way
Piedmont, OK 73078


Jason and Rayna Stewart
15509 pompeya ln
Edmond, OK 73013


JASON DAVISON
2401 EAST PRAIRIE GROVE ROAD
GUTHRIE, OK 73044


Jason Hall
2323 Moffat Road Northeast
Piedmont, OK 73078


JASON MOSLEY
20801 Siegfried Road
Harrah, OK 73045


Jason Rowland
4300 Pine Creek
Edmond, OK 73034


Jason Thompson
2224 Dawn Marie Drive
Oklahoma City, OK 73112


JASON YOUNG
3812 LORINGS ROAD
NORMAN, OK 73072

Jason Zielke
4702 North Portland Avenue
Oklahoma City, OK 73112

JAY FITTS
812 DOUGLAS AVE
BEAVER, OK 73932

Jay Selle
10042 Lacewood Drive
Edmond, OK 73025

Jay Shaw
3605 NW 70th STREET
OKLAHOMA CITY, OK 73116

JAYNE CLOUD
11829 Mill Hollow Court
Oklahoma City, OK 73131

Jean Abed
12809 Ponderosa Boulevard
Oklahoma City, OK 73142

JEAN LEGER
4012 NE 117TH
OKLAHOMA CITY, OK null

JEANENE & DUWAYNE
BARNETT
15301 MISTY PARK
EDMOND, OK 73013

JEANETTE WRIGHT
754 GLENHAVEN VILLAS COURT
MIDWEST CITY, OK 73110


Jeff Cruzan
1317 NW 157th St
Edmond, OK 73013


Jeff Glenn
1408 Northwest 189th Street
Edmond, OK 73012


Jeff Martin
3024 Thornbrooke Boulevard
Edmond, OK 73013


JEFF PETERSON
520 Buckingham Way
Edmond, OK 73034


Jeff Pritchard
509 North Remington Way
Mustang, OK 73064


JEFF REED
600 EAST AMELIA TERR
MUSTANG, OK 73064


JEFF SABINE
23361 Hunters Spring Drive
Edmond, OK 73025

Jeff Spitzer
9112 Lolly Ln
Oklahoma City, OK 73160

Jenell Walla
7843 Lindsay Lane
Edmond, OK 73025

JENNIE SCHOENHALS
5709 ROSEBAY COURT
OKLAHOMA CITY, OK null

Jennifer Frisbie
1840 Fairmont Lane
Edmond, OK 73013

Jennifer Brady
17170 N 2850 Rd
Kingfisher, OK 73750

Jennifer Smith
15203 Acme Rd
Shawnee, OK 74804

JENSON & PHYLLIS LEU
17337 CLOVE HILL PLACE
EDMOND, OK 73012

Jeremy Cromwell
1001 Shadow Wood Drive
Edmond, OK 73034

Jeremy Swanner
1223 North Canadian Avenue
Purcell, OK 73080

Jerry Bascom
2112 Jebron Dr
Edmond, OK 73003

JERRY HENDRICK
PO BOX 53
GEARY, OK 73040

JERRY LOHBAUER
16024 SE 85TH STREET
CHOCTAW, OK 73020

Jerry Messick
9604 Southwest 35th Street
Oklahoma City, OK 73179

JERRY & GAIL CAMPBELL
1539 COUNTY ROAD 1212
TUTTLE, OK 73089

Jerry & Karen Dickman
3300 Oakdale Forest
Edmond, OK 730133

Jerry & Tookie Hayes
2401 Mission Ridge Road
Edmond, OK 73025

JERRY & VIRGINIA PALMER
PO BOX 195
Helena, OK 73741


Jerry Allen
2604 Ridgecrest Drive
El Reno, OK 73036


Jerry Beranek
6724 Tanglewood Cir
Edmond, OK 73034


JERRY CLINE
1111 ASCOT
EDMOND, OK 73034


Jerry Lyles
15424 Bovee Rd
Oklahoma City, OK 73165


JERRY MENDENHALL
340497 E 860 RD
CHANDLER, OK 74834


Jerry Powell
23621 E 810 Rd
Kingfisher, OK 73750


JERRY STILLINGS
9208 WOODROW COURT
OKC, OK 73169

JERRY UNWIN
9999 North 2425 Place
Weatherford, OK 73096

JESSE BARROW
6259 Sara Road Northeast
Piedmont, OK 73078

Jesse R Campbell
P O BOX 446
ARCADIA, OK 73007.0446

JESSICA LAMBRECHT
5109 WHEATLEY WAY
EDMOND, OK 73034

Jessica Ramos
724 VILLA AVENUE
YUKON, OK 73099

Jill Clifton
2414 Northwest 178th Street
Edmond, OK 73012

JILL SWEAZY
2000 North Sooner Road
Edmond, OK 73034

JIM BUTTS
2617 Drakestone Avenue
Oklahoma City, OK 73120

JIM and Brenda COLLINS
6125 STONECREEK WAY
EDMOND, OK 73025


JIM BAYNES
638 NAPOL AVE
EDMOND, OK 73034


JIM COFFEY
11316 NW 8TH STREET
YUKON, OK 73099


JIM HARBOLT
6000 ACORN DRIVE
EDMOND, OK 73025


Jim Lish
5609 North Western Road
Stillwater, OK 74075


JIM LOWRY
4505 PINE CREEK
EDMOND, OK 73034


Jim Mckenny
1612 Randel Rd
Nichols Hill, OK 73116


Jim Melton
5501 Pulchella Drive
OKC, OK 73112

Jim Taira
6206 Waterford Boulevard
Oklahoma City, OK 73118


Jim Trepagnier
8201 NW 125th St
Oklahoma City, OK 73142


Jim Wagner
6309 West Purdue Avenue
Enid, OK 73703


JIMMI E L
347242 EAST 990 ROAD
SPARKS, OK 74869


JIMMY REED
1420 MADISON AVE
LAMONT, OK 74643


JIMMY TURNER
450 EAST CARDINAL STREET
POCASSET, OK 73079


Jina Sloan
1011 North Air Depot Boulevard
Edmond, OK 73034


Jina Sloan (Son's House)
921 North Air Depot Boulevard
Edmond, OK 73034

JJ JOHNSON
5401 SOUTH SANTA FE
OKLAHOMA CITY, OK 73109

Jo Ann Mcanally
5505 Northwest 114th Street
Oklahoma City, OK 73162

JO DEAN SHEPHARD
1148 COUNTY STREET 2966
BLANCHARD, OK 73010

JOAN HARDIN
201 S CZECH HALL RD
TUTTLE, OK 73089

Joan Hubbard
8212 Northwest 69th Street
Oklahoma City, OK 73132

JOANN WOOLLEY
7412 CLAYTON DRIVE
OKLAHOMA CITY, OK 73132

JODIE USRY
15116 TURTLE LAKE PLACE
OKC, OK 73165

Jody Druckenmiller
3700 Castlerock Road
Norman, OK 73072

JOE & LINDA OLIVER
11705 Charleston Way
Yukon, OK 73099


JOE ADAMSKI
3900 Davis Road
Newalla, OK 74857


JOE BERRY
2005 WEST 3RD AVE
STILLWATER, OK 74074


JOE BROUSSARD
15924 Southeast 89th Street
Choctaw, OK 73020


Joe Fountain
13012 White Hawk Lane
Oklahoma City, OK 73170


JOE Howell
1704 Kingsbury Lane
Nichols Hills, OK 73116


JOE JAVADZADEH
P O BOX 2422
EDMOND, OK 73083


Joe Joy
720 NW 198th
Edmond, OK 73012

JOE MOORE
5737 NW 47TH ST
WARR ACRES, OK 73122

JOE STUPPIELO
6600 NE 113th STREET
EDMOND, OK 73013

JOE TIPPENS
4200 Northeast 36th Street
FORREST PARK, OK 73121

Joel Bourne
38039 cabin trail
Shawnee, OK 74804

Joel For by
1631 cruce st
Norman, OK 73069

Joel Navarro
1308 Northwest 197th Street
Edmond, OK 73012

JOEL ROGALSKY
1812 TIMBER RIDGE RD
EDMOND, OK 73034

John Dahlin
11937 Dornick Circle
Oklahoma City, OK 73162

JOHN HOUSLEY
1105 West Washington Circle
Tecumseh, OK 74873


JOHN YANG
2273 Northwest 220th Terrace
Edmond, OK 73025


JOHN & JUDY RICE
23051 CRAB ORCHARD DRIVE
EDMOND, OK 73025


JOHN & LORENA BRYANT
2211 WEST FAIRLAWN
CUSHING, OK 74023


John & Patricia Reid
11201 Blue Sage Road
Oklahoma City, OK 73120


JOHN & ROSE COMSTOCK
11951 Sportsman Drive
Guthrie, OK 73044


John Coates
708 South Timber Lane
Midwest City, OK 73130


John Davis
13021 Southwest 5th Terrace
Yukon, OK 73099

JOHN HASTINGS
3112 NORTH EMERSON STREET
ENID, OK 737011315


JOHN KENNEY
141 LAKE ALUMA DRIVE
OKLAHOMA CITY, OK 73121


JOHN LINGO
2220 NW 56TH
OKLAHOMA CITY, OK 73112


JOHN LOBB
1421 County Street 2977
Blanchard, OK 73010


JOHN MASSEY
15108 AMBER RUN
EDMOND, OK 73013


JOHN NEWSOM
603 North 1st Street
Cashion, OK 73016


JOHN OLSEN
810633 South 3320 Road
Wellston, OK 74881


JOHN P
15585 Treeline Court
OKC, OK 73165

John Roberts
424 Heritage Boulevard
Edmond, OK 73025

John Tate
26123 N2700 Road
Gracemont, OK 73042

John Tate 2
24030 County Road 1210
Gracemont, OK 73042

John Tate 3
20185 County Street 2700
Gracemont, OK 73042

JOHN THOMAS
12818 West 116th Street
Coyle, OK 73027

John White
2819 Hidden Hills
Stillwater, OK

John Woods
10820 SE 68th St
Oklahoma City, OK 73150

JOHNNY GREEN
22477 North Broadway
Mulhall, OK 73063

JON & CHRISTINA
CHENNAULT
5060 Canyon Road
Guthrie, OK 73044


Jon Oppel
11825 Sw 26th Ter
Oklahoma City, OK 73099


JONATHAN PIERCE
13374 South Douglas Boulevard UNIT A
Guthrie, OK 73044


JONATHAN BAETZ
9113 Southwest 45th Terrace
Oklahoma City, OK 73179


JOSE GUARDADO
1217 Northwest 83rd Street
Oklahoma City, OK 73114


JOSE SANCLEMENT
249 Northwest 34th Street
Oklahoma City, OK 73064


JOSEPH MEEKS
313 North Amethyst Way
Mustang, OK 73064


JOSEPH RIVERA
3833 CASHION PLACE
OKLAHOMA CITY, OK 73112

Josh Woodson
3208 NW 206th
Edmond, OK 73012

JOSHUA HEBBLETHWAITE
11825 MALLORCA DRIVE
OKC, OK 73173

Joyce Stafford
9200 Prairie Farms Drive
Mustang, OK 73064

JR BREWER
14778 Kaelyn Lane
Yukon, OK 73099

Judy Davis
14904 Patterson Road
Shawnee, OK 74801

Judy Magnusson
14400 South Pennsylvania Avenue
Oklahoma City, OK 73170

Judy Morris
2611 Indian Springs Drive
Harrah, OK 73045

Julie Johnson
12001 Southwest 53rd Street
Mustang, OK 73064

JULIE SMALLWOOD
26274 East 860 Road
Kingfisher, OK 73750

JUSTIN & DEBRA VOGT
2611 WEST WILSHIRE BLVD
OKLAHOMA CITY, OK 73116

JUSTIN & DESIREE JONES
16224 Montague Dr
Edmond, OK 73013

Justin ANDERSON
1904 Fairgrounds Road
Stillwater, OK 74075

JUSTIN JACOX
9217 KEATON CURVE
YUKON, OK 73099

Justin Kuester
5750 n broadway
Guthrie, OK 73044

Justin Lawrence
29717 E 56th St
Yale, OK 74085

JUSTIN STACEY
2501 North Richland Road
Yukon, OK 73099

Justin Wilson
10009 NE 145th St
Jones, OK 73049

KAMEE & DOUGLAS VAN
METER
12201 BUNTING CIRCLE
EDMOND, OK 73013

KAMI RILEY
4430 Crittenden Drive
Norman, OK 73072

Karen Lambert
2720 Belmont Drive
Norman, OK 73072

KAREN CRESPO
14575 SOUTH BRYANT
EDMOND, OK 73034

Karen Smith
4308 Slate Bridge Rd
Edmond, OK 73034

Karen Whitson
291 Reese Ln
GOLDSBY, OK 73093

Kari Metheny
3505 Austrian pine ln
Yukon, OK 73099

KARLA SCHWARZ
9017 Autumn Road
Oklahoma City, OK 73151

Karren Kemerley
14301 Southwest 65th Street
Mustang, OK 73064

Katherine Dawson
505 North Cimarron Road
Yukon, OK 73099

Katherine West
308 Garrison Drive
Norman, OK 73069

KATHRYN CUNNINGHAM
1201 Tedford Way
Nichols Hills, OK 73116

KATHRYN SCHWAB
14713 CHISHOLM TRAIL
CHOCTAW, OK 73020

Kathy Sirmons
PO Box 329
Enid, OK 73702

Kathy Williams
2406 Forest Crossing Rd
Choctaw, OK 73020

Katie Bixby
2341 Northwest 13th Street
Oklahoma City, OK 73107

Katrina Parker
4802 South Manning Road
El Reno, OK 73036

KAY PRICE
4012 Bridle Path Road
Yukon, OK 73099

Keith Brown
7713 Ellis Street
Oklahoma City, OK 73169

KEITH BAILEY
224 OAKWOOD ST
MOORE, OK 73160

Keith Graves
16613 Valley Crest
Edmond, OK 73012

KEITH MEHNER
14789 Southeast 12th Street
Choctaw, OK 73020

Keith Rodgers
600 North Remington Way
Mustang, OK 73064

Kelly Deveraux
21737 Riggle Road
Edmond, OK 73034

KELLY JENNINGS
22411 Panther Run Road
Luther, OK 73054

KELLY PIETROWICZ
12000 East I240 Service Rd
Oklahoma City, OK 73150

Kelly Rawlings
2628 SOUTHEAST 93rd Street
OKC, OK 73160

KELSEY RENEAU
12020 NANDINA CIR
EDMOND, OK 73013

KELSEY, DEAN, or DEBRA
HANSEN
13530 Shady Pine Circle
Edmond, OK 73025

Ken Anderson
11304 Cedar Hollow Road
Oklahoma City, OK 73162

Ken Bailey
18747 South East 104th Street
OKC, OK 73162

KEN KOEHLER
13655 BOZEMAN RD
EDMOND, OK 73025


Ken and Ben Baker
13424 Boston Circle
Yukon, OK 73099


KEN COZAD
13301 GREEN VALLEY DR
OKLAHOMA CITY, OK 73120


KEN GORE
9121 Northwest 99th Place
Yukon, OK 73099


Ken Jackson
10716 Regent St
Oklahoma City, OK 73162


KEN LEONARD
105 SUZAN ROAD
TUTTLE, OK 73089


Kenna Mitchell
5775 Parkwood Blvd Apartment 939
Frisco, OK 75034


KENNETH & BETTY GRADY
505 SOUTH HOFF AVENUE
EL RENO, OK 73036

KENNETH & DEREK CUBBAGE
1013 RIVIERA DR
NORMAN, OK 73012


Kenneth Cubbage
2906 Trailridge Dr
Norman, OK 73072


Kenneth Hoffman
310 Zero Street
Sayre, OK 73662


KENNETH KEESEE
4101 Huntington Parkway
Choctaw, OK 73020


Kenny Gilbreath
P O BOX 5734
ENID, OK 73703


Kermit Redman
3586 County Road 66
Mulhall, OK 73063


KERRI YOUNG
1700 WOODY LANE
EDMOND, OK 73003


Kerry and Peggy Grisham
518 NORTH IMO ROAD
ENID, OK 73703

Kevin Curry
860937 S 3503 Rd
Chandler, OK 74834


KEVIN BROWN
3112 TAYPORT ST
NORMAN, OK 73072


KIEL KUROKI
10112 Forest Lane
Midwest City, OK 73130


Kim Mulinix
400 Thorton Dr
Norman, OK 73069


Kim Vanrosendale
11412 Southwest 101st Street
Oklahoma City, OK 73169


Kimberly England
333 Saint Claire Drive
Edmond, OK 73025


KIMBERLY SPEISER
637 Side Track Road
Yukon, OK 73099


KIRK BAKER
12800 North Mustang
Piedmont, OK 73078

Kirk Dailey
2379 Elm Tree Lane
Blanchard, OK 73010

Kris Schneider
24400 North Western Avenue
Edmond, OK 73025

KRISTEN PAULE
4625 WINDHAM CIRCLE
EDMOND, OK 73025

KRISTINA WOMACK
41520 Hazel Dell Road
Shawnee, OK 74804

KURT SCHNEITER
2410 Northwest 59th Street
Oklahoma City, OK 73112

Kyle Frazier
14900 Southwest 65th Street
Mustang, OK 73064

Kylee Rose
3504 Northwest 16th Street
Oklahoma City, OK 73107

L CRAIG
P O BOX 720869
OKLAHOMA CITY, OK 73172.0869

LANA and Brandon Primary
3470 East Waterloo Road
Edmond, OK 73034


Lane Tompkins
913 NW 156TH ST
EDMOND, OK 73013


Lane Westmoreland
2200 West Earl Drive
Mustang, OK 73064


Larry Taber
1109 Harrison Ave NW
Piedmont, OK 73078


Larry Carothers
3201 North Glenoaks Drive
Midwest City, OK 73110


LARRY CLEMONS
9420 KEVIN'S WAY
EDMOND, OK 73025


LARRY COURTNEY
P O BOX 1425
EL RENO, OK 73036


LARRY D WYATT
15200 SW 79TH STREET
MUSTANG, OK 73064

LARRY DANIEL
1128 WEST PEEBLY DRIVE
MIDWEST CITY, OK 73110

LARRY DELLINGER
11020 South Cemetery Road
Mustang, OK 73064

Larry Kiefer
713 RAMBLING ROSE
YUKON, OK 73099

Larry McKay
5311 Meadow Lake Dr
Guthrie, OK 73044

LARRY PIERCE
3 POST OFFICE NECK RD
SHAWNEE, OK 74801

Larry Spaethe
332756 E Park Ct
Wellston, OK 74881

Laurel Whitley
1201 Stone Crest Drive
Edmond, OK 73034

LAURIE BROWN
3301 West Charter Oak
Edmond, OK 73034

Law Office of Isaac H.
Greenfield, LLC
2 Executive Blvd Ste. 305
Suffern, NY 10901


Lawrence Schein
210 county rd 1250
Pocasset, OK 73079


LEAUNNA MAXON
4754 CRESTMERE LANE
EDMOND, OK 73025


Lee Hall
8720 Tall Oaks Drive
Guthrie, OK 73044


LEON BROWN
2928 Woodcreek Road
Midwest City, OK 73110


LEROY McGough
8005 WOODCHUCK ROAD
YUKON, OK 73099


Lester Straight
737 West Elder Drive
Mustang, OK 73064


Lewis Garrison
2209 Oak Drive
Oklahoma City, OK 73170

LIEF STRATMOEN
1700 Southeast 2nd Street
Moore, OK 73160

LINDA & ARTHUR HOOKS
2706 HARVEST DR
WEATHERFORD, OK 73096

LINDA & GERALD STREUN
2267 Barrington Drive
Blanchard, OK 73010

Linda and Glenn Blunt
104014 Park Pl Rd
Meeker, OK 74855

LINDA HAVRILLA
6905 Edgewater Drive
Oklahoma City, OK 73116

Linda Jurjens
13555 N Richland Rd
Piedmont, OK 73078

LINDA O'CONNELL
PO BOX 76
WHEATLAND, OK 73097

LINDA SAGESER
7433 Northwest 101st Street
Oklahoma City, OK 73162

LINDA SMITH
850488 S 3380 RD
CHANDLER, OK 74834


LINDA STONE
270 Redbud Lane
Guthrie, OK 73044


LINDA YOUNG
16 RUSTIC HILLS STREET
NORMAN, OK 73072


Lindell Dillon
2117 Turtle Creek Dr
Norman, OK 73071


Linna Robinson
1719 Dorchester Drive
Nichols Hills, OK 73120


Lionhart Funding
40 Wall Street Unit 2701
New York, NY 10005


Lisa Henley
2725 Tealwood Drive
Oklahoma City, OK 73120


LISA MINTER
3200 Northeast 119th Street
Oklahoma City, OK 73170

LIZ CHILTON
1432 Viola Drive
Yukon, OK 73099


LIZ SMITH
2209 LONE OAK WAY
EDMOND, OK 73034


Liza Greve
3094 Freeman Manor Drive
Jones, OK 73049


LJ and Toni Gregg
4425 Valley Park
Edmond, OK 73025


Lloyd Carroll
5012 E0970 Rd
El Reno, OK 73036


Lorena Bryant
2211 West Fairlawn Road
Cushing, OK 74023


Loretta Irving
14601 Joseph Ave
Luther, OK 73054


LORETTA LANCE
13133 TURTLE CREEK DRIVE
OKLAHOMA CITY, OK 73170

LORI FILSTRUP
6301 SW 123rd STREET
OKC, OK 73173


LOUIS DAVENPORT
7200 South Hiwassee Road
Oklahoma City, OK 73150


Louis Price
3313 Northwest 170th Court
Edmond, OK 73012


LOUISE & MONTE DUNCAN
2109 West Eubanks Street
Oklahoma City, OK 73112


Lowell Dickerson
616 Switch Road
Yukon, OK 73099


Loyd & Sheila Romine
7303 South Union Road
Stillwater, OK 74074


Luke and Tara Stanford
14301 Foxlair Ln
Edmond, OK 73025


Lynda Porter
6420 NORTH ANN ARBOR AVENUE
WARR ACRES, OK 73132

LYNN ELSBERRY
1 Roka Ridge Road
Stillwater, OK 74075


Lynn Wooten
5009 Isle Bridge Court
Edmond, OK 73034


MACK MCGUCKIN
1308 SUNSET DRIVE
NORMAN, OK 73069


Mammen Mathew
2628 SW 31st Street
Okc, OK 73119


MANUEL REESE
11029 McClure Road
Choctaw, OK 73020


Marc Montrose
1276 Paulette Drive Northwest
Piedmont, OK 73078


MARCEE CLAFLIN
3215 EDINBURGH DRIVE
EDMOND, OK 73013.9052


MARCIA CORCORAN
6108 WESTLANE
OKLAHOMA CITY, OK 73142

MARGARET BERGANT
1836 NW 14TH ST
OKLAHOMA CITY, OK 73016

MARILYN FITZPATRICK
529 WEST SILVER MEADOW DRIVE
MIDWEST CITY, OK 73110

Marion Bauman
2414 Smoking Oak Road
Norman, OK 73072

Marisa STACY
5000 SHADES BRIDGE RD
Edmond, OK 73034

Marita Mays
11521 Northwest 117th Court
Yukon, OK 73099

Mark Anderson
13504 West 56th Street
Mulhall, OK 73063

MARK BREWER
204 NORTH SUGAR HILL DRIVE
ARCADIA, OK 73007

Mark Cole
1404 Crimson Drive
Weatherford, OK 73096

Mark Dawkins (Dawkins Dermo)
13174 North Macarthur Boulevard
Oklahoma City, OK 73142

Mark Dawkins (House)
22800 Cedar Ridge Road
Edmond, OK 73025

MARK ELLIOTT
11523 Country Lane
Midwest City, OK 73130

Mark Goudy
1601 Lytal Lane
Choctaw, OK 73020

MARK IRBY
1006 West Tesio Way
Mustang, OK 73064

MARK LARIOS
801 West Prairie Way
Mustang, OK 73064

Mark Phan
2608 Elmhurst Ave
Oklahoma City, OK 73120

MARK PRATHER
302 East Redbud Drive
Stillwater, OK 74075

Mark Pritchard
12420 Jaycie Circle
Midwest City, OK 73130


Mark Richards
9632 regado ct
Guthrie, OK 73044


MARK SIMPSON
1201 Cambridge Drive
Yukon, OK 73099


Mark Stallings
16924 Parkhurst Rd
Edmond, OK 73012


MARLA EZELL
419 Wagon Trail
Guthrie, OK 73044


MARLENE ROACH
7112 SKYLARK TERRACE
OKLAHOMA CITY, OK 73162.5655


MARLISS ROWELL
4104 SE 40th STREET
NORMAN, OK 73071


Marquita Jones
6200 Lansbrook Ln
Oklahoma City, OK 73132

Martha Miller (home owner)
800 County Rd 73
Guthrie, OK 73044

MARTY BELING
7150 Hollow Brook Drive
Edmond, OK 73025

MARVIN BANTA
4120 CEDAR PASS DRIVE
OKLAHOMA CITY, OK 73179

MARY ANNE HOEHNER
31810 Reno Road West
Hinton, OK 73047

Mary Hill
405 E Atkinson Dr
Midwest City, OK 73110

Mary Holliday
874 Roblee
Edmond, OK 73025

MARY JOHNSON
3121 ASTORIA BLVD
OKLAHOMA CITY, OK 73122

Mary Kliewer
9320 North 2370 Road
THOMAS, OK 73669

Mary Lou Ryan
2205 Northwest 44th Court
Oklahoma City, OK 73112

MARY MCALLISTER
1100 South Peebly Road
Choctaw, OK 73020

Mary Smith
4305 Northwest 56th Street
Oklahoma City, OK 73112

Mary W
5204 Southbend Road
Edmond, OK 73034

Marynel Chabino
13521 Borgata Lane
Oklahoma City, OK 73170

Mason Lam
3200 Rolling Woods Drive
Norman, OK 73072

Mason Mungle
707 Terrace Place
Norman, OK 73069

Matt Anderson
4201 Montage Blvd
Mustang, OK 73064

Matt Baehr
4201 PALOMA CIRCLE
EDMOND, OK 73012


MATT CLARK
13854 CREEK VIEW DRIVE
EDMOND, OK 73025


Matt Makel
14700 Winoma Drive
Oklahoma City, OK 73142


MATT MALOY
10041 SILVER FOX AVE
EDMOND, OK 73025


MATT MOTT
4318 FRONTIER TRAIL
NORMAN, OK 73072


MATT NORTON
4618 North Classen Boulevard
EDMOND, OK 73113


Matt Waldron
1333 Southeast 25th Street
Oklahoma City, OK 73129


Matt Wong
8109 NW 128th Pl
Oklahoma City, OK 73142

Matthew Ahlers
14800 SE 98th St
Choctaw, OK 73020

MATTHEW GUARNIERI
1712 MESA TRAIL
EDMOND, OK 73025

Matthew Stump
14198 CR 1170
Binger, OK 73009

MAX & TERESA FLETCHER
701 East Barajas Terrace
Mustang, OK 73064

Max Meek
116 Summit Bend
Norman, OK 73071

MAX TEMPESTA
14231 Beaver Creek Road
Edmond, OK 73025

Mazen AbuFadel
5908 Saint Pierre Terrace
Edmond, OK 73034

Mckinzie Deazon
1016 Trisha Lane
Norman, OK 73072

MEG CROSSLEY
1125 WEST SYMMES STREET
NORMAN, OK 73069

Mel Mcvay
1808 North Canary Drive
Edmond, OK 73034

Melanie Harding
1109 Larchmont Ln
Nichols Hills, OK 73116

Melinda Schmitz
9015 Melissa Court
Guthrie, OK 73044

MELISA PETERSON
675 Bluestem Drive
Guthrie, OK 73044

Melissa and Jesus Cavazos
3808 Stone Hill Ln
Edmond, OK 783034

Melissa Briscoe
18601 N MacArthur Blvd
Edmond, OK 73012

MELLY ROMERO
12008 Ava Grace Lane
Yukon, OK 73099

MEREDITH LOUNGE
10104 Thompson Avenue
Yukon, OK 73099


Meri McManus
2025 North Mitchell Drive
Midwest City, OK 73110


Michael Bechtel
224 South Lakehoma Drive
Mustang, OK 73064


Michael Bennett
5605 Northwest 127th Street
Oklahoma City, OK 73142


MICHAEL & CINDY JOHNSON
340345 EAST 830 ROAD
CARNEY, OK 74832


Michael & JACKIE Benson
6101 Whispering Grove Drive
Oklahoma City, OK 73169


Michael Arnold
21191 Trailridge
Tecumseh, OK 74873


MICHAEL CALDWELL
15 QUAIL RIDGE
SHAWNEE, OK 74804

MICHAEL COLEMAN
P O BOX 405
STILLWATER, OK 74076.0405

MICHAEL GALIGA
2718 NW 34th ST
OKLAHOMA CITY, OK 73112

Michael Lampley
4721 Thompson Avenue
Oklahoma City, OK 73105

Michael Land
10109 NE 149th Ct
Jones, OK 73049

Michael Lavin
3336 Stonebrook Court
Oklahoma City, OK 73120

MICHAEL MARTINEZ
2802 East Pine Avenue
ENID, OK 73701

Michael Pampalone
21597 Villagio Dr
Edmond, OK 73012

MICHAEL PELLEY
5201 Keystone Circle
Edmond, OK 73025

Michael Prescott
2216 Lone Oak Way
Edmond, OK 73034

MICHAEL TOWNSEND
860722 South 3400 Road
Chandler, OK 74834

MICHAEL TROJANOWSKI
23250 North May Avenue
Edmond, OK 73025

Michelle Chavez
1317 Kent Street
Weatherford, OK 73096

MICHELLE MUNDA
3208 Northwest 36th Street
Oklahoma City, OK 73112

Michelle Musallam
14925 Laurin Lane
Oklahoma City, OK 73142

MICKEY MCCROTTY
4516 NW 46TH STREET
OKLAHOMA CITY, OK 73122

MIICHAEL GIALOUSIS
416 Heritage Boulevard
Edmond, OK 73025

Mike Beard
6201 Stone Valley Drive
Edmond, OK 73034

Mike Dubois
894 Blackjack Court
Blanchard, OK 73010

MIKE GORRELL
3904 County Road 66
Mulhall, OK 73063

Mike Newcomb
9837 Stonebridge Drive
Yukon, OK 73099

MIKE RICHMOND
11605 Gateshead Drive
Oklahoma City, OK 73170

MIKE TUCCI
3099 Caleb Drive
Piedmont, OK 73078

Mike Brush
3601 North Triple X Road
Choctaw, OK 73020

MIKE CAIRNS
4608 BRIAR MEADE RD
EDMOND, OK 73025

MIKE DILL
11912 BERGAMO LANE
OKC, OK 73170

Mike Downey
21670 hillview crt
purcell, OK 73080

MIKE eubank
6000 West 9th Street
Cushing, OK 74023

Mike Hoover
22175 Panther Run Rd
Luther, OK 73054

MIKE LAUBACH
10312 KATY LINE COURT
YUKON, OK 73099

MIKE LOVE, Sr
805 West Shepherd Drive
Mustang, OK 73064

MIKE MCDONALD
1707 WEST WILSHIRE BLVD
NICHOLS HILLS, OK 73116

MIKE MCGUIRE
13104 CLOVER LEAF LANE
OKLAHOMA CITY, OK 73170

Mike Nichols
2204 Southeast 8th Street
Moore, OK 73160

Mike Rosson
7217 Bucks Crossing
Edmond, OK 73034

MIKE SEWELL
5624 Northwest 130th Street
Oklahoma City, OK 73142

Mike Simpson
3400 Homesteaders Lane
Guthrie, OK 73044

MIKE ZACKERY
4204 N POTTENGER
SHAWNEE, OK 74804

MILES DICKINSON
6201 OAKTREE DRIVE
EDMOND, OK 73025

Mitch Zaloudek
3601 Northlake Lane
Enid, OK 73703

Monique Matal
11305 Northwest 94th Terrace
Yukon, OK 73099

Morgan Flom
18801 Saddle River Dr
Edmond, OK 73012


MURRY PARRISH
1404 Sherwood Lane
Nichols Hills, OK 73116


NACHO TRUJILLO
1023 NORTH MAPLE ROAD
CALUMET, OK 73014


Nancy McKinnis
1710 Clay Street
Newcastle, OK 73065


Natalie Montoya
5508 Montford Way
Choctaw, OK 73020


Nathanael Hyde
12013 Northwest 139th Street
Piedmont, OK 73078


Neil Jones
21735 N Fork Rd
Luther, OK 73054


Nelly Burris
9 Red Eagle Drive
McLoud, OK 74851

NICK DRAGO
7404 Northwest 159th Terrace
Edmond, OK 73013


Nick Perry
15220 Turtle Lake Place
Oklahoma City, OK 73165


NIKKI EASTER
6601 Southwest 92nd Street
Oklahoma City, OK 73159


NIKKI PERKINS
1816 LARK TERRACE
WEATHERFORD, OK 73096


NINA DICKSON
2600 Northeast 15th Street
Moore, OK 73160


Nora SAMS
11625 MILL HOLLOW COURT
OKLAHOMA CITY, OK 73131


Norma Harrison
3603 South Scissortail Drive
Stillwater, OK 74074


ODALEE CRAIGHEAD
2306 Pine Street
Weatherford, OK 73096

OKLAHOMA EDUCATORS
4001 NW EXPRESSWAY
OKC, OK 73142


Orr Construction Arnett
Phillip Morrison
City of Arnett
Arnett, OK 74567


O'TAR T
16716 Rugaso Rose Drive
EDMOND, OK 73012


PABLO PALACIOS
14200 SW 46 COURT
YUKON, OK 73099


Pam Hester
7200 Northeast 121st Street
Edmond, OK 73013


Pam & Don Harris
2709 Roxburgh Court
Edmond, OK 73013


Pam Reading
1840 NW 160th Pl
Edmond, OK 73013


PAM WEBER
3918 MOFFET RD NW
PIEDMONT, OK 73078

Partida Holdings of Enid, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of
Fayeteville, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of Lawton,
LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of Little
Rock, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings of Little
Rock, LLC
3800 NW 104th
Oklahoma City, OK 73131


Partida Holdings of Tulsa, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Holdings, LLC
3800 NE 104th Street
Oklahoma City, OK 73131


Partida Management, LLC
3800 NE 104th Street
Oklahoma City, OK 73131

Austin Partida
5109 Water Oak Way
Edmond, OK 73034

Pat Platt
4813 SE 52nd St
Oklahoma City, OK 73135

PATRICIA BRIGGS
2935 Southwest 52nd Place
Oklahoma City, OK 73119

PATRICIA ANGLIN
6603 W DRIVE
GUTHRIE, OK 73044

Patricia Riley
22495 Forester Lane
Yukon, OK 73099

Patrick Anthony
17217 Triana Drive
Oklahoma City, OK 73170

PATRICK BYRNES
8200 South Hiwassee Road
Oklahoma City, OK 73150

Patrick MarcCharles
9445 Northwest 87th Street
Yukon, OK 73099

Paul Clark
3501 Austrian Pine Place
Yukon, OK 73099

PAUL WEBB
1213 Sycamore Street
Weatherford, OK 73096

Paul Bettis
706 Terrace Place
Norman, OK 73069

PAUL BRATCHER
4701 Quartz Ridge Drive
Oklahoma City, OK 73179

Paul Cooper
709 Southwest 111th Street
Oklahoma City, OK 73170

PAUL DUNGAN
10471 PINE RIDGE RD
EDMOND, OK 73025

PAUL HELDENBRAND
704 Dana Drive
Yukon, OK 73099

Paul Jones
3709 East Ridge Circle
Piedmont, OK 73078

Paul Marley
17332 Clove Hill Place
Edmond, OK 73012

Paul Pustmueller
1108 Falls Bridge Court
Edmond, OK 73034

PAUL RADACHY
1432 Haverhill Circle
Norman, OK 73071

PAUL ROZNECK
3124 Hunter Crest Drive
Edmond, OK 73034

PAUL SINCLAIR
8200 Brownsville Lane
Bethany, OK 73008

Paula Barrington
7000 Nichols Rd
Nichols Hills, OK 73116

PAULA DELANEY
309 NORTH 5TH STREET
MEDFORD, OK 73759

PAULA KERRIGAN
2105 RED BUD PLACE
EDMOND, OK 73013

PAULA STAFFORD
1321 NW 184TH
EDMOND, OK 73012

Paula Tate
22410 FLYING HAWK TRAIL
LUTHER, OK 73054

PAYNE COUNTY
PO BOX 579
PERKINS, OK 74059

Peggy Cranford
3200 Huntercrest Dr
Edmond, OK 73034

Peggy Goodson
2404 South Mitchell Drive
Kingfisher, OK 73750

Peggy Woods
20370 Southwest 59th Street
El Reno, OK 73036

Penny Hair
2509 Bretton Ln
Edmond, OK 730123

PHI L CHURCH
1224 Desmond Drive
El Reno, OK 73036

PHIL GOSS
12813 TWISTED OAK ROAD
OKLAHOMA CITY, OK 73120


PHILLIP & KATHY NEWSOM
310 SHAPARD DRIVE
CHOCTAW, OK 73020


PHILLIP BLANCHE
11413 Northwest 113th Court
Yukon, OK 73099


Phillip Gomez
4534 Canyon Rd
Guthrie, OK 73044


PHILLIP HARRISON
13817 SOUTH ROBINSON AVE
OKLAHOMA CITY, OK 73170


PHILLIP MINER
1813 COVENTRY LANE
OKLAHOMA CITY, OK 73120


Phillip Perkins
22284 Pine Bluff Way
Edmond, OK 73034


PHILLIP WHALEY
15209 Burning Spring Road
Edmond, OK 73013

Phillip Wulz
854 Oaklawn Dr
Tuttle, OK 73089

QUALGEN (Tim) INC
301 ENTERPRISE DRIVE
EDMOND, OK 73013

RAJ KUMAR
6611 HILLCREST AVE
OKLAHOMA CITY, OK 73116

Ralph Knight2
2917 Marla Lane
Edmond, OK 73034

RALPH MURPHY
600 NW 179TH CIRCLE
EDMOND, OK 73012

RANDAL & SHARI DAVIS
5625 CHATEAU LANE
EDMOND, OK 73034

RANDALL CHRISTIAN
701 LAKESIDE DRIVE
NOBLE, OK 73068

Randy Harper
13204 Springcreek Drive
Oklahoma City, OK 73170

RANDY & SHERRY FARRAR
1204 STONEBROOK DRIVE
KINGFISHER, OK 73750


Randy Ashcraft
35841 Ew 1160 Road
Seminole, OK 74868


Randy Chelf
9 Elm Bridge Lane
Enid, OK 73703


Randy Farrar
1011 PARK PLAZA
KINGFISHER, OK 73750


Randy Hallman
10509 NW 33rd St
Yukon, OK 73099


RANDY MCCARTHY
921 NORTH BITTERCREEK TERRACE
MUSTANG, OK 73064


RANDY OXLEY
4691 Adraina Way
Piedmont, OK 73078


RANDY WILLIS
12601 Beryl Lane
Oklahoma City, OK 73170

Raymond English
19851 Danny Lane
Luther, OK 73054

Raymond Kincade
10001 NE 146th St
Jones, OK 73049

Raymond Navarro
17575 Cedar Brake Ct
Choctaw, OK 73020

RAYNE MEADE
520 Foster Place
Midwest City, OK 73110

Rebecca Seward
8220 Northwest 159th Street
Edmond, OK 73013

REBECCA BLACKSTOCK
12408 MAIDEN LANE
GUTHRIE, OK 73044

Rebecca Fuentes
939 West Griggs Way
Mustang, OK 73064

Reid Moore
423 North E Street
Yale, OK 74085

Rejeana Wiebener
8253 County Road 540
Aline, OK 73716


RELIANT LIVING
3317 SE 18TH STREET
DEL CUTY, OK 73115


Renee and James Agro
4309 Clevenger Dr
Edmond, OK 73012


RENNER JANTZ
8837 SW 89TH
OKC, OK 73169


Rex & Deborah Statser
P O BOX 850657
YUKON, OK 73099


REX E
2825 Northwest 206th Street
Edmond, OK 73012


Rhonda Dungan
2603 Forest Crossing Drive
Choctaw, OK 73020


Rhylee Straka
4300 Herkert Way
eDMOND, OK 73034

Richard Curry
329108 East 1010 Road
Harrah, OK 73045

Richard Harpham
708 Lindsey Ln
Moore, OK 73160

Richard Hindman
321 48th Street
Noble, OK 73068

RICHARD LEWIS
14912 CHAMBORD DR
YUKON, OK 73099

RICHARD ROPAC
14417 Caledonia Way
Oklahoma City, OK 73142

RICHARD STEPHENS
7912 Westwood Lane
Oklahoma City, OK 73169

RICHARD STITHEM
2213 CANDY LANE
DEL CITY, OK 73115

Rick Barrett
4408 Cannon Drive
Norman, OK 73072

Rick Hoffman
1232 Glenbrook Drive
okc, OK 73118

RICK GRAMMER
13800 SE 35TH
CHOCTAW, OK null

RICK JOHNSON
2232 Cherry Glen Drive
Jones, OK 73049

Rick Myers
16999 North Macarthur Boulevard
Edmond, OK 73012

Rick Webb
11171 Kelly Avenue
Edmond, OK 73025

Ricka Hambrick
21201 North May Avenue
Edmond, OK 73012

Rita Hoch
1316 Reiss Court
Oklahoma City, OK 73118

Rita Marschel
20115 E Charter Oak Rd
Luther, OK 73054

Rob Brown
1201 Nay Avenue
Edmond, OK 73034

Rob Crane
2773 AMANDA COURT
Edmond, OK 73025

Rob Hardison
101282 s 3520 rd
Prague, OK 74864

Robbie Orr
407 East 1st Street
Luther, OK 73054

Robert Bookout
6713 Chelsey Lane
Oklahoma City, OK 73132

ROBERT & Jocelyne IMMELL
11113 Southwest 40th Street
Mustang, OK 73064

ROBERT ANDERSON
6617 OAK HERITAGE
EDMOND, OK 73025

ROBERT BENNETT
58353 Choctaw Road
Carmen, OK 73726

Robert Bierschenk
6000 North Midwest Boulevard
Oklahoma City, OK 73141


ROBERT BILLY
5616 Northwest 121ST Circle
Oklahoma City, OK 73162


ROBERT Bradford
1808 Elmhurst Avenue
NICHOLS HILLS, OK 73120


Robert Burgess
4900 Corner Brook Lane
Edmond, OK 73034


ROBERT CARNES
10060 Red Fox Drive
Edmond, OK 73025


Robert Dorrell
313 Old Home Place
Yukon, OK 73099


ROBERT DUSSEL
9515 Whiterock Lane
Edmond, OK 73025


ROBERT ENRIQUEZ
2416 SW 137TH STREET
MOORE, OK 73170

Robert Jackson
1115 west Apache st
Norman, OK 73069

ROBERT JACOBS
2801 Southeast 39th Street
Moore, OK 73160

ROBERT LAMBERT
9909 SW 15TH TERRACE
YUKON, OK 73099

Robert Lerma
10505 Ski Dr
Oklahoma City, OK 73162

Robert Melrose
920169 South 3330 Road
Wellston, OK 74881

ROBERT MORTON
2108 Gladstone Terrace
The Village, OK 73120

Robert Potts
3617 Utica square
Edmond, OK 73034

ROBERT SUKUT
8820 TALL OAKS DR
GUTHRIE, OK 73044

Robert Tunnell
6709 Chelsey Ln
Oklahoma City, OK 73132

ROBIN BOTCHLET
4101 SOUTH CZECH HALL RD
YUKON, OK 73099

ROBIN COX
5005 Southeast 134th Street
OKC, OK 73165

Robin Hummel
15508 Laguna Dr
Edmond, OK 73013

ROBIN NANDYAL
11315 Old River Trail
Edmond, OK 73013

Rocky & Cindy Terrel
1216 Winnipeg Drive
Yukon, OK 73099

ROD LANIER
10212 FAWN TRACE RD
MUSTANG, OK 73064

RODERICK THOMPSON
8800 MERCATO STREET
CHOCTAW, OK 73020

Rodney Gaskins
921 Northwest 195th Place
Edmond, OK 73012


ROGER CANTU
2256 East Kellan Court Terrace
Mustang, OK 73064


Roger Oliver
19340 E 1130 Rd
Sayre, OK 73662


ROGER PAUTSCH
3403 North Manning Road
El Reno, OK 73036


ROLAND & DECARLA STEELE
14401 Sedona Drive
Oklahoma City, OK 73142


ROLAND BROCK
8012 Northwest 15th Street
Oklahoma City, OK 73127


Ron Cantrell
7533 Sara Hill Road
Edmond, OK 73034


RON COLEMAN
1116 CEDAR HILL PL
MIDWEST CITY, OK 73110

RON FOSTER
2008 REDBUD CREEK DRIVE
HARRAH, OK 73045

Ron Lute
8451 Venezia Ln
Edmond, OK 73034

RON MONTGOMERY
13317 CAYMAN LANE
OKLAHOMA CITY, OK 73170

Ron Thomas
4925 Sunspear Dr
Arcadia, OK 73007

RONALD BURKHART
11037 Northwest 23rd Terrace
Yukon, OK 73099

Ronald Liggett
1135 Northwest 46th Street
Oklahoma City, OK 73118

Ronald Blalock
6309 Beaver Creek Road
Oklahoma City, OK 73162

Ronald Brown
337429 East 0860 Road
Chandler, OK 74834

RONALD JAMES
1324 Northeast 55th Street
Oklahoma City, OK 73111


Ronald Uhls
908 Northwest 172nd Street
Edmond, OK 73012


Ronald Williams
6529 NW 163rd Terrace
Edmond, OK 73013


Rondy Ellison
800 Northeast 33rd Street
Oklahoma City, OK 73105


RORY & JENNY LAISLE
2707 South Loblolly Lane
EDMOND, OK 73012


Rosa Simpson
1832 Northeast 26th Street
Oklahoma City, OK 73111


ROSE COWLES
1101 West Woodcrest Drive
MIDWEST CITY, OK 73110


ROSEANNE SMITH
17606 South Rock Creek Road
Shawnee, OK 74801

ROSS CAMPBELL
901 Serenity Lane
Stillwater, OK 74074


ROY WILLIAMS
6401 NORTH HILLCREST AVE
OKC, OK 73116


ROYDEN FREELAND
12500 CHATEAUX ROAD
OKC, OK 73034


RUSSELL WINBURN
13121 Southeast 71st Terrace
Oklahoma City, OK 73150


RUSSELL OIL
P O BOX 8050
EDMOND, OK 73013


RUSSELL STAFFORD
1110 Hemstead Place
NICHOLS HILLS, OK 73116


RUSTY BARRON
801 South 42nd Street
Enid, OK 73701


RUTH OWENS
3413 ONTARIO CIRCLE
MOORE, OK 73160

RYAN CHEATHAM
12616 Beryl Lane
Oklahoma City, OK 73170


Ryan Butts
1728 Dorchester Place
Nichols Hills, OK 73120


RYAN CHILTON
13228 EAST WHEAT CAPITAL ROAD
FAIRMONT, OK 73736


Ryan Handing
505 Carlow Way
Yukon, OK 73099


Ryan Harms
9333 LAKEWAY RUN
JONES, OK 73049


Ryan Lundeen
116 Pont Mirabeau Circle
Edmond, OK 73034


Ryan Smith
4909 East 92nd Street
Stillwater, OK 74074


Ryan Thrasher
2349 Sutton Pl
Edmond, OK 73012

SALLIE & CLAUDE
CARRUTHERS
5729 North Everest Avenue
Oklahoma City, OK 73111


SALLY GLENN
2632 Northwest 153rd Street
Edmond, OK 73013


Sally Saunders
1710 Randel ROAD
Nichols Hills, OK 73116


SAM ADKISSON
1801 BOREN BLVD
SEMINOLE, OK 74868


Sam Tucker
417 West MidAmerica Blvd.
Oklahoma City, OK 73131


Samantha Miller
7614 Sunset Sail Ave
Edmond, OK 73034


SAMMY HOWRY
2001 EAST ARTHUR AVE
GUTHRIE, OK 73044


SAMUEL SCHROEDER
2825 SE 38TH STREET
MOORE, OK 73160

SANDRA REED
4402 South Olie Avenue
Oklahoma City, OK 73109

SANDRA RAGSDALE
605 NORTH CADDELL WAY
MUSTANG, OK 73064

SANDY AGNONE
20885 ALBA COURT
Edmond, OK 73034

Sansen Johnson
1301 Leigh Circle
Yukon, OK 73099

Sara Sapp
920189 S Oak Park Dr.
Wellston, OK 74881

SARAH FAYSSOUX
11936 SOUTH LAKEWOOD DRIVE
GUTHRIE, OK 73044

Scott Booker
151 Lake Aluma Dr
Lake Aluma, OK 73121

Scott Cavett
9601 Morgan Crossing
Yukon, OK 73099

SCOTT DUNN
520 LONGVIEW DR SW
PIEDMONT, OK 73078

Scott Evans
10141 Northwest 97th Street
Yukon, OK 73099

SCOTT GRIFFIN
14443 FOX LAIR LANE
EDMOND, OK 73025

Scott JONES
10816 SUNSET BLVD
THE VILLAGE, OK 73120

SCOTT KRETCHMAR
204 SOUTH 7TH STREET
MEDFORD, OK 73759

Scott Lerch
3535 E County Road 66
Mulhall, OK 73063

Scott Shackleford
3409 Hidden Leaf Dr
Edmond, OK 73012

Scotty Gibbons
11709 Piazza Wy
Arcadia, OK 73007

Sean Crawford
2801 Southwest 139th Street
Oklahoma City, OK 73170


SEAN WILLIS
10620 TIMBER OAK DRIVE
OKC, OK 73151


See attached list


SERGIO DIAZ
14720 NORTH COUNCIL ROAD
OKC, OK 73142


Shannon Friday
13401 Creekside Drive
Oklahoma City, OK 73131


SHANNON SHANKS
530 Clegern Drive
Edmond, OK 73034


Sharon Prange
1909 Lankestar Place
Yukon, OK 73099


SHARON SHARP
9774 South Pine Street
Guthrie, OK 73044

Sharon Boudreau
4205 NW 145th St
Oklahoma City, OK 73134


SHARON Fernbaugh
9804 Briarcreek Dr
Oklahoma City, OK 73162


SHARON RICHARDSON
2704 WINDSOR BLVD
OKLAHOMA CITY, OK 73127.1824


SHARON SIMON
P.O 574
Perkins, OK 74059


SHARON WHITELEY
19436 Crest Ridge Drive
Edmond, OK 73012


Shawn Forth
9001 East Covell Road
Arcadia, OK 73007


SHAWN PESCHKE
21975 WHITE PINE CIRCLE
EDMOND, OK 73012


SHAWN TRACEY
2832 Bens Circle
Yukon, OK 73099

Sheila Galica
36272 E 1440
Sasakwa, OK 74867


Shelly and Todd Cooper
15301 Burning Spring Rd
Edmond, OK 73013


Sherman Webb
102 SOUTH MAIN STREET
CASHION, OK 73016


Sherri Moore
8209 Northwest 65th Place
Oklahoma City, OK 73132


SHERRY FULKERSON
1600 Southwest 38th Street
Moore, OK 73160


Sherry Touchstone
717 main st
Arapaho, OK 73620


Sherry Willis
5300 E Sorghum Mill Rd
Edmond, OK 73034


Sheryl Durika
609 Dardanelle Pass
Edmond, OK 73025

SILVIA KROUTIL
1521 NORTH BETTY'S WAY
MUSTANG, OK 73064


SIVA ATTURU
12950 BIG SKY DRIVE
EDMOND, OK 73013


Slate Advance
15 America Ave Ste. 303
Lakewood, NJ 08701


SOCRATES LAZARIDIS
5700 N BILLEN AVE
OKLAHOMA CITY, OK null


Somero, LLC
900 Putter Place
Edmond, OK 73025


Sonda JONES
8621 NW 110TH TERR
OKLAHOMA CITY, OK 73162


SONDRA Morrison
6425 Northwest 28th Street
Oklahoma City, OK 73127


SONYA HOLMQUIST
15225 FAIRVIEW FARM ROAD
EDMOND, OK 73013

SQ Advance
7901 4th St. N Ste. 300
Saint Petersburg, FL 33702


Square Advance, LLC
90 E. Halsey Rd
Parsippany, NJ 07054


SRI KANTH NALLACHERU
3216 SILVERCLIFFE COURT
EDMOND, OK 73012


Stan Taylor
10537 Northwest 45th Court
Yukon, OK 73099


Stephanie Hamilton
11129 Southwest 33rd Street
Yukon, OK 73099


Stephanie Naifeh
17401 Barrington Hills Ln
Edmond, OK 73012


Stephanie Perkins
1400 Eagle Ridge Avenue
Weatherford, OK 73096


STEPHEN & DIANE RULEWICZ
15401 Fairview Farm Boulevard
Edmond, OK 73013

STEPHEN JOHNSON
11609 SW 3RD TERRACE
YUKON, OK 73099


STEPHEN MCCLURE
296 County Road 243
Bay City, OK TX 77414


STEPHEN SPARKS
1304 HARDING AVENUE
EDMOND, OK 73013


Steve Brown
1601 West Wilshire Boulevard
Nichols Hills, OK 73116


STEVE STINSON
101 East Birch Avenue
Pond Creek, OK 73766


STEVE & CAROL BARRYMORE
2113 NW 43RD STREET
OKLAHOMA CITY, OK 73112


STEVE AND KAY DAVIS
6209 KINGSBRIDGE DR
OKLAHOMA CITY, OK 73162


Steve Bobo
5600 Steeple Run Dr
Mustang, OK 73064

STEVE DENNEY
6730 MUSTANG ROAD NE
PIEDMONT, OK 73078


STEVE HUDDLESTON
4409 ROCK ISLAND CIRCLE
OKLAHOMA CITY, OK 73111


Steve Kim
14525 Lockton Dr
Jones, OK 73049


Steve Lamb
1469 Birch St
Wakita, OK 73771


Steve Littleton
2611 Forest Crossing Drive
Choctaw, OK 73020


STEVE PITTMAN
920651 3310 Road
Wellston, OK 74881


Steve Sherman
3122 Northridge Drive
Purcell, OK 73080


STEVE SMITH
5712 NW 118TH STREET
OKLAHOMA CITY, OK 73162

Steve Springer
1844 Red Fox Rd
Edmond, OK 73034

STEVE WITTROCK
15700 EAST 860 ROAD
ARCHE, OK 73762

STEVEN & JERRY BURKE
200 Grand Fork Road
Edmond, OK 73003

STEVEN BELL
1602 South Howerton Drive
Cushing, OK 74023

STEVEN CERA
2232 Southwest 33RD Street
EDMOND, OK 73034

Steven Gerot
417 N University St
Seminole, OK 74868

Steven Hendrix
415 West Greenwood Drive
Mustang, OK 73064

STEVEN PHILLIPS
14908 SE 98TH ST
CHOCTAW, OK 73020

steven Powell
713 Hamlet Lane
Yukon, OK 73099

Steven Storff
12621 Blue Quail Drive
Jones, OK 73049

Stratton Paxton
4300 Fox Croft Rd
Norman, OK 73026

STUART HUGHES
1017 WEST CAMELLIA WAY
MUSTANG, OK 73064

SUE REEVES
811 BRIARWOOD COURT
WEATHERFORD, OK 73096.105

Susan Cartmell
5300 Northwest 116th Street
Oklahoma City, OK 73162

Susan Gabbard
2200 Northwest 58th Street
Oklahoma City, OK 73112

Susan Moore
13413 Prestwick Circle
Choctaw, OK 73020

Susan Rodman
13615 Valley Ridge
EDMOND, OK 73025


SUSAN BOCKUS
3920 NORTH HARVEY PARKWAY
OKLAHOMA CITY, OK 73118


SUSAN BROWN
1624 ASHLing dr
OKLAHOMA CITY, OK null


Susie Weeks
15509 Laguna Drive
Edmond, OK 73013


Suzy Noble
400 Northwest 145th Terrace
Edmond, OK 73013


Sylke Merchan
804 Cedarbrook Dr
Norman, OK 73072


TAMMY CLEVELAND
409 NORTHWEST 139th STREET
EDMOND, OK 73013


Tammy Stieber
880746 S 3370 Rd
Chandler, OK 74834

Tara Williss
10401 SE 55th St
Oklahoma City, OK 73150

TARA ZIMMERMAN
2808 Clermont Place
Oklahoma City, OK 73116

TAUSHA & ROME NICHOLS
9706 SOUTH MAY AVE
GUTHRIE, OK 73044

Teague Bickford
1502 Oak Hill Circle
Enid, OK 73703

TED VANTUYL
PO BOX 58
Wellston, OK 74881

TERENCE Hayes
9920 Prosper Drive
Oklahoma City, OK 73151

Teresa Svedman
12732 Knight Hill Road
Oklahoma City, OK 73142

TERESA ABERLE
4104 Southeast 41st Street
Norman, OK 73071

TERESA Bockus
4517 Blackberry Run
Oklahoma City, OK 73112

Teresa Ontko
3420 Meadow View Road
Edmond, OK 73013

Teresa Ripley
508 Manor Hill Court
Norman, OK 73072

Terri Massey
2200 East Main Street
Moore, OK 73160

Terri Robinson
1027 East Ave
Davenport, OK 74026

TERRI E GRAY
18433 Salvador Road
Edmond, OK 73012

Terry Braggs
228 Northeast 61st Street
Oklahoma City, OK 73116

TERRY COX
1642 Strayfox Crossing
Edmond, OK 73012

TERRY JOHNSON
13201 SE 71ST TERRACE
OKLAHOMA CITY, OK 73150


TERRY K
P O BOX 502
WEATHERFORD, OK 73096


Terry Lofton
12119 Max Lane
Choctaw, OK 73020


Terry Rowland
1308 Carrie Lane
Piedmont, OK 73078


Terry Tippens
6501 North Broadway
Edmond, OK 73034


TERRY WARE
1121 IDAHO ST
NORMAN, OK 73071


Terry Wilson
3501 Riverfront Road
Guthrie, OK 73044


Theresa Ashcraft
35717 EW 1190 Rd
Seminole, OK 74868

THERESA D SNIDER
2817 BUCKLAND ROAD
EDMOND, OK 73034

THERESA JACKSON
6200 North Anderson Road
Spencer, OK 73084

Thomas Collins
2636 Loblolly Lane
Edmond, OK 73012

Thomas Cook
2320 Mccracken Dr
Del City, OK 73115

THOMAS DIPAULA
17020 SUNNY HOLLOW RD
EDMOND, OK 73012

THOMAS HUIZENGA
5894 VISTA DEL SOL STREET
SHAWNEE, OK 74804.9191

Thomas McCasland
1603 Elmhurst Avenue
Nichols Hills, OK 73120

THOMAS MCKENNY
1317 Regency Bridge Circle
Edmond, OK 73034

TIEN HUYNH
1359 East Angel Fire Terrace
Mustang, OK 73064

Tim Cushing
1313 Northwest 186th Street
Edmond, OK 73012

TIM HENSON
1817 HOBO ST
YUKON, OK 73099

TIM LONG
15633 BALD CYPRESS COVE
EDMOND, OK 73013

Tim Lowe
1712 Jefferson Avenue Northeast
Piedmont, OK 73078

TIMMY & BETTY MENDEZ
4416 Southeast 43rd Street
DEL CITY, OK 73115

Tina Cariera
2101 Manchester Ave
Edmond, OK 73034

TOM DOTSON
902 South Howerton Avenue
Cushing, OK 74023

Tom Holcomb
5917 Northwest 52nd Street
Warr Acres, OK 73122

Tom Maxwell
14708 Cascade Dr
Jones, OK 73049

TOM MCPHERSON
2612 SCOTT DRIVE
NORMAN, OK 73069

Tom Snyder
10101 Lacewood Dr
Edmond, OK 73025

Tom Wilson
8501 Mission Ridge Road
Edmond, OK 73025

Toni Hendrick
3208 N Glenvalley Dr
Oklahoma City, OK 73110

Tony & RENEE Latham
10320 Southeast 24th Street
Midwest City, OK 73130

TONY BENEAR
13913 PLANTATION WAY
EDMOND, OK null

TONY MELMAN
7612 NW 37th STREET
OKLAHOMA CITY, OK 73008

Tony Van Eck
721 Legacy Ave
Norman, OK 73069

Town of Tribbey
313 WEST JACK ROBERTS LANE
WANETTE, OK 74852

Tracey Dudley
3140 Northwest 70th Street
Oklahoma City, OK 73116

Traci Marand
10905 Northwest 94th Street
Yukon, OK 73099

TRACY MCGLOTHIN
104448 S 3350 RD
MCLOUD, OK 74851

Travis Canada
13332 NW 7TH CT
YUKON, OK 73099

TRELLYS ERWIN
2508 Island Drive
EDMOND, OK 73034

Trent Lindmark
15 branderwood st
Newcastle, OK 73065

TRISH AZZAM
15201 COLONIA BELLA DRIVE
OKC, OK 73112

TRISH PROCTOR
1485 Abbey Road
El Reno, OK 73036

TRISHA & CHRIS OLSON
22400 North Eighty Acres Road
Luther, OK 73054

TYLER SMITH
5609 NW 162ND STREET
EDMOND, OK 73013

TYSON MAULDIN
3213 GRASSHOPPER WAY
YUKON, OK 73099

VALERIE HERNANDEZ
411 Brookside Drive
Guthrie, OK 73044

Valerie Reitz
11415 CountrySide Ct
Edmond, OK 73013

Van and Kathy Keffer
3951 Cedar Creek Drive
Edmond, OK 73034


VASTINE & RHONDA BROWN
4403 BUCKHORN LANE
EL RENO, OK 73036.7706


Veteran Investment Property
7444 Coyote Point
Edmond, OK 73034


VEX Capital
96-14 Metropolitan Ave.
Forest Hills, NY 11375


VICKI McCARTNEY
16021 BRENNER PASS
EDMOND, OK 73013


VICKI PETTICORD
803 FAIRFAX LANE
EL RENO, OK 73036


Vickie Roderick
617 North Meadow Lane
Midwest City, OK 73110


Vicky Harter
22200 Rickasha Drive
Edmond, OK 73025

Vicky Watson
8600 Southwest 105th Street
Oklahoma City, OK 73173


Vicky Sinko
4805 Southcreek Rd
Oklahoma City, OK 73165


VICTOR TRAUTMANN
2221 NW 59TH CIRCLE
OKLAHOMA CITY, OK 73112


VICTORIA LEONARD
413 Northwest 147th Terrace
Edmond, OK 73013


VICTORIA THOMPSON
1113 HEMSTEAD PLACE
NICHOLS HILLS, OK 73116


VIJAYA & RAVI MALPANI
2712 ELMHURST AVE
OKLAHOMA CITY, OK 73120


Violet Harris
20706 East 44th Street
Yale, OK 74085


Virginia Geurkink
4507 Green Field Cir
Norman, OK 73072

Vivian Bragg
2512 Silverfield Lane
Edmond, OK 73025


WANDA HASEL
351700 E 1030 Rd Prague, Ok 74864
PRAGUE, OK 74864


WARREN RUSSELL
4925 NW 33RD STREET
OKC, OK 73122


Wayne Cullins
4100 NEWBURG DRIVE
CHOCTAW, OK 73020


Wayne Driggers
504 Greenfield Drive
Yukon, OK 73099


WAYNE GONSER
4821 SMOKING OAKS DRIVE
YUKON, OK 73099


Wayne Leiker
2862 Canyon Rd
Goldsby, OK 73093


WAYNE SKRDLA
5120 Deerhurst Drive
Norman, OK 73072

Wells Fargo Commercial
Distribution Finance
5595 Trillium Blvd.
Hoffman Estates, IL 60192


WESLEY DANIEL
P O BOX 275
HARRAH, OK 73045.0275


Will Loveless
308 East Mobile Terrace
Mustang, OK 73064


WILL BLAIK
1608 Coventry Park
Nichols Hills, OK 73120


Will Gungoll
922 Brookside Drive
Enid, OK 73703


WILLIAM RIVERA
10905 Millbrook Lane
Oklahoma City, OK 73162


WILLIAM ARNOLD
267865 E COUNTY RD 41
RINGWOOD, OK 73768


WILLIAM CLARK
609 EAST FOREST LANE
MUSTANG, OK 73064

WILLIAM COOK
6906 N SPINNAKER LANE
OKLAHOMA CITY, OK 73116

WILLIAM COVERT
1908 Hobo Street
Yukon, OK 73099

William Gideon
4617 Summerfield Court
Norman, OK 73072

William Gift
14074 South Broadway
Edmond, OK 73034

WILLIAM LUKOS
15320 Meadow Vista Drive
Edmond, OK 73013

William Smith
10220 West Rupe Avenue
Enid, OK 73703

William Sneed
505 North Bell Drive
Crescent, OK 73028

William Suchanek
8515 South Camay Avenue
Oklahoma City, OK 73159

WILLIAM THOMAS
12504 South Youngs Place
OKC, OK 73119


WILLIAM(JESSIE) BRATTON
2234 West Keens Drive
Mustang, OK 73064


Willie Timmons
605 Northwest 116th Terrace
Oklahoma City, OK 73114


Wilmer Santos
15700 Gunnison Dr
Edmond, OK 73013


WYNONA SKELLEYCLARK
2020 ROCKVIEW DRIVE
PERKINS, OK 74059


Young & Corey Chang
3000 Stoneoak Lane
Edmond, OK 73034


YULANDA O'ROURKE
906 WEST TESIO WAY
MUSTANG, OK 73064


Yvette ( Sheila ) Story
5710 Santa Fe Lane
Guthrie, OK 73044

Zach Hurwitz
2501 La Belle Rue
Edmond, OK 73034